**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-710-FDW-DSC**

| | |
|---|---|
| HAYWORD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants. | **DECLARATION OF SERVICE ON DEFENDANT BLUEWORKS INNOVATION CORPORATION** |

I, Russ Ferguson, declare under penalty of perjury as follows:

1. I am an attorney at Womble Bond Dickinson (US) LLP representing Plaintiff Hayward Industries, Inc. in the above-captioned action.

2. Service was made on BlueWorks Innovation Corporation by sending the following documents by FedEx Priority Overnight service to BlueWorks Innovation Corporation, care of its Registered Agent: Haoqi Sun to 12245 Nations Ford Road, Suite 501, Pineville, NC 28134:

    a. Summons issued to BlueWorks Innovation Corporation (Doc. No. 5);

    b. Complaint (Doc. No. 1);

    c. Corporate Disclosure (Doc. No. 2);

    d. Motion for Admission *Pro Hac Vice* for Erik Paul Belt (Doc. No. 3);

    e. Motion for Admission *Pro Hac Vice* for Anne E. Shannon (Doc. No. 4);

f. Report on the Filing or Determination of an Action Regarding a Patent or Trademark (Doc. No. 6); and

g. Court's Case Assignment Packet.

3. According to FedEx, the package was delivered on December 29, 2020.

4. A copy of the FedEx delivery confirmation confirming receipt by BlueWorks Innovation Corporation on December 29, 2020 is attached hereto as **Exhibit A**.

5. Fed. R. Civ. P. 4(e)(1) permits service "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." *See also* Fed. R. Civ. P. 4(h)(1)(A) (permitting service on a corporation by "the manner prescribed in Rule 4(e)(1) for serving an individual"). In turn, N.C. Gen. Stat. § 1A-1, Rule 4(j)(6)(d) permits service on a corporation by "depositing with a designated delivery service authorized pursuant to 26 U.S.C. § 7502(f)(2) a copy of the summons and Complaint, addressed to the officer, director, or agent to be served . . . and obtaining a delivery receipt." Thus, service by FedEx Priority Overnight with a delivery receipt, as attached as **Exhibit A**, constitutes proper service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 29, 2020

s/ *Russ Ferguson*
W. Clark Goodman (N.C. Bar. No. 19927)
Russ Ferguson (N.C. Bar No. 39671)
**Womble Bond Dickinson (US) LLP**
One Wells Fargo Center
Suite 3500
301 South College Street, Suite 3500
Charlotte, NC 28202
Clark.Goodman@wbd-us.com
Russ.Ferguson@wbd-us.com

Erik Paul Belt*
Anne E. Shannon*
**McCARTER & ENGLISH, LLP**
265 Franklin St.
Boston, Massachusetts 02110
Tel: (617) 449-6500
ebelt@mccarter.com
ashannon@mccarter.com

*Motions for admission *pro hac vice* pending

*Attorneys for Plaintiff*
*Hayward Industries, Inc.*

# EXHIBIT A



December 29, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 781979899605

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | G.GILBERTE | **Delivery Location:** | 12245 NATIONS FORD RD STE 502 |
| **Service type:** | FedEx Priority Overnight | | PINEVILLE, NC, 28134 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Dec 29, 2020 09:26 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 781979899605 | **Ship Date:** | Dec 28, 2020 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
Blueworks Innovation Corporation, C/O Registered Agent: Haoqi sun
12245 NATIONS FORD RD STE 501
PINEVILLE, NC, US, 28134

**Shipper:**
Thomas Russell Ferguson, Womble Bond Dickinson (US) LLP
One Wells Fargo Center Suite 3500
301 South College Street
Charlotte, NC, US, 28202

**Reference**      111876-0001.1/2350

