# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Case No. 3:20-CV-00710-FDW-DSC

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants. | **PLAINTIFF HAYWARD INDUSTRIES, INC.'S MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS NINGBO C.F. ELECTRONIC TECH CO., LTD AND NINGBO YISHANG IMPORT AND EXPORT CO., LTD** |

Pursuant to Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2), and in compliance with Local Civil Rule 7.1, Plaintiff Hayward Industries, Inc. moves for leave to serve the Summons and Complaint on foreign defendants Ningbo C.F. Electronic Tech Co., LTD and Ningbo Yishang Import and Expert Co., LTD (collectively, "Ningbo") by alternative means—namely, by email and by posting messages through Ningbo's interactive website and storefront on Alibaba.com. Such means is reasonably calculated to provide actual notice to Ningbo, comports with due process, and is not prohibited by The Hague Convention. Further facts and law supporting this motion are set out in Hayward's accompanying memorandum of law and declarations of Erik Paul Belt and Tiberius Dinu.

WHEREFORE, Plaintiff Hayward Industries, Inc. respectfully moves this Honorable Court to permit service on foreign defendants Ningo by alternative means.

1

Respectfully submitted this the 21st day of January, 2021,

                              **HAYWARD INDUSTRIES, INC**.

                              s/ *Russ Ferguson*
                              W. Clark Goodman (N.C. Bar No. 19927)
                              Russ Ferguson (N.C. Bar No. 39671)
                              **Womble Bond Dickinson (US) LLP**
                              One Wells Fargo Center
                              Suite 3500
                              301 South College Street, Suite 3500
                              Charlotte, NC 2202
                              Clark.goodman@wbd-us.com
                              Russ.Ferguson@wbd-us.com


                              Erik Paul Belt*
                              Anne E. Shannon*
                              **McCARTER & ENGLISH, LLP**
                              265 Franklin St.
                              Boston, Massachusetts 02110
                              Tel: (617) 449-6500
                              ebelt@mccarter.com
                              ashannon@mccarter.com

                              *admitted pro hac vice*

                              *Attorneys for Plaintiffs Hayward Industries, Inc.*