# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., | Civil Action No. 3:20-CV-00710-FDW-DSC |
| Plaintiff, | |
| v. | |
| BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. | |
| Defendants. | |

## DECLARATION OF TIBERIUS DINU

I, **Tiberius Dinu of** Unit 801-2, 8th Floor, Tung Hip Commercial Building, 244 Des Voeux Road Central, Hong Kong, Operations Manager of PCL, declare as follows:

1. I am the Operations Manager at Panoramic Consulting Limited (**PCL**), a consulting firm which engages in services such as litigation support, intellectual property rights protection and market analysis. In particular, PCL carries out investigations involving intellectual property rights of a wide variety of well-known brands.

2. Since 2006, I have been participating in investigations carried out by PCL, particularly in the People's Republic of China, including but not limited to, formulation of investigation strategies, instructing of operative agents, review of operative reports and inspections of counterfeit products. In addition to English, I am fluent in Chinese Mandarin, able to both read and understand that language.

3. PCL was retained to conduct intellectual property infringement enquiries into Ningbo C.F. Electronic Tech Co., Ltd. (宁波市思虎电子科技有限公司) ("Ningbo C.F.") on behalf of Hayward Industries, Inc. ("Hayward"). The enquiries were designed to identify, amongst other things, Ningbo C.F.'s range of products and its relationship with United States entities suspected to be infringing Hayward's intellectual property rights in the United States, China and elsewhere.

4.   Unless otherwise stated, I make this Declaration based on my own knowledge and belief.  Where I have relied upon information provided to me by others, I have identified the source of that information, and I believe that information to be true and correct.

A.   *Company searches*

5.   I have caused searches of the Chinese register of companies maintained by the China State Administration for Market Regulation (**SAMR**) to be conducted for Ningbo C.F. Electronic Tech Co., Ltd. (**Ningbo C.F.**) and Ningbo Yishang Import & Export Co. Ltd. (also translated as "Trade Ease Import & Export Co., Ltd." and hereafter called "**Trade Ease**"), both of which are Chinese companies.  I have also caused English translations of relevant SAMR records for these Chinese companies to be produced. A copy of the SAMR record for Ningbo C.F. and an English translation of that record appears at **Exhibit TD-1**.  A copy of the SAMR record for Trade Ease and an English translation of that record appears at **Exhibit TD-2**.  From those records, I note that Chen Zefeng / Richard Chen, is one of the two (2) shareholders of Ningbo C.F.

B.   *Investigations of Ningbo C.F. Electronic Tech Co., Ltd.*

6.   PCL began investigating Ningbo C.F. on or about 13 October 2020.  As a part of PCL's investigations, we also reviewed copies of publicly available annual reports of Blueworks Corporation and Blueworks Innovative Corporation (each on its own and collectively, **Blueworks**), appearing at **Exhibit TD-3**.

7.   Between 17 October 2020 and 2 November 2020, I caused my team to communicate with Ningbo C.F. by phone calls, emails, QQ (a Chinese messaging app), and WeChat messages posing as an agent acting on behalf of a Mexican company interested in ordering pool salt chlorinators for export to Mexico.  Ningbo C.F. agreed to meet with the PCL agent at Ningbo C.F.'s offices on 3 November 2020.

8.   On 3 November, I caused my team to visit Ningbo C.F.'s facilities at Xiwang Industrial Zone, Wanhua Village, Hengjie Town, Haishu District, Ningbo (宁波市海曙区横街镇万华村西王工业区), where an agent engaged and met with Ningbo C.F.'s manager Mr. Chen Ze Feng (陈泽锋) and one Holly Chen / Chen Hong Xia (陈虹霞).  The PCL agent identified her status with the company from the roster of Ningbo C.F.'s foreign trade department.

9.   During the visit, the following company names were observed by the agent on signboard near the entrance to the building and at the entrance of the fifth floor:

   • Ningbo C.F Electronic Tech Co., Ltd. (宁波市思虎电子科技有限公司)

- Ningbo Rotary Energy Saving Tech Co., Ltd. (宁波市罗特节能科技有限公司) ("Ningbo Rotary")

- Ningbo Yishang Import & Export Co., Ltd. (宁波市易商进出口有限责任公司) ("Trade Ease")

10. During the visit, a business card showing the name "Richard Chen" was obtained from Mr. Chen Ze Feng. A true copy of the front of that business card is attached as **Exhibit TD-4**.

11. The agent also received from Ms. Holly Chen a Blueworks product catalogue, claimed to have been printed two (2) years ago. A true copy of that catalogue is attached as **Exhibit TD-5**. That catalogue bore information about what appeared to be the Ningbo C.F.'s "American branch company":

**Blueworks Corporation**
**Address: 303 Albemarle Street, Lexington, NC 27292**
**E-mail: contact.us@blueworkspool.com**
**Office: +1-844-319-0237/+1-917-204-7116**
**Website: blueworkspool.com**

12. During the visit, Mr. Chen gave the following information to the PCL agent regarding Ningbo C.F. and its businesses:

- Ningbo C.F. was established sixteen (16) years ago, and is specialized in the manufacture of swimming pool pumps, pool salt chlorinators, pool lights, etc. Their products are mainly exported to the United States and Europe.

- The building in which Ningbo C.F.'s offices are located is self-owned, with the 2nd to 4th floors serving as production workshops. The Chinese company names for Ningbo C.F (思虎) and Trade Ease (易商) were all registered by Ningbo C.F.

- Ningbo C.F. operates a branch company, a large warehouse, and an assembly factory with over ten (10) employees in the United States. Most of the products in the US warehouse were shipped to it from China.

- The company not only produces products under its own "Blue Works" brand, it also provides OEM ("original equipment manufacturer") services for its clients. The MOQ ("minimum order quantity") for OEM orders was five hundred (500) pieces per model.

- Mr. Chen said that Ningbo had registered the brand "Blue Works" in both China and America.

- Mr. Chen himself mainly specialized in technical development, and sometimes received important clients for meetings, too. The company's most competitive products were pool salt chlorinators, without any equivalent competitors in China. He also claimed that

Ningbo's technology was a leader in the US market and was at least five (5) years in advance of Hayward's pool salt chlorinator technology.

- The titanium plates/parts for use in their pool salt chlorinators were imported from a contractual factory in America. The MOQ of the contractual factory was one thousand (1,000) pieces, but the company ordered tens of thousands of pieces each time.

- Mr. Chen said they could provide some samples of pool salt chlorinators for the agent, but only under the condition that the agent's "client" in Mexico provide detailed company information and specific requirements regarding the samples to be ordered.

13. During the visit, the PCL agent also spoke separately with Holly Chen, who gave the agent the following information, some of which is inconsistent with statements made by Richard Chen:

- Ningbo C.F. specialized in production while Trade Ease specialised in import and export services.

- Ningbo C.F. has a large warehouse in America, but it does not have a factory there, only an office offering after-sale services. This statement contradicted Mr. Chen's statements on this issue.

- Ningbo C.F. offered pool salt chlorination cells for sale that were compatible with Hayward and Pentair products. Those compatible with Hayward's products were Ningbo C.F.'s most popular products.

### C. *Communications with Ningbo C.F. via Alibaba message system*

14. Following that visit, from 7 December 2020 to 5 January 2021, the PCL agents continued to communicate with Ningbo C.F. regarding the pool salt chlorinators via the Alibaba messaging system accessible on its webpage on Alibaba, https://techflife.en.alibaba.com.

15. On 7 December 2020, a PCL agent visited the above-mentioned Alibaba website to investigate certain Hayward products, such as salt cells advertised at the following link: https://techflife.en.alibaba.com/product/1438991921-801036501/titanium_electrode_Salt_Chlorinator_Product_cell_replacement_to_Autopilot.html?spm=a2700.icbuShop.rect38f22d.2.40a72daeQIP7GS. Although that link is no longer available, a cached version can be found at the following link, with an image of that cached version appearing at **Exhibit TD-6**: https://webcache.googleusercontent.com/search?q=cache:rjxBTrVuZHAJ:https://chinese.alibaba.com/product-detail/titanium-electrode-salt-chlorinator-product-cell-replacement-to-autopilot-1438991921.html+&cd=7&hl=zh-CN&ct=clnk&gl=us.

16.  We sent a message to Ningbo C.F. regarding the products in question through the Alibaba messaging system referenced above. On the same day, an individual who signed her messages "Ruby" replied to the PCL agent via the same messaging system. Printouts of the messages between the agent and Ningbo C.F.'s "Ruby" described in paragraphs 16-21 of this Declaration appear at **Exhibit TD-7**.

17.  After a series of messages back and forth, the PCL agent placed an order for one "Titanium electrode Salt Chlorinator Product cell replacement to Autopilot Cell to Hayward T3" and one "Titanium electrode Salt Chlorinator Product cell replacement to Autopilot Cell to Pentair IC20" on 7 December 2020 (the "Alibaba Order"). I note that these products were ordered to obtain suspected-infringing pool salt chlorinator samples via an alternate pretext, hedging against the possibility that Ningbo C.F. might refuse to provide samples via the earlier in-person pretext approach described above.

18.  Through the Alibaba messaging system, "Ruby" sent the PCL agent a link for payment for the Alibaba Order. The PCL agent then visited the payment link provided by Ruby at https://cashier.alibaba.com/linkpay/payProxy.htm?param=7b197f0f1d213d79c2895dae34ae195 f7bd58d50e23b3f12e93f59d176e0b6d0-a110625cbe7741afb00a4e2f913ea97f:1607328322431, and paid a total of US$551 by credit card on 7 December 2020. The payment details for the Alibaba Order appear at **Exhibit TD-8**.

19.  On 18 December, the PCL agent received a message from Ruby enquiring about the PCL agent's background and seeking information about the agent's "client" for whom he had claimed to be purchasing the products. The agent responded with details about the "client" and their need for the products, supporting the request for the two samples in the Alibaba Order.

20.  Ruby appeared to be unsatisfied with this response, however, and she pressed the PCL agent for additional details about his company and the end-user client's details, claiming that it is Ningbo C.F.'s company policy to "better know its clients."

21.  To not arouse any more suspicion (given that Ruby was, in our view, approaching a simple transaction far too cautiously), on 22 December, the agent communicated to Ruby to the effect that these questions were too onerous for the simple purchase of products they were openly advertising for sale. Instead, he indicated that if she could not sell the products to the agent, he would ask for a refund of the money already paid for the Alibaba Order. In response, Ruby told the agent to proceed with the refund.

22.  On 29 December 2020, the refund from Ningbo C.F. was received by PCL.

23. On 10 December 2020, the PCL agent contacted Ms. Chen via email and placed an order for the following products, all publicly available for purchase at Ningbo C.F.'s Alibaba page, noted above:

   1. CFT-C series, 1 piece;

   2. CFLH series, 1 piece;

   3. CFSC series, 1 carton; and

   4. CFAG10/20, 1 unit.

24. On 11 December 2020, Ms. Chen replied via email that CFT-C is compatible with Hayward Aquarite T3/T9/T15 salt cell and asked the PCL agent whether the ordered product was intended to replace T3, T9, or T15. In response, the PCL agent indicated it was intended to replace a T3. Ms. Chen also asked "how many grams" were needed for the CFLH series, CFSC series, and CFAG10/20. The PCL agent replied on the same day that they wanted 20g for each product. Ms. Chen replied via email she would send the PCL agent an invoice for the ordered products. See **Exhibit TD-9**.

