# EXHIBIT B



Erik Paul Belt
Partner
T. 617-449-6506
F. 617-607-6035
ebelt@mccarter.com

McCarter & English, LLP
265 Franklin Street
Boston, MA 02110-3113
www.mccarter.com

June 25, 2020

***Via Overnight mail***

BlueWorks Corporation d/b/a blueworkspool.com
c/o Haoqi Sun
12245 Nations Ford Road, Suite 501,
Pineville, NC 28134

BlueWorks Corporation d/b/a blueworkspool.com
c/o Haoqi Sun
303 Albemarle Street,
Lexington, NC 27292

**Re:** *False Advertising, False Designation of Origin, False Association and Trademark Infringement*

Dear Haogi Sun,

As you know, we represent Hayward Industries, Inc., in connection with its intellectual property matters. On May 12, 2020, Hayward sent BlueWorks a cease and desist letter outlining BlueWorks' violations of Hayward's trademark rights. The letter was delivered at both locations on May 13 and signed for by you and G. Gilbert.

In that cease and desist letter, Hayward asked that BlueWorks respond by Friday, May 22. BlueWorks did not respond by then or at any time since, and, as Hayward has confirmed, the infringement is continuing. Hayward continues to suffer harm from BlueWorks' actions. Accordingly, Hayward reiterates its demands stated in that May 12th letter.

Given that May 12th notice of infringement and this second warning, BlueWorks' continuing infringement constitutes intentional, willful, and bad faith conduct that will entitle Hayward to recover from BlueWorks its legal fees and multiple damages should this matter proceed to litigation.

Although Hayward prefers to resolve this matter through a business resolution, this will be Hayward's last warning. Thus, if we do not hear from

you by <u>**close of business on Thursday, July 2, 2020**</u>, we will be forced to file and serve a complaint in United States District for the District of New Jersey asserting claims under the Lanham Act, as well as under other federal, state, and common laws.

To avoid litigation, please contact me by <u>**July 2**</u> with written assurances that BlueWorks will (1) abandon and cease any and all advertising and promotion of its products that use the HAYWARD marks; (2) stop selling the infringing and unauthorized products; (3) removes any statement or representation that falsely designates or describes the BlueWorks' salt cells as authorized, certified, or sponsored by, or associated with, Hayward or that is likely to confuse consumers as to the source, affiliation, or sponsorship of such salt cells; (4) notifies all customers that these products are in no way related, comparable, or compatible to any HAYWARD product; (5); issues a recall notice to all purchasers of the BlueWorks' salt cell that advertise with the Hayward Marks in the United States and offering a full refund to any customers who purchased the cells; (6) compensates Hayward for past infringement; and (7) pays Hayward's attorneys' fees to date.

Sincerely,

Erik Paul Belt


cc. Steven Halpern, Esq.
    Anne E. Shannon, Esq.



FOLD on this line and place in shipping pouch with **bar code and delivery address** visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

### Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).



FOLD on this line and place in shipping pouch with bar code and delivery address visible

1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains the terms and conditions of shipping and information useful for tracking your package.

Legal Terms and Conditions

Tendering packages by using this system constitutes your agreement to the service conditions for the transportation of your shipments as found in the applicable FedEx Service Guide, available upon request. FedEx will not be responsible for any claim in excess of the applicable declared value, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the applicable FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of 100 USD or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is 500 USD, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see applicable FedEx Service Guide. FedEx will not be liable for loss or damage to prohibited items in any event or for your acts or omissions, including, without limitation, improper or insufficient packaging, securing, marking or addressing, or the acts or omissions of the recipient or anyone else with an interest in the package. See the applicable FedEx Service Guide for complete terms and conditions. To obtain information regarding how to file a claim or to obtain a Service Guide, please call 1-800-GO-FEDEX (1-800-463-3339).

Case 3:20-cv-00710-FDW-DSC   Document 10-5   Filed 01/21/21   Page 5 of 5