# EXHIBIT C

 (https://www.techflife.com）

HOME (http://www.techflife.com/)   PRODUCTS (http://www.techflife.com/shop/)
BLOG (http://www.techflife.com/category/news/)
ABOUT US (https://www.techflife.com/about-us/)
CONTACT (https://www.techflife.com/contactus/)

 (http://www.techflife.com/default)

Home (https://www.techflife.com/)  →  Contact US

# Contact US

Address： Tao Yuan Industry Yin Zhou District Ning Bo City Zhe Jiang Province China
Phone： 0574-88279212
Fax： 0574-88279211
Website： www.techflife.com

Your Name (required)

Your Email (required)

Subject

Your Message

Send

© 2017 Ning Bo C.F Electronic Tech Co.,Ltd. All Rights Reserved.
 Tao Yuan Industry Yin Zhou District Ning Bo Zhe Jiang Province China
 richard@techflife.com

**Case 3:20-cv-00710-FDW-DSC   Document 10-6   Filed 01/21/21   Page 2 of 2**