# EXHIBIT D



December 28, 2020