# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| AGILENT TECHNOLOGIES INC.,<br><br>    Plaintiff,<br><br>v.<br><br>J&X TECHNOLOGIES CO., LTD.,<br><br>    Defendant. | Civil Action No.: 19-CV-02156-N-DCG<br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING AGILENT'S
## MOTION FOR SUBSTITUTED SERVICE

On September 15, 2020, Plaintiff Agilent Technologies Inc. ("Agilent") filed Agilent's Motion for Substituted Service, Dkt. No. [12] ("Motion"), on defendant, J&X Technologies Co., Ltd. ("J&X"), which resides in the People's Republic of China. The Court finds the Motion to be well founded. Accordingly, the Motion is hereby **GRANTED**.

Pursuant to Federal Rules of Civil Procedure 4(f)(3) and 4(h)(2), Agilent is hereby directed to serve J&X via email together with a copy of this order to each of the following e-mail addresses for which the Court has checked the box below, within one week of the entry of this Order.

| | |
|---|---|
| [X] | at kathleen.daley@finnegan.com, J&X's settlement counsel, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, attn.: Kathleen Daley |
| [X] | at wayneandking@gmail.com, J&X's counsel before the United States Patent and Trademark Office, Wayne and King IP, attn.: Xia Li |
| [X] | at info@jnxtec.com |
| [X] | at xguan@jnxtec.com |
| [X] | at zhao@jnxtec.com |

The Court will consider service to be completed upon the earliest date upon which Agilent's counsel is able to obtain a confirmation of e-mail delivery. Agilent also is directed to file a Notice of Service once service has been completed to any e-mail address.

SIGNED September 23, 2020.

                                                          DAVID C. GODBEY
                                                        UNITED STATES DISTRICT JUDGE