IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants. | Civil Action No. 3:20-cv-00710-FDW-DSC |

**JOINT MOTION TO EXTEND DEADLINE TO FILE A MOTION FOR LEAVE TO JOIN ADDITIONAL PARTIES OR OTHERWISE AMEND THE PLEADINGS**

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Rule 7.1, Plaintiff Hayward Industries, Inc.'s ("Hayward") and Defendants Blueworks Corporation, Blueworks Innovation Corporation, Ningbo Yishang Import and Export Co., Ltd. ("Ningbo Yishang"), and Ningbo C.F. Electronic Tech Co., Ltd. ("Ningbo C.F."), by and through their counsel, hereby jointly move to amend this Court's deadline for the parties to file a motion for leave to join additional parties or otherwise amend the pleadings from September 15, 2021 (Dkt. 42 ¶ 3(a)) to September 29, 2021. The parties believe that good cause exists to allow Ningbo Yishang and Ningbo C.F. time for their recently hired counsel to evaluate amendments to the pleadings. Additionally, Plaintiff Hayward has recently filed objections (Dkt. 50) to the Magistrate's order (Dkt. 49) denying Plaintiff's Motion for Protective Order (Dkt. 43). Accordingly, Hayward has

not answered any discovery in the case thus far, and currently its discovery responses are not due until after the current deadline to amend the pleadings. The proposed two-week extension will not cause any party to be prejudiced and will not unduly delay the current schedule.

Date: September 14, 2021

Respectfully submitted,

__/s/ Erik Paul Belt__
W. Clark Goodman (N.C. Bar No. 19927)
Russ Ferguson (N.C. Bar No. 39671)
Womble Bond Dickinson (US) LLP
301 S. College St., Suite 3500
Charlotte, NC 28202
Clark.Goodman@wbd-us.com
Russ.Ferguson@wbd-us.com

Erik Paul Belt
Anne E. Shannon
Alexander L. Ried
McCarter & English, LLP
265 Franklin St.
Boston, MA 02110

***Attorneys for Plaintiff Hayward Industries, Inc.***

| | |
|---|---|
| Date: September 14, 2021 | */s/ Shaobin Zhu* <br> */s/ Brooks F. Jaffa* <br> Brooks F. Jaffa (NC Bar No. 44490) <br> Cranford, Buckley, Schultze, Tomchin, <br> Allen & Buie, P.A. <br> 7257 Pineville-Matthews Road, Suite 2100 <br> Charlotte, North Carolina 28226 <br> Tel: 704-442-1010 <br> Fax: 704-442-1020 <br> Email: bfjaffa@southcharlottelawfirm.com <br><br> J. Kevin Fee (*pro hac vice admitted*) <br> Morgan, Lewis & Bockius LLP <br> 1111 Pennsylvania Avenue, NW <br> Washington, DC 20004 <br> Tel: 202-739-5353 <br> Fax: 202-739-3001 <br> Email: kevin.fee@morganlewis.com <br><br> Shaobin Zhu (*pro hac vice admitted*) <br> Morgan, Lewis & Bockius LLP <br> 1400 Page Mill Road <br> Palo Alto, CA 94304 <br> Tel: 650.843.4000 <br> Fax: 650.843.4001 <br> Email: shaobin.zhu@morganlewis.com <br><br> ***Attorneys for Defendants Ningbo Yishang Import and Export Co., Ltd. and Ningbo C.F. Electronic Tech Co., Ltd.*** |
| Date: September 14, 2021 | */s/ Michael R. Houston* <br> J. Douglas Grimes <br> Bradley Arant Boult Cummings LLP <br> 214 N. Tryon St., Suite 3700 <br> Charlotte, NC 28202 <br> 704-338-6031 <br><br> Michael R. Houston <br> Jami A. Gekas <br> Matthew D. Witsman <br> Foley & Lardner LLP <br> 321 N. Clark St., Ste 3000 <br> Chicago, IL 60654-4762 <br><br> ***Attorney for Defendants Blueworks Corporation and Blueworks Innovation Corporation*** |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 14, 2021 the foregoing document was filed with the clerk of this Court via the CM/ECF system and was served on all counsel of record.

*/s/ Shaobin Zhu*
Shaobin Zhu
