# EXHIBIT 3

| | |
|---|---|
| **From:** | Shannon, Anne <ashannon@mccarter.com> |
| **Sent:** | Thursday, September 2, 2021 2:09 PM |
| **To:** | Houston, Michael R.; 'dgrimes@bradley.com'; 'yanling@jiangip.com'; 'bfjaffa@southcharlottelawfirm.com' |
| **Cc:** | Belt, Erik Paul; Ried, Alexander; 'Ferguson, Russ' |
| **Subject:** | RE: Hayward v. Blueworks (3:20-cv-00710-FDW-DSC) - Extension of Deadline for Responses to Discovery Requests |

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Thank you



**Anne E. Shannon | Associate**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

ashannon@mccarter.com | www.mccarter.com | V-Card
T 617.449.6576    M 201.669.1449

Boston | Hartford | Stamford | New York | Newark | East Brunswick | Philadelphia | Wilmington | Washington, DC

**From:** Houston, Michael R. <MHouston@foley.com>
**Sent:** Thursday, September 2, 2021 2:54 PM
**To:** Shannon, Anne <ashannon@mccarter.com>; 'dgrimes@bradley.com' <dgrimes@bradley.com>; 'yanling@jiangip.com' <yanling@jiangip.com>; 'bfjaffa@southcharlottelawfirm.com' <bfjaffa@southcharlottelawfirm.com>
**Cc:** Belt, Erik Paul <ebelt@McCarter.com>; Ried, Alexander <aried@mccarter.com>; 'Ferguson, Russ' <Russ.Ferguson@wbd-us.com>
**Subject:** RE: Hayward v. Blueworks (3:20-cv-00710-FDW-DSC) - Extension of Deadline for Responses to Discovery Requests

**\*\*External Message\*\***

Anne,

The requested two-week extension for Hayward to answer Defendants' discovery requests is not a problem.

Regards,
Mike

**From:** Shannon, Anne <ashannon@mccarter.com>
**Sent:** Wednesday, September 1, 2021 2:15 PM
**To:** Houston, Michael R. <MHouston@foley.com>; 'dgrimes@bradley.com' <dgrimes@bradley.com>; 'yanling@jiangip.com' <yanling@jiangip.com>; 'bfjaffa@southcharlottelawfirm.com' <bfjaffa@southcharlottelawfirm.com>
**Cc:** Belt, Erik Paul <ebelt@McCarter.com>; Ried, Alexander <aried@mccarter.com>; 'Ferguson, Russ' <Russ.Ferguson@wbd-us.com>
**Subject:** RE: Hayward v. Blueworks (3:20-cv-00710-FDW-DSC) - Extension of Deadline for Responses to Discovery Requests

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Counsel:

We are requesting a two-week extension to respond to Defendants' discovery requests. Please let us know if Defendants agree to the two-week extension, such that Hayward's responses would be due on September 21st.

Thank you,
Anne



**Anne E. Shannon | Associate**
McCarter & English, LLP
265 Franklin Street | Boston, MA 02110

ashannon@mccarter.com | www.mccarter.com | V-Card
T 617.449.6576    M 201.669.1449

Boston | Hartford | Stamford | New York | Newark | East Brunswick | Philadelphia | Wilmington | Washington, DC