IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-0710-MOC-DSC

| | |
|---|---|
| HAYWARD INDUSTRIES INC., | ) |
| Plaintiff, | ) |
| v. | )    **ORDER** |
| BLUEWORKS CORPORATION et al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Carla B. Oakley, Scott D. Sherwin and Jenna K. Stokes]" (documents ##79-81) filed May 13, 2022. For the reasons set forth therein, the Motions will be <u>granted.</u>

The Clerk is directed to send copies of this Order to counsel for the parties <u>and to the Honorable Max O. Cogburn, Jr</u>.

**SO ORDERED**.

Signed: May 16, 2022

_____
David S. Cayer
United States Magistrate Judge