## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., | |
| Plaintiff, | |
| v. | Civil Action No. 3:20-cv-00710-MOC-DSC |
| BLUEWORKS CORPORATION, BLUE WORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD., | JURY TRIAL DEMAND |
| Defendants. | |
| BLUEWORKS CORPORATION; NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD., | |
| Counterclaim-Plaintiffs, | |
| v. | |
| HAYWARD INDUSTRIES, INC., | |
| Counterclaim-Defendant. | |

## UNOPPOSED MOTION TO EXTEND DEADLINES IN THE PRETRIAL ORDER AND CASE MANAGEMENT PLAN

Pursuant to Federal Rule of Civil Procedure 7 and Local Rule 7.1, Defendants

Blueworks Corporation ("Blueworks"), Blueworks Innovation Corporation ("Blueworks

Innovation"), Ningbo C.F. Electronic Tech Co., Ltd. ("Ningbo C.F."), Ningbo Yishang

1

Import and Export Co., Ltd. ("Ningbo Yishang") (collectively, "Defendants"), through undersigned counsel, move this Court to extend the deadlines in the Pretrial Order and Case Management Plan (Dkt. 90) as set forth below.

| Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| **Close of Fact Discovery** | November 30, 2022 | (a) deadline to serve all discovery is November 30, 2022; (b) deadline to produce all documents and supplement all written discovery is December 14, 2022; and (c) deadline to complete all depositions and any other third-party discovery is January 17, 2023 |
| **Opening Expert Report (s)** | December 3, 2022 | January 20, 2022 |
| **Rebuttal Expert Report (s)** | January 13, 2023 | February 17, 2023 |
| **Close of Expert Discovery** | February 3, 2023 | March 3, 2023 |
| **Dispositive Motions** | February 20, 2023 | March 10, 2023 |
| **Ready Date for Trial** | June 20, 2023 | June 20, 2023 |

The parties have made substantial progress scheduling fact and 30(b)(6) depositions of third party witnesses and Plaintiff's witnesses, including the following depositions. The parties will continue to work in good faith to finalize the scheduling (*i.e.*, remote or in-person and any date adjustments based on unavoidable employee conflicts) of all party and third party depositions.

- November 29: Saltech (remote)
- December 14: Matt Kimball (Charlotte, NC)
- December 15: Troy Renken (Charlotte, NC)
- December 16: Billy Emory (Charlotte, NC)
- January 6-13: Richard Chen (exact date(s) and location to be determined)
- January 10: Ray Denkewicz (North Kingstown, RI)
- January 11: Jason Davila (North Kingstown, RI)
- January 17: Mike Glibowksi (East Brunswick or Newark, New Jersey)

Defendants believe that good cause exists to extend these deadlines as the parties are actively engaged in the production of documents, scheduling depositions, and other

discovery and would benefit from the additional time to develop the factual record before serving expert disclosures. In particular, Defendants wish to extend the deadlines due to Defendants' lead counsel, Shaobin Zhu, was hospitalized with viral meningitis, which is an infection of the membrane that covers the brain and spinal cord. His condition was very serious and Mr. Zhu was hospitalized after suffering multiple episodes of acute symptoms. This disease impaired Mr. Zhu's ability to perform any type of work for a period of time, including to prepare and defend Defendants' 30(b)(6) witness, Mr. Chen, for deposition. In addition, Defendants' principal and designated 30(b)(6) witness, Mr. Chen, is located in China and must travel to the United States, Macau, or Hong Kong to give testimony given China's current restrictions and COVID-19 protocols, including, but not limited to, obtaining permission to travel in and out of China and extended quarantine periods. Mr. Chen is now permitted to travel for his deposition, likely to Macau, between January 6 and 13, 2023, with an exact date to be set based on further agreements between counsel and logistics of all parties. Moreover, the proposed extension will not affect the June 2023 ready date for trial.

For the foregoing reasons, Defendants respectfully request that their motion to extend the deadlines in the Pretrial Order and Case Management Plan be granted.

BLUEWORKS CORPORATION,
BLUEWORKS INNOVATION
CORPORATION, NINGBO C.F.
ELECTRONIC TECH CO., LTD, and
NINGBO YISHANG IMPORT AND
EXPORT CO., LTD.

By their attorneys,

*s/ Scott D. Sherwin*

Brooks F. Jaffa (NC Bar No. 44490)
**Cranford, Buckley, Schultze, Tomchin,**
Allen & Buie, P.A.
7257 Pineville-Matthews Road, Suite 2100
Charlotte, North Carolina 28226
Tel:    704-442-1010
Fax:   704-442-1020
Email: bfjaffa@southcharlottelawfirm.com

Scott D. Sherwin (*pro hac vice admitted*)
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60606-1511
Tel:    312-324-1789
Fax:   312-324-1001
Email: scott.sherwin@morganlewis.com

Seth M. Gerber (*pro hac vice admitted*)
**Morgan, Lewis & Bockius LLP**
2049 Century Park East, Suite 700
Los Angeles, CA  90067-3109
Tel:  310.255.9111
Fax:  310.907.1001
Email: seth.gerber@morganlewis.com

Carla B. Oakley (*pro hac vice admitted*)
**Morgan, Lewis & Bockius LLP**
One Market Street, Spear Street Tower
San Francisco, CA 94105
Tel: 415-442-1301
Fax: 415-442-1001
Email: carla.oakley@morganlewis.com

Shaobin Zhu (*pro hac vice admitted*)
**Morgan, Lewis & Bockius LLP**

4

1400 Page Mill Road
Palo Alto, CA 94304
Tel:    650.843.4000
Fax:    650.843.4001
Email: shaobin.zhu@morganlewis.com

***Attorneys for Defendant Blueworks
Corporation, Blueworks Innovation
Corporation, Ningbo C.F. Electronic Tech
Co., Ltd., and Ningbo Yishang Import and
Export Co., Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2023, the foregoing document was served via email with consent upon all counsel of record.

Respectfully submitted,

_s/ Scott D. Sherwin_

Scott D. Sherwin (*pro hac vice admitted*)
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive Suite 2800
Chicago, IL 60606
Tel:    312.324.1789
Fax:    312.324.1001
Email: scott.sherwin@morganlewis.com