# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:20-CV-710-MOC-DSC

| | |
|---|---|
| **HAYWARD INDUSTRIES, INC.,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **BLUEWORKS CORPORATION, et al.,** | ) |
| **Defendant.** | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Regarding the parties' "Joint Motion For A Judicial Settlement Conference" (Document No. 100), the Honorable Max O. Cogburn, Jr. has requested that the undersigned conduct a Judicial Settlement Conference ("JSC").

Following communication with the parties, available dates have been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene on Thursday, **March 16, 2023**, at 10:00 a.m. in Courtroom #1A of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**SO ORDERED**.

Signed: February 17, 2023

David C. Keesler
United States Magistrate Judge