IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00710-MOC-DSC

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BLUEWORKS CORPORATION, et. al., | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the opposed "Motion for Admission *Pro Hac Vice* and Affidavit [for Jennifer Seraphine]" (document #106) filed March 6, 2023. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: March 6, 2023

_____
David S. Cayer
United States Magistrate Judge