# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD., <br><br> Defendants/Counterclaim Plaintiffs. | Civil Action No. 3:20-CV-710 -MOC-DSC <br><br> JURY TRIAL DEMANDED |

## NOTICE OF SUBSTITUTION OF COUNSEL
## AND WITHDRAWAL OF PREVIOUS COUNSEL

Pursuant to Local Civil Rule 83.1(g), Defendants and Counterclaim Plaintiffs Blueworks Corporation, Blueworks Innovation Corporation, Ningbo C.F. Electronic Tech Co., Ltd; and Ningbo Yishang Import and Export Co., Ltd. (collectively, "Blueworks") submit this Notice of Substitution of Counsel and Withdrawal of Counsel. All counsel from Morgan, Lewis & Bockius LLP, including counsel-of-record Carla B. Oakley, Jenna K. Stokes, Scott D. Sherwin, Seth M. Gerber, and Shaobin Zhu, withdraw as counsel for Blueworks and shall be substituted by Jennifer Seraphine of Turner Boyd LLP as counsel for Blueworks.

Brooks F. Jaffa will remain as counsel for Blueworks.

Blueworks consents to the foregoing.

Date: March 7, 2023

*/s/ Jennifer Seraphine*
Jennifer Seraphine (*pro hac vice admitted*)
**Turner Boyd LLP**
702 Marshall Road, Suite 640
Redwood City, CA 94063
Tel: 650.265.6018
Fax: 650.521.5931
Email: seraphine@turnerboyd.com

Brooks F. Jaffa (NC Bar No. 44490)
**Cranford, Buckley, Schultze, Tomchin, Allen & Buie, P.A.**
7257 Pineville-Matthews Road, Suite 2100
Charlotte, North Carolina 28226
Tel: 704-442-1010
Fax: 704-442-1020
Email: bfjaffa@southcharlottelawfirm.com

Michelle C. Dunn (*pro hac vice admitted*)
**Platinum Intellectual Property**
3031 Tisch Way, Suite 110 PW
San Jose, CA 95128
Tel: 408-800-5884
Fax: 877-463-0654
Email: Michelle.Dunn@platinum-ip.com

*Remaining Attorneys for Defendants*

Carla B. Oakley (*pro hac vice admitted*)
Jenna Stokes (*pro hac vice admitted*)
**Morgan, Lewis & Bockius LLP**
One Market Street, Spear Street Tower
San Francisco, CA 94105
Tel: 415-442-1301
Fax: 415-442-1001
Email: carla.oakley@morganlewis.com
Email: jenna.stokes@morganlewis.com

Scott D. Sherwin (*pro hac vice admitted*)
**Morgan, Lewis & Bockius LLP**
110 North Wacker Drive
Chicago, IL 60606-1511
Tel: 312-324-1789
Fax: 312-324-1001
Email: scott.sherwin@morganlewis.com

Seth Gerber (*pro hac vice admitted)*
**Morgan, Lewis & Bockius LLP**
2049 Century Park East
Suite 700
Los Angeles, CA 90067
Tel:  310.255.9111
Fax:  310.907.2111
Email: seth.gerber@morganlewis.com

Shaobin Zhu (*pro hac vice admitted*)
**Morgan, Lewis & Bockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Tel:  650.843.4000
Fax:  650.843.4001
Email: shaobin.zhu@morganlewis.com

***Withdrawing Attorneys for Defendants***

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2023, the foregoing document was served on all counsel of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Respectfully submitted,

*/s/ Jennifer Seraphine*
Jennifer Seraphine (*pro hac vice admitted*)
**Turner Boyd LLP**
702 Marshall Road, Suite 640
Redwood City, CA 94063
Tel: 650.265.6018
Fax: 650.521.5931
Email: seraphine@turnerboyd.com