UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:20-cv-00710-MOC-DSC

| | |
|---|---|
| **HAYWARD INDUSTRIES, INC.,** )<br>)<br>Plaintiff, )<br>)<br>Vs. )<br>)<br>**BLUEWORKS INNOVATION CORPORATION** )<br>**BLUEWORKS CORPORATION**, )<br>)<br>Defendant. )<br>-------------------------------------------------------------- )<br>**HAYWARD INDUSTRIES, INC.,** )<br>)<br>Counterclaim-Plaintiffs, )<br>)<br>Vs. )<br>)<br>**NINGBO C.F. ELECTRONIC TECH CO., LTD.** )<br>**NINGBO YISHANG IMPORT AND EXPORT** )<br>**CO., LTD.** )<br>)<br>Counterclaim-Defendant ) | ORDER |

**THIS MATTER** is before the Court on parties Joint Motion for Judicial Settlement Conference. (Doc. No. 100). Having considered the consent motion and reviewed the pleadings, and it appearing that the Honorable David C. Keesler, United States Magistrate Judge, is available and has agreed to conduct the Conference, the Court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that the consent Motion for Judicial Settlement Conference (Doc. No. 100) is **GRANTED**, and special reference of this matter is made to Judge

1

Keesler for the limited purpose of conducting a Judicial Settlement Conference. The parties are advised that a briefing schedule and a conference setting will be provided by Judge Keesler.

The Clerk of Court shall send a courtesy copy of this Order to Judge Keesler.

Signed: March 10, 2023

Max O. Cogburn Jr
United States District Judge