# EXHIBIT H



# SALT CHLORINATOR
## USA MADE CELL
### COMPATIBLE WITH HAYWARD AQUARITE

BLAT SERIES




BW-BLH SERIES




SAUNA POOL SUPPLY.


087-933-6816 , 086-552-9809
www.saunapool-supply.com

The Spagroup Co.,Ltd 211,213,215 Spa Group Building, Rama II Rd., Samaedam, Bangkhuntien, Bangkok, Thailand 10150
Case 3:20-cv-00710-MOC-SCR   Document 12   Filed 05/10/23   Page 2 of 3

# Blueworks BLH Salt Chlorinator- Compatible with Hayward Goldline® salt systems

The same 3 Year Warranty, the same US MADE cell plate material. No pipe line work needed

**FEATURES:**
1. Water flow detector
2. Long life time cell 10000-15000 hours
3. Digital display and LED indicators
4. Accurate salinity level reading
5. Adjustable chlorine output
6. Super chlorination mode
7. High & low salt indicators & protection (working salt from 2300PPM to 6500PPM)
8. High & low temperature indicators & protection (working temperature from 50F to 140F)
9. Cell failed indicator
10. Cell self-cleaning

| Model No. | BLH-C 15K/25K/40K/60K |
|---|---|
| Chlorine Output | 20/30/40/60 grams/hour |
| Salt Level | Ideal 3000-4000 PPM, (2300-6500PPM) |
| Cell lifetime | 7000/10000/15000/20000/25000 hours for choice |
| Cell Self cleaning | Reverse polarity/self cleaning |
| Salt Chlorinator Style | Suitable for In Ground Pool |
| Unit Gross Weight | Round 11kgs |
| Unit Size | 36.5*27.5*30cm |

| Models | Pool Size | Replace to Intellichlor |
|---|---|---|
| BlueWorks BLH-C 20K Gallon | 20,000 Gallon | Compatiable to Aquarite models: |
| BlueWorks BLH-C 30K Gallon | 30,000 Gallon | Aquarite 15K Gallon |
| BlueWorks BLH-C 40K Gallon | 40,000 Gallon | Aquarite 20K Gallon |
| BlueWorks BLH-C 60K Gallon | 60,000 Gallon | Aquarite 40K Gallon |

# Blueworks BLAT Salt Chlorinator

High performance salt chlorinators with Smart chlorinator program and Inbuild timer for pump control
Compatible with Hayward Goldline ® salt systems
The same three year warranty, the same US MADE cell plate material.
No pipe line work needed

**FEATURES:**
1. Water flow detector
2. Long life time cell 10000-25000 hours
3. Digital display, membrane panel
4. Accurate salinity level reading
5. Adjustable chlorine output
6. Super chlorination mode
7. High & low salt indicators & protection (working salt from 2300 PPM to 6500PPM)
8. High & low temperature indicators & protection (working temperature from 50F to 140F)
9. Cell failed indicator
10. Cell self-cleaning
11. Timers funcation control pump
12. Easy setting design
13. Smart chlorinator program
14. Workable for hot weather area like Arizona, CA, FL.

| Model No. | BLAT-C15K/25K/40K/60K |
|---|---|
| Chlorine Output | 20/30/40/60 grams/hour |
| Salt Level | Ideal 3000-4000 PPM, (2300-6500PPM) |
| Cell lifetime | 7000/10000/15000/20000/25000 hours for choice |
| Cell Self cleaning | Reverse polarity |
| Salt Chlorinator Style | Suitable for InGround Pool |
| Unit Gross Weight | Round 10kgs |
| Unit Size | 35*22*14 cm |
| Voltage | 110V/220 V |

| Chlorine Output | For pool size | Compatible with Aquarite® |
|---|---|---|
| Blueworks BLAT-C 15K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs | Aquarite 15K Gallon |
| Blueworks BLAT-C 25K Gallon | 75 to 115m3/30,000 gallon/115,000 ltrs | Aquarite 25K Gallon |
| Blueworks BLAT-C 40K Gallon | 115 to 150m3/40,000 gallon/150,000 ltrs | Aquarite 40K Gallon |
| Blueworks BLAT-C 60K Gallon | 150 to 230 m3/60,000 gallon/230,000 ltrs | |

# Blueworks T-15, T 9, T5, T3 Salt Cell-Compatible with Hayward Goldline ® salt systems Cell plates made in USA

| Chlorine Output | For pool size | Compatible with Aquarite® |
|---|---|---|
| Blueworks BLT-C 15K Gallon | 60 to 75m3/20,000 gallon/75,000 ltrs | T-3 |
| Blueworks BLT-C 25K Gallon | 75 to 115m3/30,000 gallon/115,000 ltrs | T-9 |
| Blueworks BLT-C 40K Gallon | 115 to 150m3/40,000 gallon/150,000 ltrs | T-15 |