**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| HAYWARD INDUSTRIES, INC.,<br><br>Plaintiff, Counterclaim Defendant<br><br>v.<br><br>BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.<br><br>Defendants, Counterclaim Plaintiffs. | Civil Action No. 3:20-CV-710 -MOC-DSC |

**DECLARATION OF NICHOLAS M. DIDOW IN SUPPORT OF PLAINTIFF HAYWARD INDUSTRIES, INC.'S OPPOSITION TO <u>DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF NICHOLAS M. DIDOW</u>**

I, Nicholas M. Didow, declare under penalty of perjury as follows:

1. From 1979 to 2019, I was a tenured professor at the University of North Carolina at Chapel Hill's Kenan-Flagler Business School. I am currently an Adjunct Associate Professor at Kenan-Flagler Business School.

2. I conducted a likelihood of confusion survey on behalf of the defendants in *Belk, Inc. v. Meyer Corp., U.S.*, No. 3:07-cv-00168-DSC, (W.D.N.C. 2010). Attached as Exhibit A is a true copy of my survey and expert report in *Belk, Inc. v. Meyer Corp., U.S.*, No. 3:07-cv-00168-DSC, (W.D.N.C. 2010). My survey and expert report is available at *Belk, Inc. v. Meyer Corp., U.S.*, No. 3:07-cv-00168-DSC, (W.D.N.C. 2010), Docket No. 135-1 through 135-4.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of June, 2023.

Nicholas M. Didow

ME1 45196126v.1