IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-710-FDW-DSC

| | |
|---|---|
| HAYWORD INDUSTRIES, INC.<br><br>Plaintiff,<br><br>vs.<br><br>BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD., NINGBO YISHANG IMPORT AND EXPORT CO., LTD.,<br><br>Defendants. | **MOTION TO WITHDRAW** |

NOW COMES Brooks Jaffa, Counsel for Defendants, and hereby moves to withdraw as counsel for Defendants. In support of this Motion, Attorney Jaffa notifies the Court that Defendants have obtained new local counsel and has obtained the consent of Defendants to his withdrawal.

This the 15th day of June, 2023.

                              *s/ Brooks F. Jaffa*
                              Brooks F. Jaffa (NC Bar No. 44490)
                              Cranford, Buckley, Schultze, Tomchin, Allen & Buie, P.A.
                              7257 Pineville-Matthews Road, Suite 2100
                              Charlotte, North Carolina 28226
                              Tel:   704-442-1010
                              Fax:  704-442-1020
                              Email: bfjaffa@southcharlottelawfirm.com

## CERTIFICATE OF SERVICE

 I hereby certify that on June 15, 2023 the foregoing document was served via the ECF system upon all counsel of record.

                 _s/ Brooks F. Jaffa_
                  Brooks F. Jaffa