IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00710-MOC-SCR

| | |
|---|---|
| **HAYWARD INDUSTRIES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **ORDER** |
| | ) |
| **BLUEWORKS CORPORATION, et. al.,** | ) |
| | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Keeley I. Vega and Jacob Zweig]" (Doc. No. 233-34) filed July 24, 2023. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: July 24, 2023

_Susan C. Rodriguez_
Susan C. Rodriguez
United States Magistrate Judge