IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, Counterclaim Defendant <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants, Counterclaim Plaintiffs. | Civil Action No. 3:20-CV-710 -MOC-DSC |

## NOTICE OF APPEARANCE

NOW COMES the undersigned, **Patrick G. Spaugh**, being duly admitted to practice before the United States District Court for the Western District of North Carolina, and hereby enters an appearance on behalf of the Plaintiff Hayward Industries, Inc.

Dated: August 18, 2023

Respectfully submitted,

/s/ *Patrick G. Spaugh*
Patrick G. Spaugh (N.C. Bar No. 49532)
WOMBLE BOND DICKINSON (US) LLP
One Wells Fargo Center
301 S. College St., Suite 3500
Charlotte, North Carolina
Telephone: (704) 331-4962
Patrick.Spaugh@wbd-us.com

*Attorney for Hayward Industries, Inc.*