**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, Counterclaim Defendant <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants, Counterclaim Plaintiffs. | Civil Action No. 3:20-CV-710 -MOC-DSC |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Pursuant to Local Civil Rule 7.1(j), Plaintiff Hayward Industries, Inc., directs this Court's attention to the following opinion that was published after Hayward filed its motion to exclude Defendants' expert Kathleen Grace (Doc. No. 211).

*Solid 21, Inc. v. Richemont North America, Inc., et al.*, No. 19-CV-1262 (AS), 2023 WL 6058614 (S.D.N.Y. Sept. 18, 2023), attached as Exhibit 1, addresses the propriety of a defendant's damages expert relying on a trademark survey for an appointment analysis. The court held that the defendant's damages expert improperly used consumer survey results, which measured brand awareness rather than consumer preferences, to apportion damages. 2023 WL 6058614 at *5-6. This decision is relevant because Defendants' expert, Dr. Kathleen Grace, bases her damages apportionment opinion on Hayward's likelihood of confusion survey, which has nothing to do with apportionment of damages.

Date:  September 27, 2023

**HAYWARD INDUSTRIES, INC.**

By its attorneys,

*/s/ Patrick G. Spaugh*
Patrick G. Spaugh (N.C. Bar No. 49532)
Russ Ferguson (N.C. Bar No. 39671)
**Womble Bond Dickinson (US) LLP**
301 South College Street, Suite 3500
Charlotte, NC 28202
Patrick.Spaugh@wbd-us.com
Russ.Ferguson@wbd-us.com

Erik Paul Belt (*pro hac vice admitted*)
ebelt@mccarter.com
James Donoian (*pro hac vice admitted*)
jdonoian@mccarter.com
Anne E. Shannon (*pro hac vice admitted*)
ashannon@mccarter.com
Alexander L. Ried (*pro hac vice admitted*)
aried@mccarter.com
**McCarter & English, LLP**
265 Franklin Street
Boston, MA 02110
T: (617) 449-6500
F: (617) 607 9200