IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 3:20-cv-00710-MOC-DSC |

**MOTION FOR CONFIRMATION OF FEBRUARY 20, 2024 TRIAL DATE**

Defendants respectfully request confirmation of the trial date in this matter. This case is currently set for trial and appears on the Court's trial calendar for February 20, 2024. Defendants are prepared to proceed to trial, and in view of the upcoming pretrial deadlines under the Case Management Order, and the necessary planning required to accommodate out-of-state witnesses and counsel, respectfully request confirmation that trial will proceed on or shortly following the February 20, 2024 date.

Defendants further note that the following motions are currently pending on the Court's docket in this case: Plaintiffs Hayward's Motion for Summary Judgment on Claims of Trademark Infringement, False Advertising, Passing-Off, and Unfair Competition (ECF 119); Plaintiff Hayward's Motion for Summary Judgement on Defendants' Trademark Cancellation Counterclaims (ECF 142); Defendants' Motion under Federal Rule 702 to Exclude Testimony of Julie Saitz (ECF 163); Defendants' Motion for Summary Judgment of No False Advertising on

1

Statements regarding Compatibility and No Lost Profits Damages (ECF 180); Defendants' Motion for Summary Judgment on Plaintiff's Claims with Respect to the Turbo Cell, T-Cell-3, T-Cell-9 and T-Cell-15 Marks (ECF 189); and Plaintiff Hayward's Motion under Rule 702 to Exclude Testimony of Kathleen Grace (ECF 211).

Undersigned counsel conferred with counsel for Plaintiff regarding the relief requested in this Motion, and Plaintiff does not take a position on this motion.

Dated: January 11, 2024	Respectfully submitted,

*/s/ Jennifer Seraphine*
Jennifer Seraphine (*pro hac vice admitted*)
TURNER BOYD SERAPHINE LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Tel: (650) 521-5930
Fax: (650) 521-5931
Email: seraphine@turnerboyd.com

Christina Davidson Trimmer
NC Bar No. 44857
SHUMAKER, LOOP & KENDRICK, LLP
101 South Stryon Street, Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com

Michelle C. Dunn
Platinum Intellectual Property
3031 Tisch Way, Suite 110 PW
San Jose, CA 95128
Tel: 404-800-5884
Fax: 877-463-0654
Email: michelle.dunn@platinum-ip.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2024 the foregoing document was served on all counsel of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Respectfully submitted,

*/s/ Jennifer Seraphine*
Jennifer Seraphine

3

Case 3:20-cv-00710-MOC-SCR   Document 254   Filed 01/11/24   Page 3 of 3