# EXHIBIT A



| | |
|---|---|
| Document title: | Salt Chlorinator Systems, Swimming Pool Equipments - Blueworks |
| Capture URL: | https://web.archive.org/web/20231031144700/http:/www.blueworkspool.com/ |
| Page loaded at (UTC): | Fri, 12 Jan 2024 20:24:35 GMT |
| Capture timestamp (UTC): | Fri, 12 Jan 2024 20:26:39 GMT |
| Capture tool: | 10.40.1 |
| Collection server IP: | 34.230.137.168 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/118.0.5993.159 Safari/537.36 |
| Operating system: | Windows_NT (Node 18.17.1) |
| PDF length: | 5 |
| Capture ID: | dSW4eaS7xTYijLdaoeLcQ3 |
| User: | mce-cfraiser |

INTERNET ARCHIVE WaybackMachine
http://www.blueworkspool.com/ Go
27 captures
10 Oct 2017 - 31 Oct 2023
AUG OCT NOV
31
2022 2023 2024
About this capture

- Motors
- Pool Accessories
- Parts&Accessories
- Pool Alarm
- Pool Timer
- Pool Lights
- Pump Sand Filter
- Pumps
- Aboveground
- Inground
- Replacement Cell
- BLPTCP
- BLRCAP
- BLTH
- Other
- Sanitation
- Ionizer
- Salt Chlorinator

HOME PRODUCTS ▾ ABOUT US SUPPORT WARRANTY

Your account

Online Service

# Welcome to Our Company

## SANITATION

Offer you disinfection solutions, you can automatically get the cleanest, softest and safest water.

Case 3:20-cv-00710-MOC-SCR Document 255-1 Filed 01/16/24 Page 3 of 6





INTERNET ARCHIVE WaybackMachine http://www.blueworkspool.com/ Go AUG OCT NOV
27 captures 31
10 Oct 2017 - 31 Oct 2023 2022 2023 2024 About this capture

Service

# Details

Reliable Efficient Quiet

## PUMP

**SHORT DESCRIPTION:**

Blueworks has variously variable speed pumps with California Energy Star Approval and ETL Approval assuring you will have the perfect pump for your pool. VSP pool pump will be mainstream in US market as it is high efficient to save energy.

READ MORE

Document title: Salt Chlorinator Systems, Swimming Pool Equipments - Blueworks
Capture URL: https://web.archive.org/web/20231031144700/http://www.blueworkspool.com/
Capture timestamp (UTC): Fri, 12 Jan 2024 20:26:39 GMT





  





## Featured Products



| SWIMMING POOL SALTWATER SYSTEM BLSC | SALT CHLORINATOR BLPT | IONIZER |

## ABOUT US

BLUEWORKS CORPORATION is specialized in developing and manufacturing a comprehensive range of swimming pool equipments.
Products including Salt Chlorinator, Salt Chlorinator Cell Replacement, Saltwater System Parts, Pool Light, Pool Alarm, Pool Timer, Pool Pump and so on.

INFORMATION    CONTACT    NEWSLETTER    NAVIGATION

Document title: Salt Chlorinator Systems, Swimming Pool Equipments - Blueworks
Capture URL: https://web.archive.org/web/20231031144700/http://www.blueworkspool.com/
Capture timestamp (UTC): Fri, 12 Jan 2024 20:26:39 GMT
Page 3 of 4

Wayback Machine capture toolbar: http://www.blueworkspool.com/ — 27 captures, 10 Oct 2017 - 31 Oct 2023, captured OCT 31 2023.

| SWIMMING POOL SALTWATER SYSTEM BLSC | SALT CHLORINATOR BLPT | IONIZER |



# ABOUT US

BLUEWORKS CORPORATION is specialized in developing and manufacturing a comprehensive range of swimming pool equipments.
Products including Salt Chlorinator, Salt Chlorinator Cell Replacement, Saltwater System Parts, Pool Light, Pool Alarm, Pool Timer, Pool Pump and so on.

## INFORMATION

According To The Cdc There Is No Evidence That Covid-19 Can Be Spread To Humans Through The Use Of Pools And Hot Tubs.
We Are Working Normally To Offer You Models.

## CONTACT

1 (888) 909-0457

7 Days a week, from 8:00 am to 5:00 pm Pacific Time

contact@blueworkspool.com

## NEWSLETTER

*12/12/22*
Get a Rebate on ENERGY STAR® Variable Spe...

*12/12/22*
Why choose salt water pool system?

*12/12/22*
How Does A Salt Chlornator Work?

*27/08/20*
About Blueworks

## NAVIGATION

Faq
Return Policy

© Copyright - 2010-2023 : All Rights Reserved. Hot Products, Sitemap