# EXHIBIT B



## Blueworks BLT15H Salt Cel

Blueworks BLT15H Salt Cell-Compatible with Hayward® Goldline® Salt Systems Cell Plates Made by USA company.

**MSRP Based Price:** $842.84

Select size:

**Send email to us**

**FEATURED PRODUCTS**

Swimming Pool Saltwater System BLSC

Salt Chlorinator BLPT

**PRODUCT DETAIL**   FEATURES   WARRANTY   CONTROLS   FAQ

The Blue Works salt cell is compatible with Hayward T-Cell-15 with no pipe line modification required. The cell is designed to work with pools up to 40,000 gallons. Plug and play installation hooking up the new salt cell is a breeze! Compatible with Hayward Goldline AquaRite, SwimPure, AquaRite XL, NatureSoft, SmartPure, Mineral Springs and Blue Essence Systems.Cell plates provided by American Company.Cell-self cleaning.Ideal salt level is 3400 PPM.Our cell requires software revision levels of r1.50-the current version. These revisions started in 2009.Press the diagnostic button 7 times to see your software version.

Blueworks BLT15H salt cell is not sold, produced, ormanufacturedby Hayward. Neither Blueworks nor its BLT15H salt cell is affiliated with Hayward Industries, Inc.The use of above model and system compatibility designations are included for informational purposes only.

**Reliable Performance:**The Blue Works BLT15H salt cell has been tested and proven to perform great even under harsh conditions and the self cleaning plates make keeping your pool sanitized a breeze.

**Universal Compatibility:**Compatible with Hayward Goldline AquaRite, SwimPure, AquaRite XL, NatureSoft, SmartPure, Mineral Springs and Blue Essence Systems. It requires software r1.5-current version.

**Easy Installation:**The installation requires no changes to your current setup or plumbing. Simply remove your old cell and install this one!



Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 2 of 48



**Brand:** BLUE WORKS

This Product is compatible with Hayward® T-Cell-15®, T-Cell-9®, T-Cell-3® and BLT15H, BLT9H, BLT3H.

Our cell requires software revision levels of r1.50-the current version. These revisions started in 2009 (Press the diagnostic button 7 times to see your software version)

Cell plates are made by the American company.

**BLT Models:**

| Model | For pool size |
|---|---|
| BLT3H | Up to 15,000 gallon |
| BLT9H | Up to 25,000 gallon |
| BLT15H | Up to 40,000 gallon |

ATTN: Blueworks is not affiliated with Hayward® Industries, Inc. The use of such trademarks herein is for informational purposes only.

**Previous:** Blueworks BLRC Salt Cell
**Next:** Salt Chlorinator BLPT

## Leave Your Message

* Name

* Email (We will reply you via email in 24 hours)

Phone/WhatsApp/WeChat (Very important)

* Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

**Send**

## PRODUCTS CATEGORIES ‹ ›



Blueworks BLW1TCELLH Salt

BLUE WORKS BLT9H Salt Cell

### INFORMATION

According To The Cdc There Is No Evidence That Covid-19 Can Be Spread To Humans Through The Use Of Pools And Hot Tubs.
We Are Working Normally To Offer You Models.

### CONTACT

1 (888) 909-0457

7 Days a week, from 8:00 am to 5:00 pm
Pacific Time

contact@blueworkspool.com

### NAVIGATION

Faq
Return Policy

© Copyright - 2010-2024 : All Rights Reserved. Hot Products, Sitemap

Turbo Cell T15, Blt Cell, Turbo T Cell, Turbo Salt Cell, Turbocell, Turbo Cell 15,

Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 3 of 48



» Getting started  /  Aqua Right Salt System

### Aqua Right Salt System - China Manufacturers, Factory, Suppliers

Sticking to the perception of "Creating products of top of the range and earning mates with people today from all over the world", we constantly put the desire of consumers in the first place for Aqua Right Salt System, Spa Cell , Solar Ionizer For Swimming Pool , Agr15-Pro ,Hayward Goldline Control Board . Our company is dedicated to providing customers with high and stable quality products at competitive price, making every customer satisfied with our products and services. The product will supply to all over the world, such as Europe, America, Australia,Swansea , Belgium ,Sri Lanka , Japan .Taking the core concept of "to be the Responsible". We'll redound up on society for high quality merchandise and good service. We will initiative to participate in international competition to be a first-class manufacturer of this product in the world.

### Related Products



Swimming Pool Saltwater System BLSC

BLUE WORKS BLT9H Salt Cell

Blueworks PCB Main and Display Circuit Board

Blueworks BLT15H Salt Cel

Blueworks BLRC Salt Cell

Blueworks BLPVS1515H Variable Speed Pump

Blueworks BLW1TCELLH Salt Cell

[Read More]

Case 3:30-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 4 of 48



## Top Selling Products



BLUE WORKS BLH40 Saltwater Generator Chlorinator for 40K Gallon

Blueworks Cell Cleaning Stand Compatible with Hayward® Aqurite®

BlueWorks Dummy Cell

Salt Chlorinator BLPT

Blueworks BLFS Flow Switch

Blueworks BLPTC Salt Cell

BLUE WORKS BLH-Y Saltwater Generator Chlorinator

## 🌐 Reviews

**🗨 Alma** 2021.04.25 23:45:46 ★★★★★
The customer service staff's answer is very meticulous, the most important is that the product quality is very good, and packaged carefully, shipped quickly!

