IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00710-MOC-SCR

| | |
|---|---|
| **HAYWARD INDUSTRIES, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BLUEWORKS CORPORATION, et. al.,** ) | |
| ) | |
| **Defendants.** ) | |

**THIS MATTER** is before the Court on the "Motion for Admission *Pro Hac Vice* and Affidavit [for Siobhan M. Tolan]" (Doc. No. 260) filed January 21, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel and to the Honorable Max O. Cogburn, Jr.

**SO ORDERED**.

Signed: January 22, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge