UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-710-MOC-DSC

| | |
|---|---|
| **HAYWARD INDUSTRIES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| **BLUEWORKS CORPORATION, BLUEWORKS** ) | |
| **INNOVATION CORPORATION, NINGBO C.F.** ) | |
| **ELECTRONIC TECH CO., LTD., NINGBO** ) | |
| **YISHANG IMPORT AND EXPORT CO., LTD.,** ) | |
| ) | |
| ) | |
| Defendants. ) | **ORDER** |
| ------------------------------------------------------------- ) | |
| **BLUEWORKS CORPORATION, NINGBO C.F.** ) | |
| **ELECTRONIC TECH CO., LTD., NINGBO** ) | |
| **YISHANG IMPORT AND EXPORT CO., LTD.**, ) | |
| ) | |
| Counterclaim-Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| **HAYWARD INDUSTRIES, INC.,** ) | |
| ) | |
| Counterclaim-Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's motion for use of an interpreter at trial. (Doc. No. 266). Defendants request that Mr. Zefeng (Richard) Chen be permitted to rely on a Mandarin interpreter while testifying. Plaintiff—who plans to call Mr. Chen—does not object to Mr. Chen's use of an interpreter. (Doc. No. 267). The parties further agree that Defendants are responsible for hiring and compensating an interpreter. (Doc. No. 266).

The parties disagree, however, on how interpretation time should be counted at trial. Defendants contend that interpretation time should be included as part of the time for the party

taking the examination. Plaintiff contends that all interpretation time should count toward Defendant's trial time.

The Court will grant Defendant's motion in part, but reserve ruling on the timing issue until trial.

## ORDER

**IT IS ORDERED** that Defendant's motion for use of an interpreter at trial, (Doc. No. 266), is **GRANTED IN PART**. Specifically, Defendant's motion is granted insofar as it requests that Mr. Chen be permitted to rely on a translator at trial.

The Court **RESERVES** its ruling on how interpretation time shall be assessed at trial.

Signed: 2/7/2024

Max O. Cogburn Jr.
United States District Judge