IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD., <br><br> Defendants. | Civil Action No. 3:20-cv-00710-MOC-SCR |

## DEFENDANTS' LIMITED OBJECTIONS TO DEPOSITION TESTIMONY OF WITNESSES MIKUSKI AND IVESTER

Pursuant to the Court's request, Defendants' submit the following objections to the deposition testimony of Shawn Mikuski (filed at ECF 316 and Steven Ivester (filed at ECF 314). Plaintiff intends to present the deposition testimony of these witnesses at trial in this case. Defendants understand that Plaintiff will be filing narrowed versions of these deposition designations, but the testimony is, of course, the same.

For Mr. Mikuski's deposition, Defendants' object to the testimony at page 35, line 22 through page 36, line 15. This testimony relates to Mr. Chen's language skills, which is irrelevant to the legal issues in this case and prejudicial to Defendants.

For Mr. Ivester's deposition, Defendants object to the testimony at pages 21, line 30 through p. 30, line 4, which discuss an email that was neither introduced as an exhibit nor identified by Bates number (or otherwise) at the deposition. Accordingly the testimony lacks foundation,

1

and includes hearsay to the extent that it discusses what others said in the unidentified document, and confusing to the jury.

Defendants also object to the testimony designated at pages 50, line 24 through page 52, line 16, which refer to a different product—not a salt cell—than that at issue in this case. Accordingly the testimony is irrelevant and prejudicial, and confusing to the jury.

Dated: February 23, 2024                Respectfully submitted,

 *Christina Davidson Trimmer*
Jennifer Seraphine (*pro hac vice admitted*)
Keeley Vega (*pro hac vice admitted*)
Jacob Zweig (*pro hac vice admitted*)
Turner Boyd Seraphine LLP
155 Bovet Road, Suite 750
San Mateo, California 94402
Tel: (650) 521-5930
Fax: (650) 521-5931
Email: seraphine@turnerboyd.com
Email: vega@turnerboyd.com
Email: zweig@turnerboyd.com

Christina Davidson Trimmer
NC Bar No. 44857
Samuel Alexander Long, Jr.
NC Bar No. 46588
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com
         along@shumaker.com

Michelle C. Dunn
Platinum Intellectual Property
3031 Tisch Way, Suite 110 PW
San Jose, CA  95128
Tel:  404-800-5884
Fax:  877-463-0654
Email: michelle.dunn@platinum-ip.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2024, the foregoing document was served on all counsel of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Respectfully submitted,

*/s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street, Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com