IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC.,<br><br>Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.,<br><br>Defendants/Counterclaim Plaintiffs. | Civil Action No. 3:20-cv-00710-MOC-DSC |

**VERDICT FORM**

Members of the jury, please answer the following questions as instructed:

1. Has Plaintiff Hayward proved that Defendant Blueworks infringed Plaintiff Hayward's trademarks HAYWARD, AQUARITE, GOLDLINE, SWIMPURE, TURBO CELL, PRO LOGIC?

    Yes _____    No ✓_____

2. Has Plaintiff Hayward proved that Defendant Ningbo C.F. infringed Plaintiff Hayward's trademarks HAYWARD, AQUARITE, GOLDLINE, SWIMPURE, TURBO CELL, AND PRO LOGIC?

    Yes _____    No ✓_____

1

3. Has Plaintiff Hayward proved that Defendant Blueworks infringed Plaintiff Hayward's trademarks T-CELL-3, T-CELL-9, and T-CELL-15?

   Yes _____    No ___✓_____

4. Has Plaintiff Hayward proved that Defendant Ningbo C.F. infringed Plaintiff Hayward's trademarks T-CELL-3, T-CELL-9, and T-CELL-15?

   Yes _____    No ___✓_____

5. Have Defendants proved that its use of Plaintiff Hayward's marks was fair use?

   Yes ___✓_____    No _____

6. Has Plaintiff Hayward proved that Defendant Blueworks made false or misleading statements in commercial advertising that deceived consumers or were likely to deceive consumers in a material way that caused harm to Plaintiff Hayward?

   Yes ___✓_____    No _____

7. Has Plaintiff Hayward proved that Defendant Ningbo C.F. made false or misleading statements in commercial advertising that deceived consumers or were likely to deceive consumers in a material way that caused harm to Plaintiff Hayward?

   Yes ___✓_____    No _____

8. Has Plaintiff Hayward proved that Defendant Blueworks violated the North Carolina Unfair or Deceptive Trade Practices Act?

   Yes  ✓  No  _____

9. Has Plaintiff Hayward proved that Defendant Ningbo C.F. violated the North Carolina Unfair or Deceptive Trade Practices Act?

   Yes  ✓  No  _____

10. If you find for Plaintiff Hayward on its claim for trademark infringement, false advertising, and/or the North Carolina Unfair and Deceptive Trade Practices Act what amount of Plaintiff Hayward's lost profits do you find should be awarded to Plaintiff Hayward?

    $ 4,900,000 (enter an amount)

11. In the alternative, if you do not find Hayward is entitled to its lost profits, but you find for Plaintiff Hayward on its claim for trademark infringement, false advertising, and/or the North Carolina Unfair and Deceptive Trade Practices Act what amount of Defendants' profits do you find should be awarded to Plaintiff Hayward?

    $ N/A (enter an amount)

12. Has Plaintiff Hayward proved Defendant Blueworks infringed Hayward's copyrighted work entitled "AQUA RITE OPERATION AND INSTALLATION MANUAL"?

    Yes  _____  No  ✓

13. Has Plaintiff Hayward proved Defendant Ningbo C.F. infringed Hayward's copyrighted work entitled "AQUA RITE OPERATION AND INSTALLATION MANUAL"?

3

Yes ✓   No _____

14. If you find that Hayward proved Defendants copied Hayward's copyrighted work, have Defendants proved the use of Hayward's copyrighted work was fair use?

Yes _____   No ✓

15. What amount of damages, if any, do you find that Plaintiff Hayward is entitled to recover as a result of Defendants' infringement of its copyrighted work?

$ 750 _____ (enter an amount)

SO SAY WE ALL.

[signature redacted]
Foreperson's Signature

DATE: 3-1-24