# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD., NINGBO YISHANG IMPORT AND EXPORT CO., LTD.,<br><br>    Defendants and Counterclaim Plaintiffs. | Civil Action No. 3:20-cv-00710-MOC-DSC |

## MOTION TO WITHDRAW

Pursuant to Local Civil Rule 83.1(f), Jennifer Seraphine, Keeley I. Vega, and Jacob S. Zweig of Turner Boyd Seraphine LLP move this Court for an Order allowing their withdrawal as counsel for Defendants Blueworks Corporation, Blueworks Innovation Corporation, Ningbo C.F. Electronic Tech Co., Ltd., and Ningbo Yishang Import and Export Co., Ltd. Defendants have indicated their consent to this motion in Exhibit A.

[SIGNATURE ON NEXT PAGE]

This is the 20th day of March, 2024.

                                               */s/ Jennifer Seraphine*
                                               Jennifer Seraphine
                                               Keeley I. Vega,
                                               Jacob S. Zweig
                                               Turner Boyd Seraphine LLP
                                               155 Bovet Road, Suite 750
                                               San Mateo, California 94402
                                               (650) 521-5930
                                               seraphine@turnerboyd.com
                                               vega@turnerboyd.com
                                               zweig@turnerboyd.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 20, 2024, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter.

This is the 20th day of March, 2024.          */s/ Jennifer Seraphine*
                                                    Jennifer Seraphine