IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants. | Civil Action No. 3:20-CV-710 -MOC-SCR |

## DEFENDANTS' EXPEDITED MOTION FOR EXTENSION OF TIME TO FILE BRIEFS IN SUPPORT OF POST TRIAL MOTIONS

Defendants Blueworks Corporation ("Blueworks Corp."), Blueworks Innovation Corporation ("Blueworks Innovation"), Ningbo C.F. Electronic Tech Co., Ltd. ("Ningbo C.F."), and Ningbo Yishang Import and Export Co., Ltd. ("Ningbo Yishang") (collectively, "Defendants") hereby move the Court, pursuant to the Court's oral invitation at the conclusion of trial and to Rule 6 (b), for an order granting Defendants' motion for extension of time to file briefs in support of the Defendants' planned post-trial motions including under Fed. R. Civ. P. 50(b) and Fed. R. Civ. P. 59(a) up to and including **April 30, 2024**. Defendants further request that this Motion be given expedited treatment such that any Opposition by Plaintiff Hayward Industries, Inc. ("Hayward") be filed by Tuesday March 29, 2024 and any Reply by Defendants be filed by Wednesday March 30, 2024.

1

Specifically, at the conclusion of trial, this Court stated "I'll tell you what we'll do let's do – let's do let's do 30 days [extension] and let me know if that's not enough and why it's not enough and I can extend. If you need more time." Rough Transcript ("030124 jury verdict") at 6:18-21 (attached to this Motion as **Exhibit 1**). Accordingly, in support of this motion, Defendants file a Memorandum of Law explaining why Defendants require more time to prepare their briefs in support of their post-trial motions.

Undersigned Counsel for Defendants conferred in good faith with Counsel for Plaintiff Hayward via email on Friday, March 22, 2024. (attached to this Motion as **Exhibit 2**). Counsel for Hayward indicated that they plan to oppose this Motion.

Dated: March 22, 2024   Respectfully submitted,

    */s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
Samuel Alexander Long, Jr.
NC Bar No. 46588
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com
      along@shumaker.com

Michelle C. Dunn
Platinum Intellectual Property
3031 Tisch Way, Suite 110 PW
San Jose, CA 95128
Tel: 404-800-5884
Fax: 877-463-0654
Email: michelle.dunn@platinum-ip.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, the foregoing document was served on all counsel of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Respectfully submitted,

*/s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com