IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-710 -MOC-SCR

HAYWARD INDUSTRIES, INC.,

  Plaintiff, Counterclaim Defendant,

v.

BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.

  Defendants, Counterclaim Plaintiffs.

**ORDER**

**THIS MATTER IS BEFORE THE COURT** upon the Court's *sua sponte* order requiring the Parties "to meet and confer to prepare a proposed Order containing a post-trial briefing schedule, including, but not limited to, pending motions." (April 8, 2024 Minute Entry). The Parties have complied and agreed on the following schedule, which the Court finds good cause to enter. It is **THEREFORE ORDERED THAT** the following deadlines apply in this case:

- Hayward's Motion for Attorneys' Fees, (Doc. No. 381):
    - Defendants' opposition is further extended until May 21, 2024;
    - Hayward's reply is due May 28, 2024.

- Defendants' Motion to Strike Hayward's Motion for Attorneys' Fees, (Doc. No. 388):
    - Hayward's opposition is due May 21, 2024;
    - Defendants' reply is due May 28, 2024.

- Defendants' Renewed Motion for Judgment as a Matter of Law, (Doc. No. 375), Defendants' Motion for a New Trial, (Doc. No. 376), Defendants' Motion for Judgment as a Matter of Law, (Doc. No. 377), and Defendants' Motion for Entry of Judgment under Rule 58(d), (Doc. No. 378):
    - Hayward's opposition to all the above-listed filings is due May 28, 2024;
    - Defendants' reply is due June 18, 2024.

1

**IT IS FURTHER ORDERED THAT** the Parties are to file either a joint proposed judgment, or, if the Parties are unable to agree, separate proposed judgments, to the Court by April 30, 2024.

This Order does not limit the Parties' right to file other motions not included in this Order.

**SO ORDERED**.

Signed: April 16, 2024

*/s/ Susan C. Rodriguez*
Susan C. Rodriguez
United States Magistrate Judge