IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-CV-710-MOC-SCR

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.; BLUEWORKS INNOVATION CORPORATION, BLUEWORKS CORPORATION, <br><br> Defendants. <br><br> HAYWARD INDUSTRIES, INC., <br><br> Counterclaim Plaintiff, <br><br> v. <br><br> NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.; BLUEWORKS INNOVATION CORPORATION, BLUEWORKS CORPORATION, <br><br> Counterclaim Defendants. | **NOTICE OF APPEARANCE** |

NOW COMES B. Chad Ewing of the law firm of Womble Bond Dickinson (US) LLP, admitted to practice by this Court, and files this entry of appearance as counsel for Plaintiff/Counterclaim Plaintiff Hayward Industries, Inc. in the above-captioned action.

This the 17th day of April, 2024.

                                                        */s/ B. Chad Ewing*
B. Chad Ewing (N.C. Bar No. 27811)
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
Email: chad.ewing@wbd-us.com
*Attorney for Plaintiff / Counterclaim Plaintiff*
*Hayward Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 17th day of April, 2024, the foregoing **NOITCE OF APPEARANCE** was filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing and serve counsel for all parties.

*/s/ B. Chad Ewing*
B. Chad Ewing

3
Case 3:20-cv-00710-MOC-SCR   Document 408   Filed 04/17/24   Page 3 of 3