IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC.,<br><br>　　　　　　Plaintiff<br><br>　v.<br><br>BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.<br><br>　　　　　　Defendants. | Civil Action No. 3:20-CV-710 -MOC-SCR |

**DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF CONSENT MOTION FOR RELIEF FROM THE TEMPORARY RESTRAINING ORDER**

Defendants Blueworks Corporation, Blueworks Innovation Corporation, Ningbo C.F. Electronic Tech Co., Ltd, and Ningbo Yishang Import and Export Co., Ltd (collectively "Defendants") respectfully submit this Memorandum of Law in Support of their Motion for Relief from the Temporary Restraining Order entered on April 11, 2024. [DE 393].

The Court also instructed the Defendants to seek relief on a case-by-case basis in its Order on Defendants' Motion for Clarification [DE 404]:

> Defendants are instructed that the Court will consider requests for relief from the TRO on a case-by-case basis. <u>Any such request shall identify the payee, amount to be paid, and reason why payment cannot be delayed until after the April 23 hearing</u>. The Court will endeavor to rule on such requests as soon as practicable.

DE 404 at 2.

1

Defendants seek relief to transfer assets for payment of invoices stemming from their outside vendor's preparation of trial exhibits and presentation. These invoices from Digital Evidence Group totaling $54,872.21 are redacted and attached hereto as **Exhibit 1**. These invoices should not be delayed any further due to the terms of payment with Digital Evidence Group requesting payment by April 21, 2024, as shown on the final invoice.

Defendants note that these are not the only invoices that it anticipates. Given the timing of the Court's Order, and the extended process to seek relief (collecting the required information, meeting and conferring with Hayward, seeking additional information that Hayward demands to consent to relief), Defendants have sought extensions for payments where they could (for example, Blueworks sought an extension with respect to the April 15, 2024 tax filing deadline). If a similar procedure remains in place following the hearing next Tuesday, Defendants will have more invoices to submit to the Court.

Plaintiff Hayward Industries, Inc. has consented to this requested relief pursuant to LCvR 7.1(b) by emails on April 18 and April 19, 2024. **Exhibit 2**.

For all of these reasons, Defendants respectfully submit that this relief from the Temporary Restraining Order should be granted and allow Defendants to meet their requested financial and legal obligations as set out herein.

Dated: April 19, 2024

Respectfully submitted,

*/s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
Samuel Alexander Long, Jr.
NC Bar No. 46588
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057

Fax: (704) 332-1197
Email: ctrimmer@shumaker.com
along@shumaker.com

Michelle C. Dunn
Platinum Intellectual Property
3031 Tisch Way, Suite 110 PW
San Jose, CA 95128
Tel: 404-800-5884
Fax: 877-463-0654
Email: michelle.dunn@platinum-ip.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2024, the foregoing document was served on all counsel of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Respectfully submitted,

*/s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com