UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
No. 3:20-cv-710 -MOC-DSC

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, Counterclaim Defendant <br> v. <br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants, Counterclaim Plaintiffs. | **ORDER EXTENDING TEMPORARY RESTRAINING ORDER** |

**THIS MATTER** is before the Court on Plaintiff's *ex parte* motion for temporary restraining order. (Doc. No. 382). The Court granted Plaintiff's motion on April 11, 2024, and by that order scheduled an adversarial hearing pursuant to Federal Rule of Civil Procedure 65(b)(2) for April 23, 2024. (Doc. No. 393).

According to Fed. R. Civ. P. 65(b)(2), temporary restraining orders issued without notice (like this one) expire within fourteen days of their entry unless "the court, for good cause, extends [the order] for a like period, or the adverse party consents to a longer extension." For the reasons articulated in the original order and stated at the April 23, 2024, hearing, the Court will extend the restraining order for another fourteen days, or until judgment is entered in this matter.

1

# ORDER

**IT IS, THEREFORE, ORDERED** that the temporary restraining order entered on April 11, 2024 (Doc. No. 393) is hereby **EXTENDED** for an additional fourteen days.

Signed: April 23, 2024

Max O. Cogburn Jr
United States District Judge

2

Case 3:20-cv-00710-MOC-SCR   Document 417   Filed 04/24/24   Page 2 of 2