IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| HAYWARD INDUSTRIES, INC.,<br><br>Plaintiff<br><br>v.<br><br>BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.<br><br>Defendants. | Civil Action No. 3:20-CV-710 -MOC-SCR |

## DEFENDANTS' SECOND MOTION FOR RELIEF FROM THE TEMPORARY RESTRAINING ORDER

Defendants Blueworks Corporation ("Blueworks Corp."), Blueworks Innovation Corporation ("Blueworks Innovation"), Ningbo C.F. Electronic Tech Co., Ltd. ("Ningbo C.F."), and Ningbo Yishang Import and Export Co., Ltd. ("Ningbo Yishang") (collectively, "Defendants") hereby move the Court for Relief from the Temporary Restraining Order [DE 393]. The Court instructed the Defendants to request relief on a case-by-case basis in its Order on Defendants' Motion for Clarification [DE 404].

Defendants previously sought relief to transfer assets on April 19, 2014 [DE 412], which remains pending before the Court.

Defendants now seek further relief to transfer assets to make the payments for its April payroll, federal payroll taxes due on May 15, 2024, and payment of invoices to their counsel as set forth in Defendants' Memorandum of Law in support of this motion being filed

1

contemporaneously herewith.

Pursuant to LCvR 7.1(b), the parties conferred by email between May 10 and May 13, 2024 and counsel for Plaintiff consented to Defendants' Motion with respect to Bluework's federal payroll taxes, but opposes Defendants' Motion with respect to Blueworks' payroll and Defendants' payment of invoices to their counsel.

Dated: May 13, 2024                    Respectfully submitted,

*/s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
Samuel Alexander Long, Jr.
NC Bar No. 46588
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com
        along@shumaker.com

Michelle C. Dunn
Platinum Intellectual Property
3031 Tisch Way, Suite 110 PW
San Jose, CA 95128
Tel: 404-800-5884
Fax: 877-463-0654
Email: michelle.dunn@platinum-ip.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, the foregoing document was served on all counsel of record using the Court's CM/ECF system, which will send notification of such filing to any CM/ECF participants.

Respectfully submitted,

*/s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com