# EXHIBIT B

Moon Wright & Houston, PLLC
212 N. McDowell Street, Suite 200
Charlotte, NC 28204

CHARLOTTE NC 280
28 MAY 2024PM
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 28205
02 7H
0006154441
$ 000.64⁰
MAY 28 2024

RECEIVED
MAY 3 0 2024

B. Chad Ewing
Russ Ferguson
Womble Bond Dickinson (US) LLP
301 South College Street, Suite 3500
Charlotte, NC 28202-6037

28202-605075

COPY

STATE OF NORTH CAROLINA     FILED     IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF UNION    2024 MAY 28 AM 10: 34    24-CVS-1379

HAYWARD INDUSTRIES, INC.,   CO., C.S.C )
             Plaintiff,    BY    )
                                       )
vs.                                       )
                                       )
BLUEWORKS CORPORATION and )
ZHOUJING "GINA" LU,            )
                                       )
             Defendants.       )
                                       )

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant Zhoujing "Gina" Lu (the "Defendant") by and through undersigned counsel, moves the Court pursuant to North Carolina Rule of Civil Procedure 6 for an extension of time to answer or otherwise respond to the Complaint filed by Plaintiff Hayward Industries, Inc., on the grounds that she requires additional time to investigate the allegations against her and to prepare an appropriate response. The Defendant was served with the Complaint and Summons on April 29, 2024; accordingly, her time to respond to the Complaint has not expired as of the date of this motion. The Defendant makes this motion in good faith and not for the purpose of unnecessary delay.

WHEREFORE, the Defendant requests that the Court enter an order extending the time for her to answer or otherwise plead in response to the Complaint for a period of thirty (30) days, through and including June 28, 2024.

[Remainder of Page Intentionally Left Blank]

MWH: 10836.001; 00029920.1          1

This 28th day of May, 2024

                                                          MOON WRIGHT & HOUSTON, PLLC

                                                          */s/ Richard S. Wright*

                                                          Richard S. Wright (NC Bar No. 24622)
                                                          212 N. McDowell Steet, Suite 200
                                                          Charlotte, NC 28204
                                                          Telephone: (704) 944-6560
                                                          Facsimile: (704) 944-380
                                                          *Attorneys for Zhoujing Lu*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Extension of Time to Respond to Complaint was served this date upon the persons named below via United States mail, sufficient postage prepaid, addressed as follows:

B. Chad Ewing
Russ Ferguson
Womble Bond Dickinson (US) LLP
301 South College Street, Suite 3500
Charlotte, NC 28202-6037

Blueworks Corporation
Haoqi Sun, Registered Agent
8408 Channel Way
Waxhaw, NC 28173-7070

This 28th day of May, 2024

MOON WRIGHT & HOUSTON, PLLC

Richard S. Wright (NC Bar No. 24622)
212 N. McDowell Steet, Suite 200
Charlotte, NC 28204
Telephone: (704) 944-6560
Facsimile: (704) 944-380
*Attorneys for Zhoujing Lu*



STATE OF NORTH CAROLINA IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF UNION 2024 MAY 28 AM 10:40 24-CVS-1379

HAYWARD INDUSTRIES, INC., )
)
Plaintiff, )
)
vs. )
)
BLUEWORKS CORPORATION and )
ZHOUJING "GINA" LU, )
)
Defendants. )
)

## ORDER GRANTING EXTENSION OF TIME FOR ZHOUJING "GINA" LU TO RESPOND TO COMPLAINT

FOR GOOD CAUSE SHOWN, the time for Defendant Zhoujing "Gina" Lu to answer or otherwise respond to the Complaint of Hayward Industries, Inc. is hereby extended through and including June 28, 2024.

This 28th day of May, 2024

Tiffany Wallace-Asst.
Clerk of Superior Court

MWH: 10836.001; 00029921.1

COPY

STATE OF NORTH CAROLINA    FILED    IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF UNION    2024 MAY 28 AM 10: 40    24-CVS-1379

UNION CO. C.S.C

HAYWARD INDUSTRIES, INC.,

    Plaintiff,

vs.

