**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
**1100 EAST MAIN STREET, SUITE 501**
**RICHMOND, VIRGINIA 23219-3517**
WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI                                                      TELEPHONE
  CLERK                                                         (804) 916-2700

October 8, 2024

Katie Simon, Clerk
United States District Court
Western District of North Carolina
401 West Trade Street, Room 1301
Charlotte, NC 28202

 Re:  **Hayward Industries, Inc. v. BlueWorks Corporation, etc., et al.**
      3:20-cv-00710-MOC-SCR

Dear Clerk:

By letters dated June 3, 2024, July 3, 2024, August 5, 2024, and September 5, 2024, notice was sent to your court indicating that an appeal had been received by this office but would not be docketed until action by the district court.

Please continue to update this court as to the status of this case, as necessary.

Thank you for your assistance.

 Yours truly,

 /s/ Ashley Brownlee