**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants. | Civil Action No. 3:20-CV-710 -MOC-SCR |

**CONSENT MOTION FOR DEFENDANTS' OUT-OF-STATE COUNSEL TO
ATTEND OCTOBER 23, 2024 STATUS CONFERENCE REMOTELY**

Defendants Blueworks Corporation ("Blueworks Corp."), Blueworks Innovation Corporation ("Blueworks Innovation"), Ningbo C.F. Electronic Tech Co., Ltd. ("Ningbo C.F."), and Ningbo Yishang Import and Export Co., Ltd. ("Ningbo Yishang") (collectively, "Defendants") hereby move the Court and seek permission to have their out-of-state counsel Michelle C. Dunn appear at the upcoming Status Conference by videoconference. The remainder of Defendants' counsel will appear in person. In support of this Motion, Defendants show the Court as follows:

1.     The Court has scheduled a Status Conference in this matter for October 23, 2024.

2.     Michelle C. Dunn, counsel for Defendants, is unable to travel to Charlotte for the Status Conference due to a prescheduled business trip.

3.     Michelle C. Dunn is available to appear remotely by videoconference or some other alternative means, as the Court will allow.

1

4.      Local counsel for Defendants, Christina Davidson Trimmer and Samuel Alexander Long, Jr. plan to attend the Status Conference in person.  Debtor's counsel for Blueworks Corp. Matthew L. Tomsic also plans to attend the Status Conference in person.

5.      Therefore, Defendants seek permission of the Court to permit Michelle C. Dunn to attend the Status Conference remotely, with Christina Davidson Trimmer, Samuel Alexander Long, Jr., and Matthew L. Tomsic attending in person.

6.      Defendants have consulted with counsel for Plaintiff, and Plaintiff has consented to this Motion.

WHEREFORE, Defendants respectfully request that Michelle C. Dunn be permitted to attend the October 23, 2024, Status Conference remotely.

Dated: October 14, 2024          Respectfully submitted,

*/s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
Samuel Alexander Long, Jr.
NC Bar No. 46588
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com
        along@shumaker.com

Michelle C. Dunn
Platinum Intellectual Property
3031 Tisch Way, Suite 110 PW
San Jose, CA 95128
Tel: 404-800-5884
Fax: 877-463-0654
Email: michelle.dunn@platinum-ip.com

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2024, the foregoing document was served on all counsel of record using the Court's CM/ECF system, which will send notification of such filing to all CM/ECF participants.

Respectfully submitted,

*/s/ Christina Davidson Trimmer*
Christina Davidson Trimmer
NC Bar No. 44857
SHUMAKER, LOOP & KENDRICK, LLP
101 South Tryon Street
Suite 2200
Charlotte, North Carolina 28280
Tel: (704) 375-0057
Fax: (704) 332-1197
Email: ctrimmer@shumaker.com