# Exhibit A

womblebonddickinson.com



**WOMBLE BOND DICKINSON**

**August 9, 2024**

[By Email - ctrimmer@shumaker.com; along@shumaker.com]

Ms. Christina D. Trimmer, Esq.
S. Alex Long, Jr., Esq.
Shumaker, Loop, and Kendrick
101 South Tryon Street
Suite 2200
Charlotte, NC 28280

Womble Bond Dickinson (US) LLP

One Wells Fargo Center
Suite 3500, 301 South College Street
Charlotte, NC 28202-6037

t:  704.331.4900
f:  704.331.4955

Russ Ferguson
Partner
Direct Dial: 704-331-4920
Direct Fax: 704-338-7839
E-mail: Russ.Ferguson@wbd-us.com

**Re:**   *Hayward v. Ningbo C.F.*, **Case No. 3:20-CV-710**

Dear Christy and Alex,

As you know, the Court entered a Temporary Restraining Order in the above-captioned case on April 11, 2024, which has, since then, been extended without interruption.  The TRO enjoins "Defendants and their agents, employees, and representatives" from "facilitating or allowing any withdrawal, transfer, or disposition of assets presently held in any bank accounts owned or controlled by Defendants."  (Doc. No. 393 at 7).

We understand that Blueworks Corporation filed bankruptcy and thus an automatic stay applies to that Defendant.   Can you please confirm that the other three Defendants you represent are complying with the terms of the TRO?

We are concerned because Ningbo C.F. Electronic Tech. Co. appears to be operating a robust business.  It seems implausible Ningbo C.F. could do so without "facilitating or allowing any withdrawal, transfer, or disposition of assets presently held in any bank accounts owned or controlled by Defendants." (Doc. No. 393 at 7).  While we are willing to engage in discussions to permit such transfers to allow Ningbo to stay in business—after all, that is in Hayward's best interest, too, so it can collect on its judgment—we seek confirmation that Ningbo is not violating the TRO.

For example, Ningbo C.F. claims to have 200 employees.  How is Ningbo C.F. paying those employees?  Presumably, Ningbo C.F. would have to pay vendors and for parts and other supplies, as well. How is Ningbo C.F. paying those bills?

Please confirm with your client that the TRO is not being violated.  Thank you for your attention to this important matter.

Sincerely,

**Womble Bond Dickinson (US) LLP**

Russ Ferguson

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further information.