# Exhibit B

| | |
|---|---|
| **From:** | Long, Alex |
| **To:** | Ferguson, Russ; Trimmer, Christina D. |
| **Cc:** | Ewing, Chad; Michelle Dunn; Matthew Tomsic; Sidebottom, Cecilia M. |
| **Subject:** | RE: Hayward v. Ningbo C.F., Case No. 3:20-CV-710 |
| **Date:** | Tuesday, September 3, 2024 10:16:23 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image430124.png |

External (along@shumaker.com)

Report This Email  FAQ

Dear Russ:

In your email to me of Thursday April 25, 2024, you said: "We will not, however, litigate with you by email or outside of Court." So, I'm sure you will understand our surprise at your recent missives.

As you know, we have always been open to good faith dialog. However, your co-counsel Erik Belt recently refused to entertain even a simple confidentiality request with respect to settlement discussions. Likewise, both you and Chad Ewing abused the confidences ordered by the Court when we were in Asheville with respect to Ms. Lu's bank account.

If you, your co-counsel, and your client are newly open to engage in good faith dialog, please advise.

Best,

Alex



**S. Alex Long**
Attorney at Law

**SHUMAKER**

101 South Tryon Street, Suite 2200 | Charlotte, North Carolina 28280

Direct 704.945.2911 | Fax 704.332.1197

along@shumaker.com | bio | LinkedIn

Confidentiality Statement: This electronic message contains information from the law firm of Shumaker, Loop & Kendrick, LLP, and may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify the sender immediately by reply e-mail or telephone 800.444.6659.

**From:** Ferguson, Russ <Russ.Ferguson@wbd-us.com>
**Sent:** Tuesday, September 3, 2024 7:11 PM

**To:** Trimmer, Christina D. <ctrimmer@shumaker.com>; Long, Alex <along@shumaker.com>
**Cc:** Ewing, Chad <Chad.Ewing@wbd-us.com>
**Subject:** Re: Hayward v. Ningbo C.F., Case No. 3:20-CV-710

CAUTION: External Email

---

Alex and Christy,

Do you plan to respond to my August 9th letter? If so, can you let me know when we can expect a response?

Many thanks,
 Russ

**Russ Ferguson**
Partner
Womble Bond Dickinson (US) LLP

**d:** 704-331-4920                    301 S. College Street, Suite 3500
**e:** Russ.Ferguson@wbd-us.com        Charlotte, NC 28202-6050

          **womblebonddickinson.com**
  

This email is sent for and on behalf of Womble Bond Dickinson (US) LLP. Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.

**From:** Brafford, Carla <Carla.Brafford@wbd-us.com>
**Sent:** Friday, August 9, 2024 4:55 PM
**To:** 'Trimmer, Christina D.' <ctrimmer@shumaker.com>; Long, Alex <along@shumaker.com>
**Cc:** Ferguson, Russ <Russ.Ferguson@wbd-us.com>
**Subject:** Hayward v. Ningbo C.F., Case No. 3:20-CV-710

On behalf of Russ Ferguson, please see the attached letter.

**Carla Brafford**
She/Her
Legal Practice Assistant
Womble Bond Dickinson (US) LLP

**d:** 704-444-2903
**e:** Carla.Brafford@wbd-us.com

301 S College Center
301 S. College Street, Suite 3500
Charlotte, NC 28202-6050



**wombebonddickinson.com**

