UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-710-MOC-DSC

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | )<br>) |
| BLUE WORKS CORPORATION, | )<br>) |
| Defendant. | )<br>) |

**ORDER**

**THIS MATTER** comes is before the Court on a Motion to Withdraw, filed by Shumaker, Loop, and Kendrick ("Shumaker"), seeking to withdraw from representing Defendants Ningbo C.F. Electronic Tech. Co., Ltd., Ningbo Yishang Import and Export Co., Ltd., and Blueworks Innovation Corporation. (Doc. No. 536).

The motion is **GRANTED**.

Defendants shall retain new counsel as soon as possible, but no later than thirty days from entry of this Order.

Service may be effectuated through remaining counsel PlatinumIP or, to the extent PlatinumIP is not available, electronic service directly on Defendants is permitted. Within ten days of this entry of this Order, Defendants shall file an address and email address where they can accept such service.

**IT IS SO ORDERED**.

Signed: November 19, 2024

Max O. Cogburn Jr.
United States District Judge