UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-710-MOC

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants. | ORDER |

**THIS MATTER** comes before the Court on Plaintiff's Motion to Compel. (Doc. No. 505).

The motion is **GRANTED.**

Defendants Blueworks Innovation, Ningbo C.F. Electronic Tech Co., Ltd., and Ningbo Yishang Import and Export Co. Ltd. shall respond to the post-judgment discovery requests Hayward previously served upon them within thirty (30) days of entry of this Order.

**IT IS SO ORDERED**.



Max O. Cogburn Jr
United States District Judge

1