UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-710-MOC

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> BLUEWORKS CORPORATION, BLUEWORKS INNOVATION CORPORATION, NINGBO C.F. ELECTRONIC TECH CO., LTD; NINGBO YISHANG IMPORT AND EXPORT CO., LTD. <br><br> Defendants. | ORDER |

**THIS MATTER** comes before the Court on a Motion for Relief from the Temporary Restraining Order, filed by Defendants Ningbo C.F. Electronic Tech Co., Ltd and Ningbo Yishang Import and Export Co., Ltd (collectively "Ningbo Defendants"). (Doc. No. 436, 546). For good cause shown, the Motion is **GRANTED** in accordance with the terms of this Order.

It is hereby ORDERED that Defendants are granted relief from the TRO <u>for the limited purpose</u> of allowing the Ningbo Defendants to pay the amount of $328,763.78 to Shumaker and $145,370 to PlatinumIP from funds held by FIG GLOBAL LIMITED in its account with Hongkong and Shanghai Banking Corporation Limited ("HSBC") that is the subject of the Hong Kong enforcement proceeding (HCA 2340/2024).

**IT IS SO ORDERED**.

Signed: January 28, 2025

Max O. Cogburn Jr
United States District Judge