# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517

WWW.CA4.USCOURTS.GOV

NWAMAKA ANOWI  
CLERK

TELEPHONE  
(804) 916-2700

February 18, 2025

Katie Simon, Clerk
United States District Court
Western District of North Carolina
401 West Trade Street, Room 1301
Charlotte, NC 28202

  Re: **Hayward Industries, Inc. v. BlueWorks Corporation, etc., et al.**
    3:20-cv-00710-MOC-SCR

Dear Clerk:

By letters dated June 3, 2024, July 3, 2024, August 5, 2024, September 5, 2024, October 8, 2024, November 18, 2024, December 17, 2024, and January 17, 2025, notice was sent to your court indicating that an appeal had been received by this office but would not be docketed until action by the district court.

Please continue to update this court as to the status of this case, as necessary.

Thank you for your assistance.

         Yours truly,

         */s/ Ashley Brownlee*