# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:20-cv-710-MOC-SCR

| | |
|---|---|
| HAYWARD INDUSTRIES, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) **ORDER** |
| vs. | )<br>) |
| BLUE WORKS CORPORATION, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER** comes before the Court on a Motion by Michelle C. Dunn of Platinum Intellectual Property ("Platinum") for an Order allowing her withdrawal as counsel for Defendants Ningbo C.F. Electronic Tech Co., Ltd., Ningbo Yishang Import and Export Co., Ltd., and Blueworks Innovation Corporation ("Non-Debtor Defendants"). (Doc. No. 563). Plaintiff Hayward opposes the motion. (Doc. No. 570).

In support, counsel asserts that Non-Debtor Defendants have not paid Platinum for its legal services for nearly 10 months. As Platinum counsel notes, on November 19, 2024, this Court granted the Non-Debtor Defendants lead counsels Shumaker, Loop & Kendrick, LLP ("Shumaker")'s Motion to Withdraw as Attorney for similar reasons. See (Doc. No. 543).

Platinum counsel asserts that, following the Court's Order granting Shumaker's motion to withdraw as lead counsel, Platinum has repeatedly advised the Non-Debtor Defendants to retain new counsel in compliance with the Court's Order of November 19, 2024. The Non-Debtor Defendants responded that they were unable to pay retainer fees for new counsel due to the restrictions imposed by the existing TRO and thus have been unable to comply with the Order in (Doc. No. 543).

1

Platinum counsel further asserts that, on or about December 18, 2024, Platinum learned that Richard (Zefeng) Chen, the officer representing the Non-Debtor Defendants in this litigation, resigned from his management role associated with the Non-Debtor Defendants. Platinum promptly requested that the Non-Debtor Defendants designate a new contact person with an email address to facilitate court communications. Platinum asserts that, to date, no updated contact information has been provided. Consequently, Platinum is unable to communicate with the Non-Debtor Defendants for the purpose of representing them in the present litigation. Counsel asserts that good cause therefore exists to allow Platinum to withdraw from continued representation of the Non-Debtor Defendants.

The Court finds that, for good cause shown, the motion will be granted. The Court further notes that, despite the TRO in place, the Non-Debtor Defendants have the ability to file a motion for relief from the TRO to pay necessary expenses, including attorney fees. See (Doc. No. 404 at 2) ("Defendants are instructed that the Court will consider requests for relief from the TRO on a case-by-case basis."). Indeed, on January 29, 2025, the Court ordered attorney fees to be paid to former lead counsels Shumaker, Loop & Kendrick, LLP after Defendants filed a motion for relief from the TRO. See (Doc. No. 574). Therefore, the continuing TRO has not prevented Defendants from bringing a motion for relief from the TRO to pay the Platinum attorneys.

**IT IS HEREBY ORDERED** that the Motion (Doc. No. 563) by Michelle C. Dunn of Platinum Intellectual Property ("Platinum") for an Order allowing her withdrawal as counsel for Defendants Ningbo C.F. Electronic Tech Co., Ltd., Ningbo Yishang Import and Export Co., Ltd., and Blueworks Innovation Corporation ("Non-Debtor Defendants") is **GRANTED**, and Platinum is relieved from representing Defendants Ningbo C.F. Electronic Tech Co., Ltd., Ningbo Yishang Import and Export Co., Ltd., and Blueworks Innovation Corporation.

The Non-Debtor Defendants shall retain new counsel as soon as possible, but no later than thirty days from entry of this Order.

**IT IS SO ORDERED**.

Signed: April 14, 2025

Max O. Cogburn Jr
United States District Judge