FILED: May 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1396 (L)
(3:20-cv-00710-MOC-SCR)

_____

HAYWARD INDUSTRIES, INC.

    Plaintiff - Appellee

v.

BLUEWORKS CORPORATION, a/k/a Blue Works, a/k/a Blueworks Pools; BLUE WORKS INNOVATION CORPORATION; NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.

    Defendants - Appellants

_____

No. 25-1400
(3:20-cv-00710-MOC-SCR)

_____

HAYWARD INDUSTRIES, INC.

    Plaintiff - Appellant

v.

BLUEWORKS CORPORATION, a/k/a Blue Works, a/k/a Blueworks Pools;

BLUEWORKS INNOVATION CORPORATION; NINGBO C.F. ELECTRONIC TECH CO., LTD.; NINGBO YISHANG IMPORT AND EXPORT CO., LTD.

  Defendants - Appellees

_____

O R D E R

_____

  Upon consideration of the submissions relative to appellants' motion to stay judgment pending appeal and motion to expedite the briefing on the motion to stay, the court denies the motion to stay pending appeal and terminates as moot the motion to expedite briefing on the motion to stay.

  Entered at the direction of Judge Wynn with the concurrence of Judge Agee and Judge Richardson.

         For the Court

         /s/ Nwamaka Anowi, Clerk