25. On 14 December 2020, the PCL agent wrote to Ms. Chen via email to follow up about the invoice, also asking whether all products offered in Ningbo C.F.'s catalogue are manufactured by it in China. Ms. Chen provided us with a proforma invoice for the order. Ms. Chen also replied via email that "For salt chlorinator cell plates are made in China. Yes, all products in catalogue made by us, we're factory." See **Exhibit TD-10**.

26. As well, Ms. Chen provided the agent with bank account information for a Hong Kong company called Fig Global Limited, ("Fig"), which she indicated was Ningbo C.F.'s Hong Kong company.

27. On 15 December 2020, I caused a deposit of US$ 1,155 (a portion of the final total sum of US$1,616) to be transferred to Fig's bank account as provided by Ms. Chen.

28. On 15 December 2020, I arranged for Ms. Chen to be sent the payment confirmation via email, and to ask whether the samples could be picked up at their factory. Further, as during the first on-site visit, Ningbo C.F. claimed that they have a facility in the USA, the PCL agent also asked via email if Ningbo C.F.'s facility in US also manufacture products or is just used for assembly. Ms. Chen replied via email that they will get packaging ready before the PCL agent visits again. Further, Ms. Chen also said in the email that "We don't have a facility in USA, may be in the future we will have. BTW, if sample past testing, how many units you can order

a year? If your order quantity over 500 units a year, we can private label for you." See **Exhibit TD-11**.

29. On 18 December 2020, the PCL agent wrote to Ms. Chen via email to add in a request for two additional samples, 1 for CFT3 and 1 for CFAG20G-2. Ms. Chen revised the order and sent us an updated invoice via email on the same day. See **Exhibit TD-12**.

30. In follow up communications with Ms Chen on 23rd December 2020 via WeChat, she originally agreed that the PCL agent could collect four of the six ordered units from the factory on 25 December 2020. On 24th of December 2020, however, she indicated via a WeChat call that they could not provide the four ordered units on 25 December as they had "forgotten to test them." She also indicated that the other two units would be ready the following week, suggesting that the agent could collect all six (6) ordered units together at the factory in the following week.

31. On 28 December 2020, Holly informed the PCL agent via WeChat messages that the ordered samples would be ready for collection on 31 December 2020.

32. Although the issues with Ruby and her clear suspicions regarding the separate investigative approach identified in paragraphs 19-21, above, raised our concern that Ningbo C.F. might suspect and be aware of the ongoing investigations, PCL nevertheless continued with the in-person approach to Ningbo C.F. to try to obtain samples of the suspected infringing products in the presence of Chinese notaries. As a result, and due to the need to coordinate the involvement of Chinese notaries to accompany the PCL agent and witness and record the visit, we were only finally able to arrange the visit with Ms. Chen to collect the samples at Ningbo C.F.'s factory on 5 January 2021.

33. On 5 January 2021, the PCL agent revisited Ningbo C.F. at the same location as the initial visit, though this time, he was accompanied by two (2) Chinese notaries public from a notary office in Guangzhou.

34. Ms. Chen received the PCL agent and accompanying notaries at an office on the 5th floor of the building. She initially claimed that the company's production department workers were packing the samples, asking the PCL agent and notaries to wait in the office. The agent also paid Ms Chen the balance of the payment due on the expanded order, RMB3,200 (Approx. US$461) in cash, and Ms. Chen supplied the agent with a printed proforma invoice in return.

35. While waiting for the sample, Ms. Chen also noted the following:
    - If the agent's overseas client would like to place an order from their factory, they would ship the goods directly from China, so there was no need to ship from their company in the USA.

- They did not have a factory in the USA, only a warehouse.

- They could not reveal the information regarding their source of the blades, as that was the company's confidential information.

36. About half an hour later, seven (7) Chinese police officers with the Ningbo Public Security Bureau entered the office, asking that the agent and the two Chinese notaries to hand over their mobile phones and ID cards. The PSB officers separated the PCL agent and notaries into separate offices, questioning them separately for around 2.5 hours.

37. During the questioning, the PSB officers mentioned to the PCL agent that the "factory boss" had reported the PCL agent on suspicion of "stealing" the company's secrets. The PSB officers also asked the PCL agent on whose behalf he was making the visit to Ningbo C.F. and in compliance with that request, he disclosed he was there on behalf of Hayward in relation to an intellectual property infringement investigation.

38. Upon the agent's request, Mr Chen refunded the RMB3,200 the agent had paid for the samples on the day.

39. The PSB officers then released the PCL agent and notaries with no charges being filed.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 21, 2021**

**Tiberius Dinu**

ME1 35488203v.1

**Exhibit TD-1**

**to 21 January 2021 Declaration of Tiberius Dinu**

The online database <http://www.gsxt.gov.cn/index.html> of National Enterprise Credit Information Publicity System offers the simple statutory information of Ningbo C.F. Electronic Tech Co., Ltd. at the webpage <http://www.gsxt.gov.cn/%7B994A4C12F16BEDC0025C8B11D3B76F8CD29EEC2EB 4F89CCEC852B1EFA32A055B8CC0A4F6F06A183509EAC7FB895E2CB6D30D6CA2 A78311F7D3B27492B69C71D671C771C771D671C74BC726902690269B17AA1C901 A18508801E8EB294D95F225C60473F973D46251230E32400CD41661EB5DEB5DEB 5D-1603181849435%7D>.







Details are provided below:

Unified social credit code: 91330212793017223G
Business name: Ningbo C.F. Electronic Tech Co., Ltd.
宁波市思虎电子科技有限公司
Registration No.: 330212000243698
Legal representative: Guo Jiaping (郭佳萍)
Type of business: liability limited company (investment or holdings by a natural person)
Date of establishment: 27th September 2006
Registered capital: RMB1.5 million
Date of approval: 17th March 2020
Business validity: from 27th September 2006
Registration authority: Ningbo Haishu District Market Supervision and Administration Bureau
Status: existent
Registered add: Xiwang Industrial Zone, Wanhua Village, Hengjie Town, Haishu District, Ningbo, Zhejiang
浙江省宁波市海曙区横街镇万华村西王工业区
Business scope: manufacturing, processing, wholesale, and retail of electronic components, electronic toys, and household appliances; import and export of self-operated or agent goods and technologies, except for goods and technologies that are restricted or prohibited by the state.

**Information of Shareholders:**

| No. | Name of Shareholders | Type of Shareholder | Type of ID / License | ID / License Number |
|---|---|---|---|---|
| 1 | Chen Zefeng (陈泽锋) | Natural person | not publicized | not publicized |
| 2 | Guo Jiaping (郭佳萍) | Natural person | not publicized | not publicized |

**Information of key members:**

| No. | Name | Position |
|---|---|---|
| 1 | Chen Zefeng (陈泽锋) | Supervisor |
| 2 | Guo Jiaping (郭佳萍) | Executive Director |

**Business renewal information:**

| No. | Renewal Content | Before Renewal | After Renewal | Date of Renewal |
|---|---|---|---|---|
| 1 | Address | Taoyuan Village, Hengjie Town, Haishu District, Ningbo, Zhejiang 浙江省宁波市海曙区横街镇桃源村 | Xiwang Industrial Zone, Wanhua Village, Hengjie Town, Haishu District, Ningbo, Zhejiang 浙江省宁波市海曙区横街镇万华村西王工业区 | 17th March 2020 |

| 2 | Address | Taoyuan Village, Hengjie Town, Yinzhou District, Ningbo 宁波市鄞州区横街镇桃源村 | Taoyuan Village, Hengjie Town, Haishu District, Ningbo, Zhejiang 浙江省宁波市海曙区横街镇桃源村 | 19th January 2018 |
|---|---|---|---|---|
| 3 | General business items | General business items: manufacturing, processing, wholesale and retail of electronic components, electronic toys and household appliances. | General business items: manufacturing, processing, wholesale and retail of electronic components, electronic toys, and household appliances; import and export of self-operated or agency goods and technologies, except for goods and technologies that are restricted or prohibited by the state. | 2nd February 2016 |
| 4 | Business validity | Business validity: 2006-9-27 to 2016-9-26 | Business validity: 2006-9-27 to | 2nd February 2016 |
| 5 | Reissue a unified social credit code license | Registration No.:330212000243698 Organization code certificate: 793017223 | Unified social credit code: 91330212793017223G | 2nd February 2016 |
| 6 | Address | Address: Gongren Village, Gulin Town, Yinzhou District, Ningbo 宁波市鄞州区古林镇共任村 Zip: / Tel: / Administrative division of the address: Gulin Town 古林镇 | Address: Taoyuan Village, Hengjie Town, Yinzhou District, Ningbo 宁波市鄞州区横街镇桃源村 Zip: / Tel: / Administrative division of the address: Hengjie Town 横街镇 | 20th January 2015 |
| 7 | Industry code | Industry code:3960 | Industry code: 3971 | 20th January 2015 |

The company's simple annual report of the year-2019 released on 21ˢᵗ May 2020 is provided at the webpage <http://www.gsxt.gov.cn/%7BFACA2F9292EB8E4061DCE891B0370C0CB11E8FAED778FF4EABD21E991ED01C162B0A0AEF5269EF23FADBA224199BB65097E6E324A68386418886C286D386D386C286D3BCD3D184D184D18FE0BEEB84ED0CA79CF6FC-1603181854636%7D?anCheId=PROVINCENODENUM330000905b44d44a5d4d82b6c288676c656dc7&entType=1&anCheYear=2019>.



Details are provided below:

Unified social credit code: 91330212793017223G
Business name: Ningbo C.F. Electronic Tech Co., Ltd.
宁波市思虎电子科技有限公司
Add: Xiwang Industrial Zone, Wanhua Village, Hengjie Town, Haishu District, Ningbo, Zhejiang
浙江省宁波市海曙区横街镇万华村西王工业区
Zip: 315100
Tel: 0574-88279212
Email: /
Number of employees: 42 people
Number of female workers: 15 people
Business status: open normally
Enterprise holding information: private business
Has outward investment or purchases other company's stock rights: No
Has website or online store: No
Provide information assurance to others: No
Has stock rights transferred or not in this year: No
Main business activities of the enterprise: manufacturing, processing, wholesale and retail of electronic components, electronic toys, household appliances; import and export of self-operated or agent goods and technologies, except for goods and technologies that are restricted or prohibited by the state.