**🗨 Claire** 2021.04.10 02:10:40 ★★★★★
The company's products very well, we have purchased and cooperated many times, fair price and assured quality, in short, this is a trustworthy company!

**🗨 Elsie** 2020.12.26 11:46:00 ★★★★★
In China, we have purchased many times, this time is the most successful and most satisfactory, a sincere and realiable Chinese manufacturer!

**🗨 Honorio** 2020.08.28 18:29:54 ★★★★★
High Quality, High Efficiency, Creative and Integrity, worth having long-term cooperation! Looking forward to the future cooperation!

**🗨 Eve** 2020.04.16 20:35:45 ★★★★★
Adhering to the business principle of mutual benefits, we have a happy and successful transaction, we think we will be the best business partner.

**🗨 tobin** 2019.12.02 03:44:09 ★★★★★
We have been engaged in this industry for many years, we appreciate the work attitude and production capacity of the company, this is a reputable and professional manufacturer.

## Related Search

Hayward Pcb Board
Hayward Pool Controller Lcd Display
Aqr15-Pro
Hayward Aquarite Motherboard
Hayward Aq-Rite Board
Hayward Circuit Board Replacement
Hayward Board Replacement
Hayward Idxl2db1930 Display Board
Used Hayward Display
Hayward Wireless Motherboard
Control Board On Aqua Rite Saltwater Pool

Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 5 of 48













Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 8 of 48



## PRODUCT DETAIL    FAQ

Blue Works BLH40-AY Salt Chlorine Generator for Inground Swimming Pools.Instead of adding chlorine directly to your pool, you're adding salt.

Blue Works BLH40-AY salt chlorine generator uses electrolysis to separate the salt in the pool water into two primary components, one of which is chlorine. But even after the chlorine is made, the salt stays in the water and gets recycled and reused by the salt water chlorinator.

**Upgraded System& Simple Operation:**High/Low salt and Temperature indicators to help protect your equipment.

**Long-lasting and Reliable Cell Plates:**High quality cell plates are provided by American company. More durable and stable.

**Friendly Installation:**Use compatible fittings for quick installation without replacing plumbing.

**No need to add chlorine weekly:**With a salt pool chlorine generator, you never have to worry about buying, handling, and adding chlorine again. BLH40-AY salt chlorine generator can generate enough chlorine using a small amount of salt. You'll never have to add weekly doses of chlorine to your pool! This saves your money on chemicals in the long run







**Previous:** BLUE WORKS BLT9H Salt Cell
**Next:**



Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 10 of 48







BLUE WORKS BLT9H Salt Cell

**MSRP Based Price:**    $664.27

Select size:

Model Number BLT9H-2W | Model Number BLT9H-27

✉ Send email to us

HOME / PRODUCTS / REPLACEMENT CELLS / BLTH

**CATEGORIES**

- Sanitation +
- Replacement Cells +
- Pumps +
- Pool Accessories +

**FEATURED PRODUCTS**

Swimming Pool Saltwater System BLSC

Salt Chlorinator BLPT

**PRODUCT DETAIL**     FAQ

Compatible with Hayward Goldline AquaRite, SwimPure, AquaRite XL, NatureSoft, SmartPure, Mineral Springs and Blue Essence Systems. Our salt cell is not compatible with Hayward automation system, such as OmniLogic, OmniHub, ProLogic, AquaLogic and AquaPlus, etc.

Cell plates provided by American Company. Easy-friendly installation.

Our cell requires software revision levels of r1.50-the current version. These revisions started in 2009 (Press the diagnostic button 7 times to see your software version)

Among Top10 the Best Salt Chlorinators 2018/2019/2020 by Ezvid Wiki.

2-Year USA warranty(Please refer to the manual for details of the warranty) and live customer support. Blue Works BLT9H salt cell is not sold, produced, or manufactured by Hayward.

**Reliable Performance:** The Blue Works BLT9H salt cell has been tested and proven to perform great even under harsh conditions and the self cleaning plates make keeping your pool sanitized a breeze.

**Easy Installation:** The installation requires no changes to your current setup or plumbing. Simply remove your old cell and install this one!

Cell plates provided by American Company.
Cell-self cleaning.
Ideal salt level is 3400 PPM.
Our cell requires software revision levels of r1.50-the current version. These revisions started in 2009.
Press the diagnostic button 7 times to see your software version.
Blueworks BLT9H salt cell is not sold, produced, or manufactured by Hayward. Neither Blueworks nor its BLT9H salt cell are affiliated with Hayward Industries, Inc.
The use of above model and system compatibility designations are included for informational purposes only.



**Previous:** Blueworks BLW1TCELLH Salt Cell
**Next:** BLUE WORKS BLH-Y Saltwater Generator Chlorinator





Blueworks
BLW1TCELLH Salt

Blueworks BLT15H
Salt Cel



**INFORMATION**

According To The Cdc There Is No Evidence That
Covid-19 Can Be Spread To Humans Through The
Use Of Pools And Hot Tubs.
We Are Working Normally To Offer You Models.