BLUEWORKS CORPORATION and
ZHOUJING "GINA" LU,

    Defendants.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Order Granting Extension of Time for Zhoujing "Gina" Lu to Respond to Complaint and a copy of this Certificate of Service were served this date upon the persons named below via United States mail, sufficient postage prepaid, addressed as follows:

B. Chad Ewing
Russ Ferguson
Womble Bond Dickinson (US) LLP
301 South College Street, Suite 3500
Charlotte, NC 28202-6037

Blueworks Corporation
Haoqi Sun, Registered Agent
8408 Channel Way
Waxhaw, NC 28173-7070

This 28th day of May, 2024

MOON WRIGHT & HOUSTON, PLLC

Richard S. Wright (NC Bar No. 24622)
212 N. McDowell Steet, Suite 200
Charlotte, NC 28204
Telephone: (704) 944-6560
Facsimile: (704) 944-380
*Attorneys for Zhoujing Lu*

MWH: 10836.001; 00029922.1

**R|C|D**
**RAYBURN COOPER**
& DURHAM, P.A.

227 WEST TRADE STREET
SUITE 1200
CHARLOTTE, NC 28202-1672

CHARLOTTE NC 280
30 MAY 2024 PM 6 L



FIRST-CLASS
US POSTAGE (IM) PITNEY BOWES
ZIP 28202
02 7H
0006172064   $ 000.64⁰
MAY 29 2024

RECEIVED
JUN 01 2024

B. Chad Ewing
**Womble Bond Dickinson (US), LLP**
301 South College Street, Suite 3500
Charlotte, NC 28202

28202-606075

STATE OF NORTH CAROLINA | IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF UNION | 24-CVS-1379

FILED 2024 MAY 29 A 10 28
UNION CO., C.S.C.
BY _____ pm

HAYWARD INDUSTRIES, INC.

    Plaintiff,

v.

BLUEWORKS CORPORATION and ZHOUJING "GINA" LU,

    Defendants.

**DEFENDANT BLUEWORKS CORPORATION'S MOTION FOR EXTENSION OF TIME TO ANSWER**

Pursuant to Rule 6(b) of the North Carolina Rules of Civil Procedure, Blueworks Corporation ("Blueworks") through counsel, hereby respectfully moves this Court for a thirty-day extension through and including Friday, June 28, 2024, of the time in which Blueworks must answer the Complaint or otherwise serve its responsive pleading in this action. In support of this motion, Blueworks shows the Court that:

1. The complaint was filed in this Court on April 26, 2024.

2. Blueworks received service of the Complaint and Summons on April 29, 2024.

5. Pursuant to Rule 12(a), Blueworks believes the current deadline to answer the Complaint is Wednesday, May 29, 2024 which is thirty (30) days following service of the summons and Complaint. Blueworks seeks a thirty-day enlargement of time through and including Friday, June 28, 2024, in order to properly evaluate the allegations of the complaint and to prepare an appropriate response.

6. The extension is sought in good faith and not merely for the sake of delay. No previous extensions have been sought.

{00389471 v 2} 1

WHEREFORE, Defendant Blueworks Corporation prays that this Court extend the period within which Defendant Blueworks Corporation must answer or otherwise serve a responsive pleading to the complaint through and including Friday, June 28, 2024.

This the 29th day of May, 2024.

RAYBURN COOPER & DURHAM, P.A.

By: /s/ Matthew L. Tomsic
Matthew L. Tomsic
N.C. State Bar No. 52431
Natalie E. Kutcher
N.C. State Bar No. 54888
Rayburn Cooper & Durham, PA
227 West Trade Street, Suite 1200
Charlotte, NC 28202-1672
(704) 334-0891 (tel.)
(704) 377-1897 (fax)
mtomsic@rcdlaw.net
nkutcher@rcdlaw.net

*Attorneys for Defendant Blueworks Corporation*

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF UNION     24-CVS-1379

FILED
2024 MAY 29 A 10: 31
UNION CO., C.S.C.
BY ____

HAYWARD INDUSTRIES, INC.

    Plaintiff,

v.

BLUEWORKS CORPORATION and
ZHOUJING "GINA" LU,

    Defendants.

ORDER

Upon the motion of Defendant Blueworks Corporation, and for good cause shown IT IS HEREBY ORDERED that Defendant Blueworks Corporation is hereby granted a thirty (30) day extension of time in which to answer or otherwise respond to the complaint in this action, through and including Friday, June 28, 2024.

This the 29th day of May, 2024.

_____
Assistant Clerk of Superior Court

{00389471 v 2 }3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing MOTION FOR EXTENSION OF TIME and proposed ORDER was served on this date upon the parties in this action by first-class United States mail, postage prepaid, addressed as follows:

B. Chad Ewing
**Womble Bond Dickinson (US), LLP**
301 South College Street, Suite 3500
Charlotte, NC 28202
Chad.ewing@wbd-us.com
Russ.ferguson@wbd-us.com

*Attorneys for Plaintiff*

Richard Wright
**Moon Wright & Houston, PLLC**
212 N. McDowell Street
Charlotte, NC 28204
rwright@mwhattorneys.com

*Attorney for Zhoujing Lu*

This the 29th day of May, 2024

Natalie E. Kutcher