**Status of shareholders and contribution:**

| No. | Name of shareholders | Subscribed & paid-up capital | Subscribed & paid-up capital contribution date | Form of contribution |
|-----|----------------------|------------------------------|------------------------------------------------|----------------------|
| 1 | Guo Jiaping（郭佳萍） | RMB 765,000 | 27th September 2006 | Currency |
| 2 | Chen Zefeng（陈泽锋） | RMB 735,000 | 27th September 2006 | Currency |

**Company's condition of assets:**

| Total assets | RMB7.36047429 million | Total owner's equity | RMB1.36439057 million |
|---|---|---|---|
| Gross revenue | RMB35.51220801 million | Total profits | RMB1.08628617 million |
| Main business income in the gross revenue | RMB35.51220801 million | Net profit | RMB1.03853568 million |
| Total tax payment | RMB977.36411 thousand | Total liabilities | RMB5.99608372 million |

**Social security information:**

| Basic pension insurance for urban employees | 41 people | Unemployment insurance | 41 people |
|---|---|---|---|
| Basic medical insurance for employees | 41 people | Injury insurance | 41 people |
| Maternity Insurance | 41 people | | |

| | | | |
|---|---|---|---|
| Enterprise payment base | Payment base of the enterprise' basic pension insurance for urban employees | | RMB243.786 thousand |
| | Payment base of the enterprise' unemployment insurance | | RMB8.708 thousand |
| | Payment base of the enterprise' employee basic medical insurance | | RMB15.67 thousand |
| | Payment base of the enterprise' maternity insurance | | RMB12.201 thousand |
| Actual payment amount for the period | The actual payment base of the basic endowment insurance for urban employees of the current period | | RMB243.786 thousand |
| | The actual payment base of unemployment insurance for the current period | | RMB8.708 thousand |
| | The actual payment base of basic medical insurance for employees for the current period | | RMB15.67 thousand |
| | The actual payment base of work injury insurance for the current period | | RMB17.417 thousand |
| | The actual payment base of maternity insurance for the current period | | RMB12.201 thousand |
| The unit's cumulative arrears | Accumulative arrears of the enterprise' basic pension insurance for urban employees | | RMB0 |
| | Accumulative arrears of the enterprise' unemployment insurance | | RMB0 |
| | Accumulative arrears of the enterprise' basic medical insurance for employees | | RMB0 |

| | Accumulative arrears of the enterprise' work injury insurance | RMB0 |
|---|---|---|
| | Accumulative arrears of the enterprise' maternity insurance | RMB0 |

**Exhibit TD-2**

**to 21 January 2021 Declaration of Tiberius Dinu**

The online database <http://www.gsxt.gov.cn/index.html> of National Enterprise Credit Information Publicity System offers the simple statutory information of Ningbo Yishang Import and Export Co., Ltd. (Ningbo Trade Ease Import & Export Co.) at the webpage <http://www.gsxt.gov.cn/%7B57A482FC3F85232ECCB245FF1D59A1621C7022C07A16522006BC7F016DC4CBB5422E6A183E84D6DBC704091547B0E2581DE3A24C696DDF191D5CBA7C7872BF38BF29BF29BF38BF29851394029402943E079A5BDC5B7911E94089AA480CF4B3448765329832B41E0D5F524E1C70886A3D970197019701-1603245556973%7D>.



Details are provided below:

Unified social credit code: 91330203MA2AGTLH9R
Business name: Ningbo Yishang Import and Export Co., Ltd. (Ningbo Trade Ease Import & Export Co.)
宁波市易商进出口有限责任公司
Registration No.: /
Legal representative: Chen Peifeng (陈佩丰)
Type of business: liability limited company (sole proprietorship of natural person)
Date of establishment: 12th January 2018
Registered capital: RMB1 million
Date of approval: 17th March 2020
Business validity: from 12th January 2018 to 9th September 9999
Registration authority: Ningbo Haishu District Market Supervision and Administration Bureau
Status: existent
Registered add: Xiwang Industrial Zone, Wanhua Village, Hengjie Town, Haishu District, Ningbo, Zhejiang
浙江省宁波市海曙区横街镇万华村西王工业区
Business scope: import and export of goods and technology by self or agency, except for goods and technologies that are restricted or prohibited by the state; household appliances, plastic raw materials and products, electronic components, wires and cables, toys, hardware tools, mechanical equipment, electronic products, Wholesale and retail of instruments, crafts (except ivory and its products), packaging materials, computer accessories; commodity information consulting services. (Any project that needs to be approved by law can only be carried out after getting approval by relevant authorities.)

**Information of Shareholders:**

| No. | Name of Shareholders | Type of Shareholder | Type of ID / License | ID / License Number |
|-----|---------------------|--------------------|--------------------|--------------------|
| 1 | Chen Peifeng (陈佩丰) | Natural person | not publicized | not publicized |

**Information of key members:**

| No. | Name | Position |
|-----|------|----------|
| 1 | Chen Peifeng (陈佩丰) | Executive Director and General Manager |
| 2 | Lü Zhuojing (吕卓婧) | Supervisor |

**Business renewal information:**

| No. | Renewal Content | Before Renewal | After Renewal | Date of Renewal |
|-----|----------------|----------------|---------------|-----------------|
| 1 | Address | Taoyuan Village, Hengjie Town, Haishu District, Ningbo, Zhejiang 浙江省宁波市海曙区横街镇桃源村 | Xiwang Industrial Zone, Wanhua Village, Hengjie Town, Haishu District, Ningbo, Zhejiang 浙江省宁波市海曙区横街镇万华村西王工业区 | 17th March 2020 |

The company's simple annual report of the year-2019 released on 29th May 2020 is provided at the webpage <http://www.gsxt.gov.cn/%7BACCA7992C4EBD84037DCBE91E6375A0CE71ED9AE8178A94EFDD2489948D04A167D0A5CEF0469B923ACDBF4244F9BE050C1E6B524F083D041DE86948685868586948685BCBFADAEADAEAD923E36627062D52845792 5-1603245558896%7D?anCheId=PROVINCENODENUM330000fafdde99c654451da64ba5c0b630b86d&entType=1&anCheYear=2019>.



Details are provided below:

Unified social credit code: 91330203MA2AGTLH9R
Business name: Ningbo Yishang Import and Export Co., Ltd. (Ningbo Trade Ease Import & Export Co.)
宁波市易商进出口有限责任公司
Zip: 315181
Tel: 88279212
Email: /
Number of employees: 6 people
Number of female workers: 5 people
Business status: open normally
Enterprise holding information: private business
Has outward investment or purchases other company's stock rights: No
Has website or online store: No
Provide information assurance to others: No
Has stock rights transferred or not in this year: No
Main business activities of the enterprise: self-employed or agent for the import and export of goods and technologies, except for goods and technologies that are restricted or prohibited by the state. Wholesale and retail of household appliances, plastic materials and products, electronic components, wires and cables, toys, hardware tools, mechanical equipment, electronic products, instruments, crafts (except ivory and its products), packaging materials and computer accessories. Information consulting services.

**Status of shareholders and contribution:**

| No. | Name of shareholders | Subscribed & paid-up capital | Subscribed & paid-up capital contribution date | Form of contribution |
|-----|---------------------|------------------------------|------------------------------------------------|---------------------|
| 1 | Chen Peifeng (陈佩丰) | RMB1 million | 12th January 2018 | Currency |

**Company's condition of assets:**

| Total assets | RMB5.24881001 million | Total owner's equity | RMB 61.74886 thousand |
|--------------|----------------------|---------------------|----------------------|

| Gross revenue | RMB18.44298019 million | Total profits | RMB-0.90617086 million |
|---|---|---|---|
| Main business income in the gross revenue | RMB18.44298019 million | Net profit | RMB-0.90617086 million |
| Total tax payment | / | Total liabilities | RMB5.18706115 million |

**Social security information:**

| Basic pension insurance for urban employees | 6 people | Unemployment insurance | 6 people |
|---|---|---|---|
| Basic medical insurance for employees | 6 people | Injury insurance | 6 people |
| Maternity Insurance | 6 people | | |

| | | |
|---|---|---|
| Enterprise payment base | Payment base of the enterprise' basic pension insurance for urban employees | RMB35.95 million |
| | Payment base of the enterprise' unemployment insurance | RMB35.95 million |
| | Payment base of the enterprise' employee basic medical insurance | RMB35.95 million |
| | Payment base of the enterprise' maternity insurance | RMB35.95 million |
| Actual payment amount for the period | The actual payment base of the basic endowment insurance for urban employees of the current period | RMB356.76 million |
| | The actual payment base of unemployment insurance for the current period | RMB1.274 million |
| | The actual payment base of basic medical insurance for employees for the current period | RMB229.32 million |
| | The actual payment base of work injury insurance for the current period | RMB25.488 million |
| | The actual payment base of maternity insurance for the current period | RMB17.856 million |
| The unit's cumulative arrears | Accumulative arrears of the enterprise' basic pension insurance for urban employees | RMB0 |
| | Accumulative arrears of the enterprise' unemployment insurance | RMB0 |
| | Accumulative arrears of the enterprise' basic medical insurance for employees | RMB0 |
| | Accumulative arrears of the enterprise' work injury insurance | RMB0 |

| | Accumulative arrears of the enterprise' maternity insurance | RMB0 |
|---|---|---|

**Exhibit TD-3**

**to 21 January 2021 Declaration of Tiberius Dinu**



# BUSINESS CORPORATION ANNUAL REPORT

NAME OF BUSINESS CORPORATION: **BLUEWORKS CORPORATION**

SECRETARY OF STATE ID NUMBER: 1537756          STATE OF FORMATION: NC

REPORT FOR THE FISCAL YEAR END: 7/31/2019

Filing Office Use Only
E - Filed Annual Report
1537756
CA202004700461
2/16/2020 05:00

☒ Changes

## SECTION A: REGISTERED AGENT'S INFORMATION

1. NAME OF REGISTERED AGENT:   Chen, Zefeng

2. SIGNATURE OF THE NEW REGISTERED AGENT:

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

3. REGISTERED AGENT OFFICE STREET ADDRESS & COUNTY

12245 Nations Ford RD, Ste 501

Pineville, NC 28134 Mecklenburg County

4. REGISTERED AGENT OFFICE MAILING ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

## SECTION B: PRINCIPAL OFFICE INFORMATION

1. DESCRIPTION OF NATURE OF BUSINESS: **Sale of home products**

2. PRINCIPAL OFFICE PHONE NUMBER: (844) 319-0237

3. PRINCIPAL OFFICE EMAIL: Privacy Redaction

4. PRINCIPAL OFFICE STREET ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

5. PRINCIPAL OFFICE MAILING ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

6. **Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: OFFICERS (Enter additional officers in Section E.)

NAME: Zhuojing Lu

TITLE: President

ADDRESS:

12245 Nations Ford Rd, Ste 501

Pineville, NC 28134

NAME:

TITLE:

ADDRESS:

NAME:

TITLE:

ADDRESS:

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Zhuojing Lu

SIGNATURE
Form must be signed by an officer listed under Section C of this form.

2/16/2020

DATE

Zhuojing Lu

Print or Type Name of Officer

President

Print or Type Title of Officer

This Annual Report has been filed electronically.
MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525



# AMENDED BUSINESS CORPORATION ANNUAL REPORT

10-2017

NAME OF BUSINESS CORPORATION: **BLUEWORKS CORPORATION**

SECRETARY OF STATE ID NUMBER: 1537756          STATE OF FORMATION: NC

Filing Office Use Only
E - Filed Annual Report
1537756
CA202009110225
3/31/2020 06:00
☒ Changes

REPORT FOR THE FISCAL YEAR END: 7/31/2019

## SECTION A: REGISTERED AGENT'S INFORMATION

1. NAME OF REGISTERED AGENT:  Sun, Haoqi

2. SIGNATURE OF THE NEW REGISTERED AGENT:

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

3. REGISTERED AGENT OFFICE STREET ADDRESS & COUNTY

12245 Nations Ford RD, Ste 501

Pineville, NC 28134 Mecklenburg County

4. REGISTERED AGENT OFFICE MAILING ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

## SECTION B: PRINCIPAL OFFICE INFORMATION

1. DESCRIPTION OF NATURE OF BUSINESS:  **Sale of home products**

2. PRINCIPAL OFFICE PHONE NUMBER:  (844) 319-0237

3. PRINCIPAL OFFICE EMAIL: Privacy Redaction

4. PRINCIPAL OFFICE STREET ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

5. PRINCIPAL OFFICE MAILING ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

6. **Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: OFFICERS (Enter additional officers in Section E.)