**CONTACT**

1 (888) 909-0457

7 Days a week, from 8:00 am to 5:00 pm
Pacific Time

contact@blueworkspool.com

**NAVIGATION**

Faq
Return Policy

© Copyright - 2010-2024 : All Rights Reserved. Hot Products, Sitemap

Turbo Cell 15, Turbocell, Turbo Cell T15, Blt Cell, Turbo T Cell, Turbo Salt Cell,

Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 13 of 48











**Q: I have hayward glx-cell-5 turbocell salt chlorination cell for above-ground pools. is the blue works salt cell compatible?**

A: You must first know which chlorination system you have and know if IT is compatible with either the T-Cell-3 or T-Cell-15 salt cell. If you do not know this, you need to have a someone who is a professional or very familiar with pool equipment like a local pool maintenance company come out to go over this with you. This particular Blue Works salt cell comes in either the replacement for a T-Cell-3 (for 15k gallon pool) or T-Cell-15 (for 40k gal pool). Your T-Cell-5 I believe is for a 20k gal pool. So I don't think you should go down to a T-Cell-3 salt cell since you have a T-Cell-5 salt cell. Also, if your chlorinator does not allow you to set the system for either the T-Cell-3 or T-Cell-15 turbo cell, then it will not be compatible. When changing to a different Cell "number", you MUST change the settings on your chlorination system to that turbo cell number. If you buy either the Blue Works T-Cell-3 or T-Cell-15, you are NOT replacing it with the same salt cell since you current have, the T-Cell-5. The seller here states the compatibility is: "Compatible with Hayward Goldline AquaRite, SwimPure, AquaRite XL, NatureSoft, SmartPure, Mineral Springs and Blue Essence Systems. BLW1T15H salt cell can't be compatible with Hayward automation system, such as OmniLogic, OmniHub, ProLogic, AquaLogic and AquaPlus, etc." Do you have either of these systems? I have the Goldline Aquarite system and it works just fine on my system.

Previous: Blueworks PCB Main and Display Circuit Board
Next: BLUE WORKS BLT9H Salt Cell







» Getting started / Turbo Cell T15

### Turbo Cell T15 - China Manufacturers, Factory, Suppliers

"Quality 1st, Honesty as base, Sincere company and mutual profit" is our idea, in an effort to create consistently and pursue the excellence for Turbo Cell T15, Glx-Pcb-Rite Circuit Board , Hayward Salt System Parts , Goldline Aquarite Board,H400fdn Control Panel . We've been honest and open up. We glance ahead on your pay a visit to and developing trustworthy and long-term standing relationship. The product will supply to all over the world, such as Europe, America, Australia,Spain , Oman ,Russia , Chile .Our company has a skillful sales team, strong economic foundation, great technical force, advanced equipment, complete testing means, and excellent after-sales services. Our products have beautiful appearance, fine workmanship and superior quality and win the unanimous approvals of the customers all over the world.

### Related Products



Blueworks BLT15H Salt Cel

Read More

Blueworks BLPTC Salt Cell

Blueworks Cell Cleaning Stand Compatible with

Blueworks PCB Main and Display Circuit Board

Blueworks BLFS Flow Switch

Blueworks BLW1TCELLH Salt Cell

BLUE WORKS BLH-Y Saltwater Generator



## Top Selling Products

| | |
|---|---|
| BlueWorks Dummy Cell | BLUE WORKS BLH40 Saltwater Generator Chlorinator for 40K Gallon |
| | Blueworks BLPVS1515H Variable Speed Pump |
| Salt Chlorinator BLPT | Swimming Pool Saltwater System BLSC |
| | BLUE WORKS BLT9H Salt Cell |
| Blueworks BLRC Salt Cell | |

## 🌐 Reviews

**Cherry** 2021.03.24 14:14:41 ★★★★★
The company has rich resources, advanced machinery, experienced workers and excellent services, hope you keep improving and perfecting your products and service, wish you...

**Martina** 2020.10.16 00:45:06 ★★★★★
We have been appreciated the Chinese manufacturing, this time also did not let us disappoint.good good job!

**May** 2020.07.31 16:37:43 ★★★★★
Products and services are very good, our leader is very satisfied with this procurement, it is better than we expected.

**Beatrice** 2020.07.16 05:11:31 ★★★★★
The goods we received and the sample sales staff display to us have the same quality, it is really a creditable manufacturer.

**Jamie** 2020.05.07 03:44:30 ★★★★★
The product manager is a very hot and professional person, we have a pleasant conversation, and finally we reached a consensus agreement.

**Novia** 2020.02.22 04:17:19 ★★★★★
Superb technology, perfect after-sales service and efficient work efficiency, we think this is our best choice.