NAME: Haoqi Sun

TITLE: President

ADDRESS:

12245 Nations Ford Rd, Ste 501

Pineville, NC 28134

NAME: Zhuojing Lu

TITLE: Secretary

ADDRESS:

12245 Nations Ford Rd, Ste 501

Pineville, NC 28134

NAME:

TITLE:

ADDRESS:

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Haoqi Sun          3/31/2020

SIGNATURE

Form must be signed by an officer listed under Section C of this form.

DATE

Haoqi Sun          President

Print or Type Name of Officer          Print or Type Title of Officer

This Annual Report has been filed electronically.

MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525



# AMENDED BUSINESS CORPORATION ANNUAL REPORT

10-2017

NAME OF BUSINESS CORPORATION: **BLUEWORKS CORPORATION**

SECRETARY OF STATE ID NUMBER: 1537756     STATE OF FORMATION: NC

Filing Office Use Only
E - Filed Annual Report
1537756
CA202009110225
3/31/2020 06:00
☒ Changes

REPORT FOR THE FISCAL YEAR END: 7/31/2019

## SECTION A: REGISTERED AGENT'S INFORMATION

**1.** NAME OF REGISTERED AGENT:  Sun, Haoqi

**2.** SIGNATURE OF THE NEW REGISTERED AGENT:

SIGNATURE CONSTITUTES CONSENT TO THE APPOINTMENT

**3.** REGISTERED AGENT OFFICE STREET ADDRESS & COUNTY

12245 Nations Ford RD, Ste 501

Pineville, NC 28134 Mecklenburg County

**4.** REGISTERED AGENT OFFICE MAILING ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

## SECTION B: PRINCIPAL OFFICE INFORMATION

**1.** DESCRIPTION OF NATURE OF BUSINESS:  **Sale of home products**

**2.** PRINCIPAL OFFICE PHONE NUMBER:  (844) 319-0237

**3.** PRINCIPAL OFFICE EMAIL: Privacy Redaction

**4.** PRINCIPAL OFFICE STREET ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

**5.** PRINCIPAL OFFICE MAILING ADDRESS

12245 Nations Ford RD, Ste 501

Pineville, NC 28134

**6. Select one of the following if applicable. (Optional see instructions)**

☐ The company is a veteran-owned small business

☐ The company is a service-disabled veteran-owned small business

## SECTION C: OFFICERS (Enter additional officers in Section E.)

NAME: Haoqi Sun

TITLE: President

ADDRESS:

12245 Nations Ford Rd, Ste 501

Pineville, NC 28134

NAME:  Zhuojing Lu

TITLE:  Secretary

ADDRESS:

12245 Nations Ford Rd, Ste 501

Pineville, NC 28134

NAME:

TITLE:

ADDRESS:

## SECTION D: CERTIFICATION OF ANNUAL REPORT. Section D must be completed in its entirety by a person/business entity.

Haoqi Sun                                         3/31/2020

SIGNATURE                                         DATE

Form must be signed by an officer listed under Section C of this form.

Haoqi Sun                                         President

Print or Type Name of Officer                     Print or Type Title of Officer

This Annual Report has been filed electronically.

MAIL TO: Secretary of State, Business Registration Division, Post Office Box 29525, Raleigh, NC 27626-0525

**Exhibit TD-4**

**to 21 January 2021 Declaration of Tiberius Dinu**

# Ningbo C.F Electronic Tech Co.,LTD

## Richard Chen

Email: richard@techflife.com

Cell: +86-186-0668-1487

Web: www.techflife.com

Address: TaoYuan Village Industry Zone, HengJie Tow

Ningbo City, Zhejiang Province, China

**Exhibit TD-5**

**to 21 January 2021 Declaration of Tiberius Dinu**



# CONTENTS



01   Pool Pumps

02 / 06   Salt Chlorinator Systems

07 / 08   Replacement Salt Cells

09   Replacement Parts

10 / 11   Pool Lights

12   Pool Alarms

13   Pool Timer

14   Others

 

## Blueworks FlowBot BLPVS Variable Speed Pump

BLPVS Super High efficient and performance VSP can compatible with
Pentair Intelliflo®/ Whisperflo® Model: 1Hp, 1.5Hp, 2Hp, 3Hp.

**FEATURES:**

1. Energy savings up to 90% versus traditional pumps
2. 8 programmable speed settings and built-in timer assure optimum speed and run times for maximum efficiency and savings.
3. Ultra-efficient permanent magnet motor design reduces noise and vibration for greater efficiency and longer pump life
4. Dramatically quieter operation - as low as 38 decibels (even lower than Intelliflo®)
5. Totally enclosed fan-cooled (TEFC) design and low average operating speed makes IntelliFlo® the quietest pump on earth
6. Built in diagnostics protect the pump for longer service life



 

| HP | SF | SFHP | A | WATTER | FLOW | HEAD |
|----|------|------|-----|--------|------|------|
| 1 | 1.85 | 1.65 | 5.5 | 1200 | 24 | 24 |
| 1.5 | 1.47 | 2.2 | 7 | 1500 | 28 | 25 |
| 2 | 1.3 | 2.6 | 8.2 | 1800 | 30 | 25 |
| 3 | 1 | 3 | 10 | 2200 | 33 | 26 |



## Blueworks BLHVS Variable Speed Pump

BLHVS Super High efficient and performance VSP can compatible
with Hayward SuperpumpVS®/ Super pump®   Model: 1.5Hp

**FEATURES:**

1. Energy savings up to 90% versus traditional pumps
2. Right-sized for medium-head pump applications for a faster payback as compared to larger and more expensive variable speed models.
3. Ultra-efficient permanent magnet motor design reduces noise and vibration for greater efficiency and longer pump life
4. Dramatically quieter operation - as low as 38 decibels (even lower than Intelliflo®)
5. Totally enclosed fan-cooled (TEFC) design and low average operating speed makes IntelliFlo® the quietest pump on earth
6. Built in diagnostics protect the pump for longer service life.



 

| HP | SF | SFHP | A | WATTER | FLOW | HEAD |
|-----|----|------|-----|--------|------|------|
| 1.5 | 1 | 1.5 | 5.6 | 1280 | 23 | 23 |

01 | BLUEWORKS BROCHURE



## Blueworks BLH Salt Chlorinator-
## Compatible with Hayward Goldline® salt systems

The same 3 Year Warranty, the same US MADE cell plate material  No pipe line work needed



### FEATURES:
1. Water flow detector
2. Long life time cell 10000-15000 hours
3. Digital display and LED indicators
4. Accurate salinity level reading
5. Adjustable chlorine output
6. Super chlornation mode
7. High & low salt indicators & protection (working salt from 2300PPM to 6500PPM)
8. High & low temperature indicators & protection (working temperature from 50F to 140F)
9. Cell failed indicator
10. Cell self-cleaning
11. Warranty 2~7 Year

| Model No. | BLH-C 15K/25K/40K/60K |
|---|---|
| Chlorine Output | 20/30/40/60 grams/hour |
| Salt Level | Ideal 3000-4000 PPM, (2300-6500PPM) |
| Cell lifetime | 7000/10000/15000/20000/25000 hours for choice |
| Cell Self cleaning | Reverse polarity/self cleaning |
| Salt Chlorinator Style | Suitable for In Ground Pool |
| Unit Gross Weight | Round 11kgs |
| Unit Size | 36.5*27.5*30cm |

| Models | Pool Size | Replace to intellichlor |
|---|---|---|
| BlueWorks BLH-C 20K Gallon | 20,000 Gallon | Compatible to Aquarite models: |
| BlueWorks BLH-C 30K Gallon | 30,000 Gallon | Aqurite  15K Gallon |
| BlueWorks BLH-C 40K Gallon | 40,000 Gallon | Aquarite  20K Gallon |
| BlueWorks BLH-C 60K Gallon | 60,000 Gallon | Aquarite  40K Gallon |

## Blueworks BLPT Salt Chlorinator-Compatible with Pentair Intellichlor®

3 Year Warranty compare to Pentair Intellichlor®
1 Year warranty.
The same US MADE cell material.
No pipe line work needed.



### FEATURES:
1. Inbuild Sensors for flow detector,  salinity and Temp
2. Long cell  lifetime 10000-25000 hours
3. Accurate salinity level reading
4. Adjustable chlorine output
5. Super chlorination mode
6. High & low salt indicators & protection (working salt from 2300PPM to 6500PPM)
7. High & low temperature indicators & protection (working temperature from 50F to 140F)
8. Cell failed indicator
9. Cell self-cleaning
10. Easy  setting  design
11. Smart chlorinator program
12. Digital display and LED indicators
13. Warranty 2~7 Year ,  three times longer than Original Pentair Intellichlor®

| Model No. | BLPT-C 15K/20K/40K/60K |
|---|---|
| Chlorine Output | 15/40/60 grams/hour |
| Salt Level | Ideal 3000-4000 PPM, (2300-6500PPM) |
| Cell lifetime | 7000/10000/15000/20000/25000 hours for choice |
| Cell Self cleaning | Reverse polarity/self cleaning |
| Salt Chlorinator Style | Suitable for In Ground Pool |
| Unit Gross Weight | Round 10kgs |
| Unit Size | 38.5*24.5*32cm |

| Chlorine Output | For pool size | Compatible with Intellichlor® |
|---|---|---|
| Blueworks BLPT-C 15K Gallon | 40 to 50m3/15,000 gallon/60,000 ltrs | Intellichor 15K Gallon |
| Blueworks BLPT-C 20K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs | Intellichor 20K Gallon |
| Blueworks BLPT-C 40K Gallon | 80 to 150m3/40,000 gallon/150,000 ltrs | Intellichor 40K Gallon |
| Blueworks BLPT-C 60K Gallon | 150 to 230 m3/60,000 gallon/230,000 ltrs | Intellichor 60K Gallon |

BLUEWORKS BROCHURE | 02



## Blueworks BLSC Salt Chlorinator

The same three year warranty,the same US MADE cell plate material. No pipe line work needed