## Related Search

Hayward Aqualogic Board | Hayward Pool Control Panel | Blue Works Solar Ionizer | Hayward Aquarite Goldline Circuit Board | Goldline Controls 066012c-1 | Hayward Heater Display Board | Sun Shock Solar Pool Ionizer | Hayward Aquarite Salt System Main Board | Aquarite R1.32 Board | Hayward Aqua Plus Main Pcb | Goldline Aqua Logic Board







» Getting started   /   Turbo T Cell

### Turbo T Cell - Factory, Suppliers, Manufacturers From China

We always get the job done to be a tangible staff to ensure that we can easily offer you the best high-quality and the greatest value for Turbo T Cell, Salt Cell For Pool Hayward T-Cell 15 , Aquarite T-15 Board , Hayward Display Board For Salt Cell ,Hayward Salt Control Board . We welcome an opportunity to do business with you and hope to have pleasure in attaching further details of our products. The product will supply to all over the world, such as Europe, America, Australia,Eindhoven , Jamaica ,Belgium , Atlanta .We're introduced as a one of the growing manufacture supplier and export of our merchandise. Now we have a team of dedicated trained experienced who take care the quality and timely supply. If you are looking for Good Quality at a good price and timely delivery. Do contact us.

### Related Products



BLUE WORKS BLT9H Salt Cell

Blueworks Cell Cleaning Stand Compatible with

Blueworks BLPTC Salt Cell

Blueworks BLW1TCELLH Salt Cell

Blueworks BLRC Salt Cell

BlueWorks Dummy Cell

BLUE WORKS BLH-Y Saltwater Generator

**Read More**



## Top Selling Products



BLUE WORKS BLH40 Saltwater Generator Chlorinator for 40K Gallon

Swimming Pool Saltwater System BLSC

Blueworks BLPVS1515H Variable Speed Pump

Salt Chlorinator BLPT

Blueworks BLFS Flow Switch

Blueworks BLT15H Salt Cel

Blueworks PCB Main and Display Circuit Board

## 🌐 Reviews

**Louis** 2021.02.16 17:03:24 ★★★★★
We are long-term partners, there is no disappointment every time, we hope to maintain this friendship later!

**Abigail** 2020.12.24 08:32:44 ★★★★★
Product quality is good, quality assurance system is complete, every link can inquire and solve the problem timely!

**ROGER Rivkin** 2020.11.22 06:53:24 ★★★★★
The customer service staff's attitude is very sincere and the reply is timely and very detailed, this is very helpful for our deal,thank you.

**Geraldine** 2020.07.25 23:57:21 ★★★★★
This company has a lot of ready-made options to choose and also could custom new program according to our demand, which is very nice to meet our needs.

**Madeline** 2020.04.01 14:53:46 ★★★★★
The goods we received and the sample sales staff display to us have the same quality, it is really a creditable manufacturer.

**Atalanta** 2020.03.27 12:26:59 ★★★★★
The supplier abide the theory of "quality the basic, trust the first and management the advanced" so that they can ensure a reliable product quality and stable customers.

## Related Search

Hayward Glx-Pcb-Dsp Aqua-Rite Pcb Display    Goldline Controls Pn G1-066012a    Control Board On Aqua Rite Saltwater Pool

Display Panel For Hayward Maxflo Vs Pump    Glx Pcb Main    Hayward Goldline Controls Aql-Ps-4    Display Plx-Gcb-Dsp Hayward    Pcb Programming Board

Bullfrog Spa Display Board    Aquarite Main Circuit Board    Hayward 35000 Boards



### Leave Your Message

* Name

* Email (We will reply you via email in 24 hours)

Phone/WhatsApp/WeChat (Very important)

* Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

**Send**



### INFORMATION

According To The Cdc There Is No Evidence That
Covid-19 Can Be Spread To Humans Through The
Use Of Pools And Hot Tubs.
We Are Working Normally To Offer You Models.

### CONTACT

📞 1 (888) 909-0457

🕐 7 Days a week, from 8:00 am to 5:00 pm
Pacific Time

✉ contact@blueworkspool.com

### NAVIGATION

Faq
Return Policy

© Copyright - 2010-2024 : All Rights Reserved. Hot Products, Sitemap

Turbo Cell T15, Turbocell, Bll Cell, Turbo Salt Cell, Turbo T Cell, Turbo Cell 15,

Case 3:20-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 22 of 48



> Getting started / Turbo Salt Cell

## Turbo Salt Cell - Manufacturers, Factory, Suppliers From China

We constantly continually give you essentially the most conscientious client provider, plus the widest variety of designs and styles with finest materials. These initiatives include the availability of customized designs with speed and dispatch for Turbo Salt Cell, Aquarite Pcb Main Circuit Board Replacement , Ionizer For Pool 15000 Gallons , Aqua Rite Motherboard ,Hayward Circuit Board . As an expert specialized in this field, we are committed to solving any problem of high temperature protection for users. The product will supply to all over the world, such as Europe, America, Australia, Austria , Turin ,United Arab Emirates , Paraguay .Our business activities and processes are engineered to make sure our customers have access to widest range of products with the shortest supply time lines. This achievement is made possible by our highly skilled and experienced team. We look for people who want to grow with us around the globe and stand out from the crowd. We now have people who embrace tomorrow, have vision, love stretching their minds and going far beyond what they thought was achievable.