**FEATURES:**
1. Water flow detector
2. Long cell lifetime 10000-25000 hours
3. Digital display, membrane panel
4. Accurate salinity level reading
5. Adjustable chlorine output
6. Super chlorination mode
7. High & low salt indicators & protection (working salt from 2300PPM to 6500PPM)
8. High & low temperature indicators & protection (working temperature from 50F to 140F)
9. Cell failed indicator
10. Cell self-cleaning
11. Easy setting design
12. Smart chlorinator program
13. Workable for hot weather area like Arizona, CA, FL.
14. Warranty 2-7 Year

| Model No. | BLSC-C 15K/25K/40K/60K |
|---|---|
| Chlorine Output | 20/30/40/60 grams/hour |
| Salt Level | Ideal 3000-4000 PPM, (2300-6500PPM) |
| Cell lifetime | 7000/10000/15000/20000/25000 hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for InGround Pool |
| Unit Gross Weight | Round 10kgs |
| Unit Size | 35*22*14 cm |
| Voltage | 110V/220 V |

| Chlorine Output | For pool size | Compatible with Aquarite® |
|---|---|---|
| Blueworks BLSC-C 15K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs | Aquarite 15K Gallon |
| Blueworks BLSC-C 25K Gallon | 75 to 115m3/30,000 gallon/115,000 ltrs | Aquarite 25K Gallon |
| Blueworks BLSC-C 40K Gallon | 115 to 150m3/40,000 gallon/150,000 ltrs | Aquarite 40K Gallon |
| Blueworks BLSC-C 60K Gallon | 150 to 230 m3/60,000 gallon/230,000 ltrs | |

## Blueworks BLAT Salt Chlorinator

High performance salt chlorinators with Smart chlorinator program and Inbuild timer for pump control
Compatible with Hayward Goldline ® salt systems
The same three year warranty, the same US MADE cell plate material.
No pipe line work needed

**FEATURES:**
1. Water flow detector
2. Long life time cell 10000-25000 hours
3. Digital display, membrane panel
4. Accurate salinity level reading
5. Adjustable chlorine output
6. Super chlorination mode
7. High & low salt indicators & protection (working salt from 2300 PPM to 6500PPM)
8. High & low temperature indicators & protection (working temperature from 50F to 140F)
9. Cell failed indicator
10. Cell self-cleaning
11. Timers function control pump
12. Easy setting design
13. Smart chlorinator program
14. Workable for hot weather area like Arizona, CA, FL.
15. Warranty 2-7 Year

| Model No. | BLAT-C 15K/25K/40K/60K |
|---|---|
| Chlorine Output | 20/30/40/60 grams/hour |
| Salt Level | Ideal 3000-4000 PPM, (2300-6500PPM) |
| Cell lifetime | 7000/10000/15000/20000/25000 hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for InGround Pool |
| Unit Gross Weight | Round 10kgs |
| Unit Size | 35*22*14 cm |
| Voltage | 110V/220 V |

| Chlorine Output | For pool size | Compatible with Aquarite® |
|---|---|---|
| Blueworks BLAT-C 15K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs | Aquarite 15K Gallon |
| Blueworks BLAT-C 25K Gallon | 75 to 115m3/30,000 gallon/115,000 ltrs | Aquarite 25K Gallon |
| Blueworks BLAT-C 40K Gallon | 115 to 150m3/40,000 gallon/160,000 ltrs | Aquarite 40K Gallon |
| Blueworks BLAT-C 60K Gallon | 150 to 230 m3/60,000 gallon/230,000 ltrs | |

**03** BLUEWORKS BROCHURE




## Blueeworks BLSW Salt Chlorinator-
## Compatible with Hayward Goldline ® salt systems

Most efficient Above ground salt pool chlorinator  US MADE Cell plates

### FEATURES:

1. Water flow detector
2. Long life time cell 10000-25000 hours
3. Adjustable chlorine output
4. Winter chlorination mode
5. High & low salt indicators & protection
6. Cell self-cleaning
7. Easy setting design
8. Warranty 2-7 Year

| Model No. | BLSW-C 10K/15K/20K/30K/40K |
|---|---|
| Chlorine Output | 10/15/20/30/40 grams/hour |
| Salt Level | 2800-5000 PPM (Ideal 3000PPM-4000PPM) |
| Cell lifetime | 7000/10000/15000/25000 hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for Aboveground Pool |
| Unit Gross Weight | Round 7kgs |
| Unit Size | 35*22*14 cm |
| Voltage | 110V only |

| Chlorine Output | For pool size |
|---|---|
| BLSW-C 10 K Gallon | 10 to 40m3/10,000 gallon/40,000 ltrs |
| BLSW-C 15 K Gallon | 40 to 60m3/15,000 gallon/60,000 ltrs |
| BLSW-C 20 K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs |
| BLSW-C 30 K Gallon | 75 to 115m3/30,000 gallon/115,000 ltrs |
| BLSW-C 40 K Gallon | 115 to 150m3/40,000 gallon/150,000 ltrs |



## BLUEWORKS  BLIP Pool Control Center + Salt chlorinator

Control: pool pump and pool light.    US MADE Cell plates

### FEATURES:

1. Sensors for water flow, Salinity level and temp
2. Long life time cell 10000-25000 hours
3. Digital display, membrane panel
4. Accurate salinity level reading
5. Adjustable chlorine output
6. Super chlorination mode
7. High & low salt indicators & protection (working salt from 2300PPM to 6500PPM)
8. High & low temperature indicators & protection (working temperature from 50F to 140F)
9. Cell failed indicator
10. Cell self-cleaning
11. Pool Pump control timer
12. Pool light control timer
13. Smart chlorinator program
14. Workable for hot weather area like Arizona, CA, FL.
15. Warranty 2-7 Year

| Model No. | BLIP-C 20/30/40/60 |
|---|---|
| Chlorine Output | 20/30/40/60 grams/hour |
| Salt Level | Ideal 3000-4000 PPM, (2300-6500PPM) |
| Cell lifetime | 7000/10000/15000/20000/25000 hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for Inground Pool |
| Unit Gross Weight | Round 12kgs |
| Voltage | 110V/220 V |

| Chlorine Output | For pool size |
|---|---|
| Blueworks BLIP-C 15K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs |
| Blueworks BLIP-C 25K Gallon | 75 to 115m3/30,000 gallon/115,000 ltrs |
| Blueworks BLIP-C 40K Gallon | 115 to 150m3/40,000 gallon/150,000 ltrs |
| Blueworks BLIP-C 60K Gallon | 150 to 230 m3/60,000 gallon/230,000 ltrs |



 **BLUEWORKS  BLAG Salt Chlorinator-Already Authorized US Sole Agent.**

The same three year warranty,the same US MADE cell plate material.
No pipe line work needed



**FEATURES:**

1. Water flow detector
2. Long life time cell 10000-15000 hours
3. Adjustable chlorine output
4. Winter chlorination mode
5. High & low salt indicators & protection
6. Cell self-cleaning
7. Easy setting design
8. Warranty 2-7 Year

| Model No. | BLAG 10K/15K/20K |
|---|---|
| Chlorine Output | 10/15/20 grams/hour |
| Salt Level | 2800-5000 PPM (Ideal 3000PPM-4000PPM) |
| Cell lifetime | 7000/10000/15000 hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for Aboveground Pool |
| Unit Gross Weight | Round 6.2kgs |
| Unit Size | 44.5*38.5*17.5 cm |

| Chlorine Output | For pool size |
|---|---|
| BLAG 10K | 10 to 40m3/10,000 gallon/40,000 ltrs |
| BLAG 15K | 40 to 60m3/15,000 gallon/60,000 ltrs |
| BLAG 20K | 60 to 75m3/20,000 gallon/75,000 ltrs |

 **BLUEWORKS  BLAI Salt Chlorinator  USA made Cell plates**

 

**FEATURES:**

1. Long life time cell 10000-25000 hours
2. Adjustable chlorine output
3. Winter chlorination mode
4. High & low salt indicators & protection
5. Cell self-cleaning
6. Easy setting design
7. Warranty 2-7 Year

| Model No. | BLAI 10/15/20 |
|---|---|
| Chlorine Output | 10/15/20 grams/hour |
| Salt Level | 2800-5000 PPM (Ideal 3000PPM-4000PPM) |
| Cell lifetime | 7000/10000/15000/hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for Aboveground Pool |
| Unit Gross Weight | Round 8.2kgs |
| Unit Size | 46*40*18 cm |

| Chlorine Output | For pool size |
|---|---|
| BLAG 10K | 10 to 40m3/10,000 gallon/40,000 ltrs |
| BLAG 15K | 40 to 60m3/15,000 gallon/60,000 ltrs |
| BLAG 20K | 60 to 75m3/20,000 gallon/75,000 ltrs |

**05** BLUEWORKS BROCHURE



**SALT CHLORINATOR SYSTEMS** · BLUE WORKS

 **Blueworks BLDB Salt Chlorinator-Already Authorized US Sole Agent.**

High performance and Heavy Duty design

**FEATURES:**

1. Water flow detector
2. Long life time cell 10000-15000 hours
3. Digital display, membrane panel
4. Acurate salinity level reading
5. Adjustable chlorine output
6. Super chlorination mode
7. High & low salt indicators & protection (working salt from 2300PPM to 6500PPM)
8. High & low temperature indicators & protection (working temperature from 50F to 140F)
9. Cell failed indicator
10. Cell self-cleaning
11. Easy setting design
12. Smart chlorinator program
13. Workable for hot weather area like Arizona, CA, FL.
14. Warranty 2-7 Year

| Model No. | BLDB 20/30/40/60 |
|---|---|
| Chlorine Output | 20/30/40/60 grams/hour |
| Salt Level | 2800-5000 PPM (Ideal 3000PPM-4000PPM) |
| Cell lifetime | 7000/10000/15000 hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for InGround Pool |
| Unit Gross Weight | Round 12kgs |
| Unit Size | 38*26.5*30 cm |
| Voltage: | 110V/220V |

| Chlorine Output | For pool size |
|---|---|
| BLDB-C 20 | 60 to 75m3/20,000 gallon/75,000 ltrs |
| BLDB-C 30 | 75 to 115m3/30,000 gallon/115,000 ltrs |
| BLDB-C 40 | 115 to 150m3/40,000 gallon/150,000 ltrs |
| BLDB-C 60 | 150 to 230 m3/60,000 gallon/230,000 ltrs |

 **Blueworks BLAC Salt Chlorinator-Already Authorized US Sole Agent.**

**FEATURES:**

1. Water flow detector
2. Long life time cell 10000-25000 hours
3. Digital display, membrane panel
4. Acurate salinity level reading
5. Adjustable chlorine output
6. Super chlorination mode
7. High & low salt indicators & protection (working salt from 2300PPM to 6500PPM)
8. High & low temperature indicators & protection (working temperature from 50F to 140F)
9. Cell failed indicator
10. Cell self-cleaning
11. Warranty 2-7 Year

| Model No. | BLAC |
|---|---|
| Chlorine Output | 30/40 grams/hour |
| Salt Level | 2800-5000 PPM (Ideal 3000PPM-4000PPM) |
| Cell lifetime | 7000/10000/15000 hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for Inground Pool |
| Unit Gross Weight | Round 11kgs |

| Chlorine Output | For pool size |
|---|---|
| BLAC 20 | 60 to 75m3/20,000 gallon/75,000 ltrs |
| BLAC30 | 75 to 115m3/30,000 gallon/115,000 ltrs |
| BLAC40 | 115 to 150m3/40,000 gallon/150,000 ltrs |