### Related Products



Blueworks BLW1TCELLH Salt Cell

BLUE WORKS BLT9H Salt Cell

Blueworks BLPTC Salt Cell

Blueworks BLRC Salt Cell

Blueworks Cell Cleaning Stand Compatible with

BlueWorks Dummy Cell

Salt Chlorinator BLPT

**[Read More]**



**Top Selling Products**

| | |
|---|---|
| BLUE WORKS BLH-Y Saltwater Generator Chlorinator | Blueworks BLT15H Salt Cel |
| Swimming Pool Saltwater System BLSC | Blueworks BLFS Flow Switch |
| Blueworks BLPVS1515H Variable Speed Pump | BLUE WORKS BLH40 Saltwater Generator Chlorinator for 40K Gallon |
| Blueworks PCB Main and Display Circuit Board | |

🌐 **Reviews**

**Judy** 2021.04.16 23:12:04 ★★★★★
The goods are very perfect and the company sales manager is warmful, we will come to this company to purchase next time.

**Johnny** 2021.04.07 02:28:34 ★★★★★
The customer service staff's attitude is very sincere and the reply is timely and very detailed, this is very helpful for our deal.thank you.

**Julia** 2021.04.04 10:25:55 ★★★★★
The company account manager has a wealth of industry knowledge and experience, he could provide appropriate program according our needs and speak English fluently.

**Donna** 2020.11.12 07:32:00 ★★★★★
The goods we received and the sample sales staff display to us have the same quality, it is really a creditable manufacturer.

**Sophia** 2020.07.14 19:15:40 ★★★★★
The company's products can meet our diverse needs, and the price is cheap, the most important is that the quality is also very nice.

**Karen** 2020.02.01 02:16:37 ★★★★★
We always believe that the details decides the company's product quality, in this respect, the company conform our requirements and the goods are meet our expectations.

**Related Search**

Aqr15-Pro | Aquarite Salt Board | Hayward Goldline Control Panel | 000 Gallon Pool | Hayward Aquarite Main Board | Aquarite Glx-Pcb-Rite Motherboard

Goldline Aquarite Board | Aqr15-Pro | Optimum Board | H400fdn Control Panel | Hayward Aquarite Board

Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 24 of 48



**Leave Your Message**

* Name

* Email (We will reply you via email in 24 hours)

Phone/WhatsApp/WeChat (Very important)

* Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

Send



**INFORMATION**

According To The Cdc There Is No Evidence That
Covid-19 Can Be Spread To Humans Through The
Use Of Pools And Hot Tubs.
We Are Working Normally To Offer You Models.

**CONTACT**

1 (888) 909-0457

7 Days a week, from 8:00 am to 5:00 pm
Pacific Time

contact@blueworkspool.com

**NAVIGATION**

Faq
Return Policy

© Copyright - 2010-2024 : All Rights Reserved. Hot Products, Sitemap

Turbo T Cell, Bit Cell, Turbo Cell T15, Turbocell, Turbo Salt Cell, Turbo Cell 15,



» Getting started  /  Turbocell

### Turbocell - China Factory, Suppliers, Manufacturers

We retain bettering and perfecting our goods and service. At the same time, we perform actively to do research and enhancement for Turbocell, Aquarite Pcb Main Circuit Board Replacement , Hayward H400fdn Display Board , Pool Solar Powered Water Purifier ,Hayward Display Board . We welcome new and aged buyers from all walks of lifetime to make contact with us for potential small business associations and mutual success! The product will supply to all over the world, such as Europe, America, Australia,Manila , Poland ,Croatia , South Korea .We've been persisting in the business essence "Quality First, Honoring Contracts and Standing by Reputations, providing customers with satisfying products and service. " Friends both at home and abroad are warmly welcome to establish everlasting business relations with us.

### Related Products



BLUE WORKS BLT9H Salt Cell

Blueworks BLT15H Salt Cel

Blueworks BLPTC Salt Cell

Blueworks Cell Cleaning Stand Compatible with

BlueWorks Dummy Cell

Blueworks BLW1TCELLH Salt Cell

BLUE WORKS BLH-Y Saltwater Generator

**Read More**









Case 3:20-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 28 of 48







**Marc N**

★☆☆☆☆                                                        08/13/2022

I bought the Blue Works System (Chlorinator, PCB, and Flow Switch) directly from Blue Works (Invoice #****-21) one and a half years ago. The salesman (****) was very helpful and accommodating. However, the Chlorinator stopped working and I immediately contacted BlueWorks Support (case #****). After numerous phone calls back and forth and sending 21 emails with requested information, Blue Works Support continued to insist they did not sell me their product(s) and they refused to honor the breach of warranty. Between 8/5/22 and 8/11/22, I sent several copies of the invoice and proof of purchase (using PayPal) to BlueWorks Support. In addition, I sent numerous photos and a video of the display panel's codes. In the end, I had no recourse but to buy a replacement Chlorinator from another company. I am very disappointed and frustrated with the Blue Works Corporation and my recommendation is DO NOT BUY ANYTHING FROM THIS COMPANY!