 **Blueworks T-15, T 9, T5, T3 Salt Cell-Compatible
with Hayward Goldline ® salt systems Cell plates made in USA**



| Chlorine Output | For pool size | Compatible with Aquarite® |
|---|---|---|
| Blueworks BLT-C 15K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs | T-3 |
| Blueworks BLT-C 25K Gallon | 75 to 115m3/30,000 gallon/115,000 ltrs | T-9 |
| Blueworks BLT-C 40K Gallon | 115 to 150m3/40,000 gallon/150,000 ltrs | T-15 |

 **Blueworks BLPT Salt Cell-Compatible with Pentair Intellichlor®
Salt systems Cell plates made in USA**



| Chlorine Output | For pool size | Compatible with Intellichor® |
|---|---|---|
| Blueworks BLP-C 15K Gallon | 40 to 50m3/15,000 gallon/60,000 ltrs | Intellichor 15K Gallon |
| Blueworks BLP-C 20K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs | Intellichor 20K Gallon |
| Blueworks BLP-C 40K Gallon | 80 to 150m3/40,000 gallon/150,000 ltrs | Intellichor 40K Gallon |
| Blueworks BLP-C 60K Gallon | 150 to 230 m3/60,000 gallon/230,000 ltrs | Intellichor 60K Gallon |

07 **BLUEWORKS
BROCHURE**



## Blueworks BLRC Salt Cell-Compatible with Autopilot® Salt Systems
### Cell plates made in USA



| Chlorine Output | For pool size | Compatible with Autopilot® |
|---|---|---|
| Blueworks BLRC35 | 100 to 120m3/35,000 gallon/120,000 ltrs | RC35 |
| Blueworks BLRC42 | 120 to 140m3/42,000 gallon/160,000 ltrs | RC42 |
| Blueworks BLRC52 | 140 to 190m3/52,000 gallon/190,000 ltrs | Rc52 |

## Blueworks BLESC Salt Cell-Compatible with Davy ESC®
### Salt Systems Cell plates made in USA



Blueworks BLESC48 compatible with ESC243648

## Blueworks BLCPSC Salt Cell-Compatible with Compupool CPSC®
### Salt Systems



| Chlorine Output | For pool size | Compatible with Autopilot® |
|---|---|---|
| Blueworks BLCPSC16 | 30 to 40m3/10,000 gallon/40,000 ltrs | CPSC16 |
| Blueworks BLCPSC24 | 40 to 50m3/15,000 gallon/50,000 ltrs | CPSC24 |
| Blueworks BLCPSC36 | 50 to 75m3/20,000 gallon/75,000 ltrs | CPSC36 |
| Blueworks BLCPSC48 | 75 to 100m3/30,000 gallon/100,000 ltrs | CPSC48 |



**Blueworks BLFS Flow Switch-Compatible with Hayward Goldline®
Salt Systems, 1 year warranty.**



**Blueworks PCB Main and Display Circuit Board-Compatible with
Hayward Goldline® Salt Systems. 1 year warranty.**



09 | BLUEWORKS BROCHURE



 **Solar Floating Pool Light-Already Authorized US Sole Agent.**



**FEATURES:**

1. Auto recharge in the day time, and Auto turning on in the night, full Automatic.
2. With 8-10 hours of direct sunlight charging the battery the light will operate for approximately 6-10 hours.
3. Brilliant LED lights will last up to 100,000 hrs
4. Floats on the surface of pool, lake or pond
5. Illuminates Up to 40 ft. x 50 ft. Pool
6. Size: 30.5*30.5*20cms
7. Weight: 6kgs

 **Rechargable Floating Pool Light-Already Authorized US Sole Agent.**



**FEATURES:**

1. Brilliant LED lights will last up to 100,000 hrs
2. Floats on the surface of pool, lake or pond
3. Illuminates Up to 20 ft. x 40 ft. Pool
4. Provides up to 8 hrs illumination on one charge
5. Durable outer casing designed to withstand abuse
6. Size: 20.5*20.5*18cms
7. Weight: 1kgs



 **Blueworks magnetic base pool light**
**100% waterproof. Provide light wherever you may need it.**



**FEATURES:**
Using its magnetic base, it can be attached anywhere,
even underwater.
Switch it on and off and change the colors and effects
by simply pressing the central button on the optic lens.

11 | BLUEWORKS
     BROCHURE



 **Pool alarm BLPW-Already Authorized US Sole Agent.**



**FEATURES:**
1. Certified to ASTM F2208
2. Workable for pool size up to 5*10m
3. Size: 29.5*24.8*27.5cm
4. Weight: 2 kgs
5. 1 Year Warranty

**Pool alarm BLPE-Already Authorized US Sole Agent.**



**FEATURES:**
1. Certified to ASTM F2208
2. For pool size up to 5m*10m
3. weight:2kgs
4. Size: :36*26*30cm.
5. 4PCS/CTNS,carton dimension:56*41*38.5cm
6. 1 Year Warranty

BLUEWORKS
BROCHURE | 12




## New programmable Timer Controller, Heavy Duty Standard Plug -Already Authorized US Sole Agent.



**FEATURES:**
1. Most simple programmable timer.
2. 120V~60Hz
3. 15 Amp resistive
4. 1 HP 15FLA 90RLA motor
5. Programmable Timer Day Cycle Activated
   by sun light night cycle activated by darkness


## New programmable Timer Controller, Heavy Duty Twistlock Plug -Already Authorized US Sole Agent.



**FEATURES:**
1. Most simple programmable timer.
2. 120V~60Hz
3. 20 Amp resistive
4. 1 HP 15FLA 90RLA motor
5. Programmable Timer Day Cycle Activated
   by sun light night cycle activated by darkness


## BLTM01 Easy Programmable Timer



**FEATURES:**
1. The easiest programmable timer.
2. 2 independent time settings
3. 2,4,6 or 24 hour run times
4. 120V~60Hz
5. 15 Amp resistive
6. 1 HP 15FLA 90RLA motor
7. 1 Year Warranty
8. Unit weight:0.44kgs,dimension:11*7.5*14cm.
9. 12PCS/CTNS,carton dimension:30*26.5*24cm.

13 BLUEWORKS
BROCHURE

**Floating Solar Ionizer- Already Authorized US Sole Agent up to 40,000 gallon pool size.**



Floating Solar Ionizer: Already Authorized US sole agent up to 40,000 gallon pool size.

Case 3:20-cv-00710-FDW-DSC Document 10-2 Filed 01/21/21 Page 46 of 94


**Floating Solar Ionizer- Already Authorized US Sole Agent up to 40,000 gallon pool size.**



Floating Solar Ionizer: Already Authorized US sole agent up to 40,000 gallon pool size.

**Copper Ionizer:up to 10,000gallon pool size (Voltage:120V/60HZ,Adaper:12V)**





**REPLACEMENT SALT CELLS**

 **Blueworks T-15, T 9, T5, T3 Salt Cell-Compatible
with Hayward Goldline ® salt systems Cell plates made in USA**



| Chlorine Output | For pool size | Compatible with Aquarite® |
|---|---|---|
| Blueworks BLT-C 15K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs | T-3 |
| Blueworks BLT-C 25K Gallon | 75 to 115m3/30,000 gallon/115,000 ltrs | T-9 |
| Blueworks BLT-C 40K Gallon | 115 to 150m3/40,000 gallon/150,000 ltrs | T-15 |

**Blueworks BLVX Salt Cell-Compatiable with Hurlcom® Astral
Pool VX salt system Cell plates made in us**



| Time clock | Chlorine Output | For pool size (Temperate climate) | For pool size (Troperate climate) | Replace to Aquarite |
|---|---|---|---|---|
| NO | 25KGallon/ 25G Per Hour | Up to 95m3/20,000 gallon/96,000 ltrs | Up to 50m3/10,000 gallon/50,000 ltrs | VX7S |
| YES | 25KGallon/ 25G Per Hour | Up to 95m3/20,000 gallon/96,000 ltrs | Up to 50m3/10,000 gallon/50,000 ltrs | VX7T |
| NO | 30KGallon/ 30G Per Hour | Up to 120m3/25,000 gallon/120,000 ltrs | Up to 75m3/15,000 gallon/75,000 ltrs | VX9S |
| YES | 30KGallon/ 30G Per Hour | Up to120m3/25,000 gallon/120,000 ltrs | Up to 75m3/15,000 gallon/75,000 ltrs | VX9T |
| NO | 42KGallon/ 42G Per Hour | Up to 160m3/35,000 gallon/160,000 ltrs | Up to 100m3/20,000 gallon/100,000 ltrs | VX11S |
| YES | 42KGallon/ 42G Per Hour | Up to 160m3/35,000 gallon/160,000 ltrs | Up to 100m3/20,000 gallon/100,000 ltrs | VX11T |



**Blueworks Corporation**
Address: 303 Albemarle Street, Lexington, NC 27292
Email:contact.us@blueworkspool.com
Office:+1-844-319-0237/+1-917-204-7116
Website:blueworkspool.com

**Exhibit TD-6**

**to 21 January 2021 Declaration of Tiberius Dinu**









**Exhibit TD-7**

**to 21 January 2021 Declaration of Tiberius Dinu**









Case 3:20-cv-00710-FDW-DSC  Document 10-2  Filed 01/21/21  Page 59 of 94



Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 60 of 94



Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 61 of 94



Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 62 of 94



My Alibaba

Ruby Wang

and your website pls?

do you pool company?

have company website of you?

what is your company name?

Customer from Hong Kong and Thailand

No website sorry

We are sourcing company

No sorry

Yeetung

Start Order        Logistics Inquiry

Please type your message here...

Ruby Wang
Ningbo CF Electronic Tech Co...

Nancy Huang
Shenzhen Yaxilan Trade Co., Ltd.

Connie Mo
Shenzhen Globalsell Technology...

Seven He
Guangzhou Jumbo Electronic Co...

Can not find old inquiry messages?
messages will be stored in Buying Leads.

Upgrade to Gold Supplier

My Account    Help    English

a message.alibaba.com/message/messenger.htm?sprm=a2756.ina8e-i4s1-b-

Alibaba Manufacturer Directory - Suppliers, Manufacturers, Exporters & Importers





Dear Ruby, I don't get it and why so many questions for a product you advertise openly. I am a sourcing company, Yeetung, and work with a contractor that has a client that needs the chlorinators at the locations mentioned. If you can't supply that's fine, I can apply for a refund and buy somewhere else. I am kind of wasting time as my client chases me. So please let me know if you can ship or if I apply for a refund.

Booking your shipment? Check out the shockingly simple experience at Alibaba.com Freight.

i see there are many Yee Tung company on the website

as now we need to know customer well

Sorry that we just want to know our customers better

So when the products can be ship?

I still have balance to pay ?

Please let me know if I can pay the difference and when can I expect you to ship it. If that is not possible please let me know so I can make other arrangements. Thank you, Ruby.





**Exhibit TD-8**

**to 21 January 2021 Declaration of Tiberius Dinu**



Trade Assurance Orders

Trade Assurance Order Details

**Express**

here when we receive your products at the destination place, you need to unload the goods and do the import customs clearance, and pay the import duty as well as any other destination port fees.