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

## For Consumers

Language Translation Information
Search for a Business
Get a Quote
Start a Review
File a Complaint
BBB Scam Tracker
File an Auto Warranty Complaint
Sign up for Scam Alerts
Frequently Asked Questions (FAQ)
Consumer HQ

## For Businesses

Search Business Profiles
Get Accredited
BBB EU Privacy Shield
Get Your Business Listed
Partner Code of Conduct
Apply for BBB Accreditation
Business HQ

## About BBB®

Mission & Vision
Directory of Local BBBs
International Association of Better Business Bureaus
BBB Institute for Marketplace Trust
Careers
BBB Wise Giving Alliance (Give.org)
BBB National Programs
Give.org
BBB Institute for Marketplace Trust
BBB Business Partner Code

   

Terms of Use | Privacy Policy | Your Ad Choices | Trademarks |            **© 2024, International Association of Better Business Bureaus, Inc.,**

We use cookies to give users the best content and online experience. By clicking "Accept All Cookies", you agree to allow us to use all cookies. Visit our Privacy Policy to learn more.

**Accept All Cookies**    Manage Cookies



HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY            👤 Your account



» Getting started    /    Turbocell

## Turbocell - Factory, Suppliers, Manufacturers From China

Our business aims to operating faithfully, serving to all of our clients , and working in new technology and new machine continuously for Turbocell, Hayward Controller Pcb , Goldline Motherboard , Hayward Goldline Control Panel ,Hayward Swimpure Plus Circuit Board . Our intention should be to assist customer goals. We have been creating terrific endeavours to obtain this win-win circumstance and sincerely welcome you to definitely join us! The product will sup world, such as Europe, America, Australia,Spain , Sacramento ,Malta , Boston .Based on our automatic production line, steady material purchase channel a systems have been built in mainland China to meet customer's wider and higher requirement in recent years. We are looking forward to cooperating with for common development and mutual benefit!Your trust and approval are the best reward for our efforts. Keeping honest, innovative and efficient, we sinc can be business partners to create our brilliant future!

## Related Products



Swimming Pool Saltwater System BLSC

Blueworks BLT15H Salt Cel

Blueworks
Display Ci

Case 3:20-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 31 of 48



**BLUE WORKS BLH-Y Saltwater Generator**

**Blueworks Cell Cleaning Stand Compatible with**

**Blueworks Variable Sp**



## Top Selling Products



Blueworks BLW1TCELLH Salt Cell

Salt Chlorinator BLPT

BlueWorks Dumm

BLUE WORKS BLH40 Saltwater Generator Chlorinator for 40K

Blueworks BLFS Flow Switch

Blueworks BLRC

BLUE WORKS BLT9H Salt Cell

Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 32 of 48



HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY         Your account

**Afra**  2021.03.17 08:32:38                                ★★★★★

The customer service staff's attitude is very sincere and the reply is timely and very detailed, this is very helpful for our deal,thank you.

**Joanna**  2020.11.04 07:01:27

High Quality, High Efficiency, Creative and Integrity, worth having long-te forward to the future cooperation!

**Marjorie**  2020.08.29 22:17:08                           ★★★★★

The factory technical staff not only have high level of technology, their English level is also very good, this is a great help to technology communication.

**Isabel**  2020.05.03 16:42:29

The company has a good reputation in this industry, and finally it tured ou good choice.

**Chloe**  2020.04.12 12:10:37                               ★★★★★

This is a honest and trustworthy company, technology and equipment are very advanced and the prodduct is very adequate, there is no worry in the suppliment.

**Carol**  2019.12.02 18:30:46

This manufacturers not only respected our choice and requirements, but a suggestions, ultimately， we successfully completed the procurement ta

## Related Search

Goldline Controls 066012c-1     Pool Ionizer Anode     Balboa Spa Pack     Hayward Goldline Controls Aql-Ps-4     Goldline Aquarite Board

Salt Cell Control Board Hayward T-Cell 15     Hayward Wireless Motherboard     Hayward Goldline Control Panel     Gix-Pcb Main Board     Hayward Aquarite

Aqualogic Goldline Controls

Leave Your Message

| * Name

| * Email (We will reply you via email in 24 hours)

| Phone/WhatsApp/WeChat (Very important)

| * Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

Send



Case 3:20-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 33 of 48



HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY

Your account





HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY          Your account



» Getting started    /    Turbo Salt Cell

## Turbo Salt Cell - Manufacturers, Factory, Suppliers From China

"Sincerity, Innovation, Rigorousness, and Efficiency" could be the persistent conception of our organization for your long-term to establish alongside one a for mutual reciprocity and mutual benefit for Turbo Salt Cell, Goldline Controls 066008g , Hayward Pool Controller Lcd Display , Hayward Glx-Ctl-Rite ,Hay Board . Welcome your enquiry, best service will be provided with full heart. The product will supply to all over the world, such as Europe, America, Austra ,United Arab Emirates , Moscow .We have gained a lot of recognition among customers spread all across the world. They trust us and always give repetiti mentioned below are some of the major factors that have played significant role in our tremendous growth in this domain.