USD 70.00

**Shipment date**

Export Method

Ship 10 day(s) after initial payment is received

Convenient Delivery

**Shipping Address**

Lai Nicole, Hongkong,HONGKONG,HONGKONG,Philippines,4103

**Payment terms**

**Total Order Amount**

**Payment method**

VISA Online Bank Payment Pay Later T/T

USD 551.00

**Trade Assurance Terms**

Post-shipment assurance

* Your actual payment will be fully covered
* If the quality of the products does not match the standards set in your contract or the supplier did not ship the goods on time, you will be eligible for a refund within 30 days of delivery.

**Order remarks**

·

Download

Need Help?

AliExpress | 1688.com | Taobao Global | Alipay | Lazada

Browse Alphabetically: Onetouch | Showroom | Country Search | Suppliers | Affiliate

Product Listing Policy - Intellectual Property Protection - Privacy Policy - Terms of Use - User Information Legal Enquiry Guide

© 1999-2021 Alibaba.com. All rights reserved. 浙公网安备 33010002000092号 浙B2-20120091



My Alibaba

Home > My Alibaba > Order Management > Order Details

Trade Assurance Order

Upgrade to Gold Supplier

Ningbo C.f Electronic Tech Co., Ltd.    Order Number: 6414227501021978

| Contract | Payment | Shipment | Receiving | Reviews |

**Order closed**
This order has been closed.

˅ Shipping Details

Shipping time: Shipping not completed                    Shipping method: Express

> Payment Records                                        Transactions    About the payment method

> Operation Records

**Order details**                                        View Contract    Reorder

Order Number: 6414227501021978    Order Date: 2020-12-07 00:05:22

Supplier:

**Ningbo C.f Electronic Tech Co., Ltd.**
Contact Name: Ruby Wang ⊙
Registered company
address: CN,Zhejiang,Ningbo,Taoyuan Village,
Hengjie Town, Haishu Dist.
Company Tel: 86-574-88279212
Company Email: sales2@techflife.com

Buyer:
**Lai Nicole**
Contact Name: Lai Nicole
Company Email: nicolelai@yeetung-hk.com

**Product details**

| No. | Product name | Quantity | Unit | Unit price | Total |
|---|---|---|---|---|---|
| | titanium electrode Salt Chlorinator Product cell replacement | 1.00 | Piece(s) | USD 151.0000 | USD 151.00 |

Open "https://biz.alibaba.com/ta/contract.htm?orderId=6414227501021978" in a new tab

🛡 Trade Assurance Orders

🛡 Trade Assurance Order Details

| No. | Product name | Quantity | Unit | Unit price | Total |
|---|---|---|---|---|---|
| 1 | titanium electrode Salt Chlorinator Product cell rep | 1.00 | Piece(s) | USD 151.0000 | USD 151.00 |
| | Product Description:Cell compatable with T3 | | | | |
| 2 | titanium electrode Salt Chlorinator Product cell rep | 1.00 | Piece(s) | USD 330.0000 | USD 330.00 |
| | Product Description:Cell compatable with IC20 | | | | |

Total Product Price USD 481.00

## Shipment terms

| Shipping method | Trade Terms | Shipping Fee |
|---|---|---|
| Express | DAP When the goods arrive at the destination place, you need to unload the goods and do the import customs clearance, and pay the import duty as well as any other destination port fees | USD 70.00 |

| Shipment date | Export Method |
|---|---|
| Ship 10 day(s) after initial payment is received | Convenient Delivery |

**Shipping Address**

Lai Nicole, Hongkong,HONGKONG,HONGKONG,Philippines,4103

## Payment terms

| Payment method | Total Order Amount |
|---|---|
| 🏦 Mastercard VISA Online Bank Payment *Pay Later* T/T | USD 551.00 |

## Trade Assurance Terms

Post-shipment assurance



Need Help?

**Exhibit TD-9**

**to 21 January 2021 Declaration of Tiberius Dinu**

| Subject | **RE: Re: Business Enquiry** |
| --- | --- |
| From | Holly Chen <sales1@techflife.com> |
| To | TG <teodoro@importasolylunamexico.com> |
| Cc | <teodorosolyluna@outlook.com> |
| Reply-To | <sales1@techflife.com> |
| Date | 2020-12-11 15:23 |
| Priority | Normal |

*roundcube*

Dear Teodoro,

Thank you for your email. For CFT-C is compatible with Hayward Aquarite T3/T9/T15 cell. Do you want to replace T3,T9 or T15?

Have a nice day

Best Regards
Holly
General Manager Assistant

Focus on Salt Water Chlorinator.

## NINGBO CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add: Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232

-------------- Original Message ----------
**From:** TG <teodoro@importasolylunamexico.com>;
**To:** <sales1@techflife.com>;
**CC:** <teodorosolyluna@outlook.com>;
**Sent:** 2020-12-11 15:00
**Subject:** Re: Business Enquiry

Dear Holly,

Thanks for your reply

Attached the photo

Best Regards
Teodoro

**From: Holly Chen <sales1@techflife.com>**
**Reply to: <sales1@techflife.com>**
**Date: Friday, 11 December 2020 at 6:15 AM**

Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 73 of 94

**To:** TG <teodoro@importasolylunamexico.com>
**Cc:** <teodorosolylуна@outlook.com>
**Subject:** RE: Re: Business Enquiry

Dear Teodoro,

Thank you for your email. Yes,I saw your email. May I know which is CFT-C series? Could you please send me photo? Thank you.


Have a nice day


Best Regards
Holly
General Manager Assistant
Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add:
Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232

-------------- Original Message ----------
**From:** TG <teodoro@importasolylunamexico.com>;
**To:** <sales1@techflife.com>;
**CC:** <teodorosolylуна@outlook.com>;
**Sent:** 2020-12-10 18:03
**Subject:** Re: Business Enquiry

Dear Holy,

Hope you are keeping well .

We apologise for the late reply. Our business has been a bit quiet lately .

We had a look at your catalog and we would like to order the following as samples to test and show to our clients.

We want to order the following:

1. CFT-C series.        1 pc
2. CFLH  series.        1 pc
3. CFSC  series.        1 carton
4. CFAG10/20.          1 unit

Please prepare PI in RMB and send us your banking details.
My agent will do the payment.
We would appreciate it if you could prepare the goods and send to my agent in

Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 74 of 94

China as he has other goods to consolidate for us and will ship to us one time to save some cost for us.

Waiting for your positive reply

Best Regards
Teodoro

**From:** Holly Chen <sales1@techflife.com>
**Reply to:** <sales1@techflife.com>
**Date:** Monday, 26 October 2020 at 3:12 AM
**To:** TG <teodoro@importasolylunamexico.com>
**Cc:** <teodorosolyluna@outlook.com>
**Subject:** RE: Re: Business Enquiry

Dear Teodoro,

Thank you for your introduce about your company. Yes,I will contact with your agent in China to discuss further business.

Have a nice day

Best Regards
Holly
General Manager Assistant
Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add:
Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232

--------------- Original Message ----------
**From:** TG <teodoro@importasolylunamexico.com>;
**To:** <sales1@techflife.com>;
**CC:** <teodorosolyluna@outlook.com>;
**Sent:** 2020-10-24 03:25
**Subject:** Re: Business Enquiry

Dear Holly,

Thank you for your quick reply
Sorry for my late reply.
We are a reputable company established in 2005 and servicing our clients through all of Mexico.
We also have big clients in the USA and surrounding areas who engaged us to source these products for them since they

Cannot travel to China.
We would like my agent who is based in China to visit you and have a face to face
meeting and discuss with you for further business for us.

Best Regards

Waiting for your reply

Teodoro

---

**From:** Holly Chen <sales1@techflife.com>
**Reply to:** <sales1@techflife.com>
**Date:** Tuesday, 20 October 2020 at 9:57 AM
**To:** TG <teodoro@importasolylunamexico.com>
**Cc:** <teodorosolyluna@outlook.com>
**Subject:** RE: Re: Business Enquiry

Dear Teodoro,

Thank you for your email. Could you please introduce about your
company? Thank you.
Yes,OK,I will contact with your agent to discuss further business
proposals.

Have a nice day

Best Regards
Holly
General Manager Assistant
Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add:
Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232

-------------- Original Message ----------
**From:** TG <teodoro@importasolylunamexico.com>;
**To:** <sales1@techflife.com>;
**CC:** <teodorosolyluna@outlook.com>;
**Sent:** 2020-10-20 14:57
**Subject:** Re: Business Enquiry

Dear Holly,
We are glad to contact you today and make your acquaintance.

We learn through Alibaba website that your esteemed company is engaged in the business of Salt Pool Chlorinator etc and we feel that you may be able to help us for our Mexican business and support us for our clients in USA.
My agent in China contacted you and asked us to send an e-mail to you.
Since we can not travel to China we would appreciate it very much if you could receive my agent to discuss further business proposals.
Waiting for your positive reply.
Yours truly,
Teodoro

Empresa 186-302 Extremadura Insurgentes Mexico,
D.F.03740,
Mexico
Tel : 52-55-5331-8067
Fax: 52-55-5563-6849
Website: ,<<importasolylunamexico>>
Email: <<teodoro@importasolylunamexico.com>>

**Exhibit TD-10**

**to 21 January 2021 Declaration of Tiberius Dinu**



# 宁波市思虎电子科技有限公司

## NINGBO C.F.ELECTRONICS TECH CO.,LTD

Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China

Tel:0574-88279212,Fax:0574-88279211,www.techflife.com Email:sales1@techflife.com

## Proforma  Invoice

To:Teodoro

Dated:2020-12-14

C/I No.CFT1201

| DESCRIPTION OF GOODS | PICTURE | QTY UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| CFT3 | | 1 | 151 | 151 |
| CFLH20G-2 | | 1 | $347 | $347 |
| BLSC20G-2 | | 1 | $347 | $347 |
| CFAG20G-2 | | 1 | $310 | $310 |
| | | | | $1155=7551.852RMB |

 SAY US.DALLOR ONE THOUSAND  ONE HUNDRED AND FIFTY   FIVE ONLY

PAYMENT TERMS: 30% BANK TRANSFER  FIRST FOR DEPOSIT,BALANCE PAYMENT SHOULD BE PAID BEFORE SHIPPING

DELIVERY:7-12 WORK DAYS AFTER RECEIVED PAYMENT

Signature 

Signature    *Holy Chen*

**TT account:**

Company Name:  Fig Global Limited (please notice not Ningbo CF,fig is our HongKong company name)
  Address:  RM 1607 Trend CTR 29-31 Cheung Lee St Chai Wan HK
1. Beneficiary Bank Name: HSBC Hong Kong
2. Beneficiary Bank Address: 1 Queen's Road Central, Hong Kong
3. Swift Code: HSBCHKHHHKH
4. Account Number: 817-401615-838

| | |
|---|---|
| Subject | **RE: Re: Business Enquiry** |
| From | Holly Chen <sales1@techflife.com> |
| To | TG <teodoro@importasolylunamexico.com> |
| Cc | <teodorosolyluna@outlook.com> |
| Reply-To | <sales1@techflife.com> |
| Date | 2020-12-14 13:14 |
| Priority | Normal |



- 2020-12-14 PI to Teodoro.pdf (~287 KB)

Dear Teodoro,

Thank you for your fast reply. Haha,our weekend also normal,staying home and waching TV and eating.
Now our city has been back to normal life,but still afraid to go around.

Please check attached invoice. For salt chlorinator cell plates are made in China. Yes,all products in catalog made by us,we're factory.