## Related Products





Blueworks BLRC Salt Cell



Blueworks BLPTC Salt Cell



Blueworks Cell



Case 3:20-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 35 of 48



HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY          Your account

Read More



Blueworks Cell Cleaning          BlueWorks Dummy Cell          Swimming



BLUE WORKS BLPTP Salt System
Compatible with Pentair®Intelli

Cell Plates provided by American C

1 Year Warranty

Pentair®and IntelliChlor®are registered trademarks of Pentair®Flow Services AG and Pentair®Water Pool and Spa, Inc. IC15, IC20, IC40, and IC60 are trademarks of Pentair®Water Pool and Spa, Inc. The use of such trademarks herein is for informational p
BlueWorks is not approved, sponsored, endorsed by, or affiliated with Pentair®Flow Services AG or Pentair®Water Pool and Spa, Inc.

## Top Selling Products

  Blueworks PCB Main and Display Circuit Board

  Salt Chlorinator BLPT

  Blueworks BLPVS Speed Pump

  BLUE WORKS BLH-Y Saltwater Generator Chlorinator

  Blueworks BLFS Flow Switch

  BLUE WORKS B Generator Chlorin

  Blueworks BLT15H Salt Cel





**Nora** 2021.02.06 00:15:35 ★★★★★

As a veteran of this industry, we can say that the company can be a leader in the industry, select them is right.

**Edward** 2020.12.29 14:10:09

This is a very professional and honest Chinese supplier, from now on we Chinese manufacturing.

**Alex** 2020.11.03 05:33:10 ★★★★★

The company has a good reputation in this industry, and finally it tured out that choose them is a good choice.

**Janet** 2020.08.16 20:03:04

Factory equipment is advanced in the industry and the product is fine wo price is very cheap, value for money!

**Nicole** 2020.07.27 14:45:26 ★★★★★

Hope that the company could stick to the enterprise spirit of "Quality, Efficiency, Innovation and Integrity", it will be better and better in the future.

**Ryan** 2020.04.01 20:51:41

We always believe that the details decides the company's product quality company conform our requirements and the goods are meet our expecta

## Related Search

| Goldline Controls | Hayward Pcb Board | Hayward Goldline Aquarite Board | Hayward Replacement Circuit Board | Hayward H150fdn Control Board |

| Hayward H150fdn Control Board | Hayward Aquarite Salt System Main Board | Hayward Aquarite Control Board | Aquarite Main Board | Aqua Rite Circuit |

| Hayward Aquarite Goldline Circuit Board |

Leave Your Message

| * Name

| * Email (We will reply you via email in 24 hours)

| Phone/WhatsApp/WeChat (Very important)

| * Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

Send



Case 3:20-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 37 of 48



HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY          Your account





HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY        Your account



» Getting started    /    Turbocell

---

## Turbocell - China Factory, Suppliers, Manufacturers

We also present product or service sourcing and flight consolidation products and services. We have our possess manufacturing facility and sourcing plac easily supply you with almost every type of product or service connected to our item variety for Turbocell, Goldline Controls , Hayward Salt Pcb , Hayward ,Hayward Salt Control Board . We focus on generating own brand and in combination with a lot of experienced expression and first-class equipment . Our The product will supply to all over the world, such as Europe, America, Australia,Bangladesh , Mombasa ,Dominica , Cologne .We warmly welcome you to personally. We hope to establish a long-term friendship based on equality and mutual benefit. If you want to get in touch with us, please do not hesitate best choice.

---

## Related Products



Blueworks PCB Main and
Display Circuit Board

Swimming Pool Saltwater
System BLSC

Blueworks
Stand Com

Blueworks BLW1TCELLH Salt Cell

Read More



BlueWorks Dummy Cell

BLUE WORKS BLH-Y Saltwater Generator

Blueworks Variable Sp



**Saltwater Generator Chlorinator Model BLH Series**

Cell Plates Provided by American Company

## Top Selling Products



Blueworks BLT15H Salt Cel

Blueworks BLPTC Salt Cell

BLUE WORKS BI Generator Chlorin

Blueworks BLRC Salt Cell

Blueworks BLFS Flow Switch

BLUE WORKS BI

Salt Chlorinator BLPT

Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 40 of 48

## Reviews



**Elma** 2021.01.25 05:58:40 ★★★★★

The factory has advanced equipment, experienced staffs and good management level, so product quality had assurance, this cooperation is very relaxed and happy!

**Jerry** 2020.09.03 03:34:33

Good quality and fast delivery, it's very nice. Some products have a little b... supplier replaced timely, overall, we are satisfied.

**Sandy** 2020.08.17 16:05:16 ★★★★★

The supplier cooperation attitude is very good, encountered various problems, always willing to cooperate with us, to us as the real God.

**Sara** 2020.07.19 21:31:47

The company comply with the contract strict, a very reputable manufactu... cooperation.

**Maxine** 2020.06.17 05:22:07 ★★★★★

We are long-term partners, there is no disappointment every time, we hope to maintain this friendship later!

**Daisy** 2020.02.28 20:41:33

It can be said that this is a best producer we encountered in China in this... work with so excellent manufacturer.

### Related Search

Spa Control Board   Sun Shock Solar Pool Ionizer   Pcb Programming Board   Hayward Aqualogic Board   Aquarite Salt Board   Pool Pump   Aqu...