Have a nice day


Best Regards
Holly
General Manager Assistant

<mark>Focus on Salt Water Chlorinator.</mark>

## Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add: Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232

-------------- Original Message ----------
**From:** TG <teodoro@importasolylunamexico.com>;
**To:** <sales1@techflife.com>;
**CC:** <teodorosolyluna@outlook.com>;
**Sent:** 2020-12-14 12:42
**Subject:** Re: Business Enquiry

Dear Holy,

Thanks-our weekend is just normal , staying home and watching TV and eating .
Hope you had a nice weekend and how is the virus in your province.
Waiting for invoice.

Am I right to say that all your products in your catalogue  are manufactured by your factory in China right?, including the blades.

Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 80 of 94

Waiting for your e-mail

Regards

Teodoro

**From:** Holly Chen <sales1@techflife.com>
**Reply to:** <sales1@techflife.com>
**Date:** Monday, 14 December 2020 at 4:06 AM
**To:** TG <teodoro@importasolylunamexico.com>
**Cc:** <teodorosolyluna@outlook.com>
**Subject:** RE: Re: Business Enquiry

Dear Teodoro,

Thank you for your email. Hope you had a nice weekend. Yes,we have 20g,I will send you invoice today.

Have a nice day

Best Regards
Holly
General Manager Assistant
Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add:
Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232

--------------- Original Message ----------
**From:** TG <teodoro@importasolylunamexico.com>;
**To:** <sales1@techflife.com>;
**CC:** <teodorosolyluna@outlook.com>;
**Sent:** 2020-12-11 16:41
**Subject:** Re: Business Enquiry

Dear Holy,

Thanks once again for helping us

For Item
2) 20g
3) 20g
4) 20g

If you don't have 20g you could supply us with 30g

Regards

Teodoro

**Exhibit TD-11**

**to 21 January 2021 Declaration of Tiberius Dinu**

| Subject | **RE: Re: Business Enquiry** |
|---|---|
| From | <teodoro@importasolylunamexico.com> |
| To | <sales1@techflife.com> |
| Cc | <teodorosolyluna@outlook.com> |
| Date | 2020-12-17 13:24 |



- Ningbo C.F. Electronic Tech Ph#2-bank receipt.jpg (54 KB)

Dear Holly,

Attached the Payment,

As my agent will be in your area (Ningbo) from next week consolidating some other goods for us, we would appreciate it if you could prepare the goods and our agent will pick up from your factory. This will save us some cost.

Also you mentioned that you have a facility in the USA. Does your facility in US also manufacture or is it just used for assembly.

Also if we place future orders could you send our orders direct from US to Mexico.

Waiting for your reply.

Best Regards

Teodoro


On 2020-12-14 07:14, Holly Chen wrote:

Dear Teodoro,

Thank you for your fast reply. Haha,our weekend also normal,staying home and waching TV and eating.
Now our city has been back to normal life,but still afraid to go around.

Please check attached invoice. For salt chlorinator cell plates are made in China. Yes,all products in catalog made by us,we're factory.

Have a nice day

Best Regards
Holly
General Manager Assistant

Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add: Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China

Tel: 86574-88279212, Fax: 86574-88279211

China company website:www.techflife.com

Email: sales1@techflife.com

Skype: cf.tech1(holly chen)

Wechat:18857988232

WhatsApp: 0086-18857988232

-------------- Original Message ----------
FROM: TG <teodoro@importasolylunamexico.com>;
TO: <sales1@techflife.com>;
CC: <teodorosolyluna@outlook.com>;
SENT: 2020-12-14 12:42
SUBJECT: Re: Business Enquiry

Dear Holy,

Thanks-our weekend is just normal , staying home and watching TV and
eating .

Hope you had a nice weekend and how is the virus in your province.

Waiting for invoice.

Am I right to say that all your products in your catalogue are
manufactured by your factory in China right?, including the blades.

Waiting for your e-mail

Regards

Teodoro

FROM: Holly Chen <sales1@techflife.com>
REPLY TO: <sales1@techflife.com>
DATE: Monday, 14 December 2020 at 4:06 AM
TO: TG <teodoro@importasolylunamexico.com>
CC: <teodorosolyluna@outlook.com>
SUBJECT: RE: Re: Business Enquiry

Dear Teodoro,

Thank you for your email. Hope you had a nice weekend. Yes,we have
20g,I will send you invoice today.

Have a nice day

Best Regards

Holly

General Manager Assistant

Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd

Have branch in NC,USA
Factory Add: Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo
City,Zhejiang Province,China

Tel: 86574-88279212, Fax: 86574-88279211

China company website:www.techflife.com

Email: sales1@techflife.com

Skype: cf.tech1(holly chen)

Wechat:18857988232

WhatsApp: 0086-18857988232

-------------- Original Message ----------

FROM: TG <teodoro@importasolylunamexico.com>;

TO: <sales1@techflife.com>;

CC: <teodorosolyluna@outlook.com>;

SENT: 2020-12-11 16:41

SUBJECT: Re: Business Enquiry

Dear Holy,

Thanks once again for helping us

For Item

2) 20g

3) 20g

4) 20g

If you don't have 20g you could supply us with 30g

Regards

Teodoro



Ningbo C.F. Electronic Tech Ph#2-bank receipt.jpg
54 KB

| Subject | **RE: RE: Re: Business Enquiry** |
| --- | --- |
| From | Holly Chen <sales1@techflife.com> |
| To | <teodoro@importasolylunamexico.com> |
| Cc | <teodorosolyluna@outlook.com> |
| Reply-To | <sales1@techflife.com> |
| Date | 2020-12-17 13:53 |
| Priority | Normal |



Dear Teodoro,

Thanks for your order, we can get packaging ready before your agent comming again, when he will come?
We don't have facility in USA, may be in the future we will have.

BTW,if sample past testing,how many units you can order a year?  If your order quantity over 500 units a year,we can private label for you.


Have a nice day


Best Regards
Holly
General Manager Assistant

Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add: Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232


--------------- Original Message ----------
From: <teodoro@importasolylunamexico.com>;
To: <sales1@techflife.com>;
CC: <teodorosolyluna@outlook.com>;
Sent: 2020-12-17 13:24
Subject: RE: Re: Business Enquiry


Dear Holly,

Attached the Payment,

As my agent will be in your area (Ningbo) from next week consolidating some other goods for us, we would appreciate it if you could prepare the goods and our agent will pick up from your factory. This will save us some cost.

Also you mentioned that you have a facility in the USA. Does your facility in US also manufacture or is it just used for assembly.

Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 87 of 94

Also if we place future orders could you send our orders direct from US to Mexico.

Waiting for your reply.

Best Regards

Teodoro

HSBC 滙豐

Hong Kong 香港

Transaction Advice 交易通知書

| Transaction Type 交易類別 | | Cash 現金 | Cheque 支票 | Transfer 轉賬 |
|---|---|---|---|---|
| DEPOSIT | | *** | | |
| Account No. 戶口號碼 | Amount 金額 | Remarks 備註 | | |
|  | USD1,155.00CR | | | |
| FIG GLOBAL LIMITED | | | | |

Reference 備考

The Hongkong and Shanghai Banking Corporation Limited 香港上海滙豐銀行有限公司

15DEC20-15:05 801212

**Exhibit TD-12**

**to 21 January 2021 Declaration of Tiberius Dinu**



# 宁波市思虎电子科技有限公司

**NINGBO C.F.ELECTRONICS TECH CO.,LTD**

Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China

Tel:0574-88279212,Fax:0574-88279211,www.techflife.com Email:sales1@techflife.com

## Proforma Invoice

To:Teodoro

Dated:2020-12-18

C/I No.CFT1201

| DESCRIPTION OF GOODS | PICTURE | QTY UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| CFT3 | | 2 | 151 | 302 |
| CFLH20G-2 | | 1 | $347 | $347 |
| BLSC20G-2 | | 1 | $347 | $347 |
| CFAG20G-2 | | 2 | $310 | $620 |
| | | | | $1,616 |

**SAY US.DALLOR ONE THOUSAND SIX HUNDRED AND SIXTY SIX ONLY**

Signature



Signature

*Holy Chen*

For new order CFT3 1 pc and CFAG20G-2 1 unit total $461, must need be paid by cash when your agent visit us pick up goods

| Subject | **RE: Re: Business Enquiry** |
| --- | --- |
| From | Holly Chen <sales1@techflife.com> |
| To | TG <teodoro@importasolylunamexico.com> |
| Cc | <teodorosolyluna@outlook.com> |
| Reply-To | <sales1@techflife.com> |
| Date | 2020-12-18 15:08 |
| Priority | Normal |



- 2020-12-18 PI to Teodoro.pdf (~304 KB)

Dear Teodoro,

Thank you for your order. Yes,I revised invoice,add these two items,please check attached invoice.
Once your agent confirm time,welcome call me. Ok,I will also send the invoice to your agent.
Look forward to receive larger order from you.

Have a nice day

Best Regards
Holly
General Manager Assistant

Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add: Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang
Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232

--------------- Original Message ----------
From: TG <teodoro@importasolylunamexico.com>;
To: <sales1@techflife.com>;
CC: <teodorosolyluna@outlook.com>;
Sent: 2020-12-18 13:37
Subject: Re: Business Enquiry

Dear Holly.

Hope you are well .
Thanks for your reply.
Please could you had to our order.
1 X CFT3
1 X CFAG20G-2
Our Agent will be at your company sometime next week and he will phone you first.
Our agent will also pay cash for these two items when visiting.
Please could you add these two items to the original Invoice you sent to us and give to our
agent one invoice
We are confident that after our client test these they will place larger order with us.
Have a nice day

Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 92 of 94

Best Regards
Teodoro

On 17/12/2020, 7:53 AM, "Holly Chen" wrote:

Dear Teodoro,

Thanks for your order, we can get packaging ready before your agent comming again, when he will come?
We don't have facility in USA, may be in the future we will have.

BTW,if sample past testing,how many units you can order a year? If your order quantity over 500 units a year,we can private label for you.


Have a nice day


Best Regards
Holly
General Manager Assistant

Focus on Salt Water Chlorinator.

Ningbo CF Electronic Tech Co., Ltd
Have branch in NC,USA
Factory Add: Xi Wang Industry Zone, HengJie Town, Haishu, Ningbo City,Zhejiang Province,China
Tel: 86574-88279212, Fax: 86574-88279211
China company website:www.techflife.com
Email: sales1@techflife.com
Skype: cf.tech1(holly chen)
Wechat:18857988232
WhatsApp: 0086-18857988232


-------------- Original Message ----------
From: ;
To: ;
CC: ;
Sent: 2020-12-17 13:24
Subject: RE: Re: Business Enquiry


Dear Holly,

Attached the Payment,

As my agent will be in your area (Ningbo) from next week consolidating some other goods for us, we would appreciate it if you could prepare the goods and our agent will pick up from your factory. This will save us some cost.

Also you mentioned that you have a facility in the USA. Does your facility in US also manufacture or is it just used for assembly.

Also if we place future orders could you send our orders direct from US to Mexico.

Waiting for your reply.

Best Regards

Teodoro

Case 3:20-cv-00710-FDW-DSC   Document 10-2   Filed 01/21/21   Page 94 of 94