Hayward Pool Controller Lcd Display   Hayward Glx-Pcb-Dsp Aqua-Rite Pcb Display   Aqua Rite Control Panel   Goldline Controls

Leave Your Message

* Name

* Email (We will reply you via email in 24 hours)

Phone/WhatsApp/WeChat (Very important)

* Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

Send

Case 3:20-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 41 of 48





Sanitation Factory, Suppliers - Best Sanitation Manufacturers



HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY

Your account

HOME  /  PRODUCTS  /  SANITATION

# BLUE WORKS Salt Water Pool Chlorine Generator System

Cell Plates provided by American Company

## CATEGORIES

**Sanitation** —

  Salt Chlorinator

Replacement Cells +

Pumps +

Pool Accessories +

## FEATURED PRODUCTS


Swimming Pool Saltwater System BLSC


Salt Chlorinator BLPT

## SANITATION



Swimming Pool Saltwater System BLSC



BLUE WORKS BLH40 Saltwater Generator



BLUE WORKS BLH Saltwater Generator



Salt Chlorinator BLPT

Case 3:20-cv-00710-MOC-SCR    Document 255-2    Filed 01/16/24    Page 43 of 48

## INFORMATION

According To The Cdc There Is No Evidence That
Covid-19 Can Be Spread To Humans Through The
Use Of Pools And Hot Tubs.
We Are Working Normally To Offer You Models.

## CONTACT

1 (888) 909-0457

7 Days a week, from 8:00 am to 5:00 pm

Pacific Time

contact@blueworkspool.com



HOME     PRODUCTS ▾     ABOUT US     SUPPORT     WARRANTY          Your account



»  Getting started     /     Aqua Right Salt System

## Aqua Right Salt System - Manufacturers, Factory, Suppliers From China

Always customer-oriented, and it's our ultimate goal to get not only by far the most reputable, trustable and honest supplier, but also the partner for our Right Salt System, Glx-Pcb-Rite Circuit Board , Hayward Aquarite Pcb , Remington Copper Anode ,Aquarite Pcb Main Circuit Board Replacement . We welc customers from all walks of lifetime to speak to us for future organization relationships and mutual achievement! The product will supply to all over the w America, Australia,Spain , Mexico ,Spain , Honduras .Many years of work experience, we have realized the importance of providing good quality products a sales and after-sales services. Most problems between suppliers and clients are due to poor communication. Culturally, suppliers can be reluctant to ques understand. We break down those barriers to ensure you get what you want to the level you expect, when you want it. faster delivery time and the produc Criterion .

## Related Products



BLUE WORKS BLT9H Salt Cell

BlueWorks Dummy Cell

BLUE WOI Saltwater C

Case 3:20-cv-00710-MOC-SCR   Document 255-2   Filed 01/16/24   Page 45 of 48



HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY      👤 Your account





Blueworks PCB Main and
Display Circuit Board



Blueworks BLRC Salt Cell



BLUE WO...
Saltwater C...



## Top Selling Products



Blueworks BLPTC Salt Cell



Blueworks BLW1TCELLH Salt Cell



Blueworks BLT15...



Blueworks Cell Cleaning Stand
Compatible with Hayward®



Salt Chlorinator BLPT



Blueworks BLFS...



Blueworks BLPVS1515H Variable
Speed Pump





HOME   PRODUCTS ▾   ABOUT US   SUPPORT   WARRANTY          Your account

**Jonathan**  2021.03.03 14:50:44    ★★★★★

In China, we have many partners, this company is the most satisfying to us, reliable quality and good credit, it is worth appreciation.

**Eve**  2020.06.14 21:06:21

It's really lucky to find such a professional and responsible manufacturer, good and delivery is timely, very nice.

**Marina**  2020.04.10 01:59:19    ★★★★★

On this website, product categories is clear and rich, I can find the product I want very quickly and easily, this is really very good!

**Jill**  2020.04.06 05:43:08

It's really lucky to find such a professional and responsible manufacturer, good and delivery is timely, very nice.

**Sarah**  2019.12.20 00:15:58    ★★★★★

Company director has very rich management experience and strict attitude, sales staff are warm and cheerful, technical staff are professional and responsible,so we have no worry about product,...

**Mamie**  2019.11.13 12:17:27

Reasonable price, good attitude of consultation, finally we achieve a win-win cooperation!

## Related Search

| Salt Cell For Pool Hayward T-Cell 15 | Hayward H400 Control Board | Hayward Prologic Board | Hayward Goldline Pcb | Aquarite Control Board |

| Hayward Heater Display Board | Aquarite Goldline Replacement Board | Goldline Controls 066008g | Used Hayward Display | Saltwater Ionizer For Above |

| Blue Works Solar Ionizer |

Leave Your Message

* Name

* Email (We will reply you via email in 24 hours)

Phone/WhatsApp/WeChat (Very important)

* Enter product details such as size, color, materials etc. and other specific requirements to receive an accurate quote.

Send





HOME    PRODUCTS ▾    ABOUT US    SUPPORT    WARRANTY              Your account

