# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| Hayward Industries Inc. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Case No. 3:20-CV-710 |
| BlueWorks Corporation, et. al, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## CLERK'S TAXATION OF COSTS

The matter is before the court on Plaintiff's Motion for Bill of Costs. (DE 633). Defendants did not file a response and the time in which for them to do so has expired. The motion is ripe for decision.

Judgment was entered in favor of the plaintiff on April 15, 2026 by mandate of the Fourth Circuit Court of Appeals. (DE 631). This affirmed the district court judgement entered in favor of the Plaintiff (DE 448). Plaintiff is the prevailing party.

The prevailing party is presumptively entitled to recover reasonable and allowable costs pursuant to the applicable statutes and federal and local civil procedure rules. *See* 28 U.S.C Section 1920 and Rule 54(d)(1), Fed. R. Civ. P. (providing that "[u]nless a federal statute, these rules, or a court order provides otherwise, costs—other than attorney's fees—should be allowed to the prevailing party"); LCvR 54.1(a) (providing that "[a] prevailing party may request the Clerk of Court to tax allowable costs, other than attorney fees, in a civil action as a part of a judgment or decree by electronically filing a bill of costs"); *Cherry v. Champion Int'l Corp.*, 186 F.3d 442, 446 (4th Cir. 1999) (recognizing that "the rule creates the presumption that costs are to be awarded to

the prevailing party") (citations omitted).

Plaintiff has requested filing fees in the amount of $405, service fees in the amount of $4,170.00 and witness fees in the amount of $360. All of these are taxable and will be awarded as requested and supported by filed documents. Bill of Costs Handbook p 7 and p 9. Plaintiff requested costs for transcripts necessarily obtained for use in the case in the amount of $44, 440.90. The bulk of these costs, $40,161.55, will be allowed; however, the court will not allow $4,279.35 in costs associated with rough drafts of deposition transcripts as detailed below. The Bill of Costs Handbook specifically states that multiple copies of depositions are non-taxable. (Id. at p. 9).

January 17, 2023 Deposition of Richard Chen $410.00

January 18, 2023 Deposition of Richard Chen $595.00

May 23, 2023 Deposition of Kathleen Grace, PhD $637.50

November 29, 2022 Deposition of Shawn Mikuski $437.40

January 10, 2023 Deposition of Raymond Denkewicz $403.65

January 11, 2023 Deposition of Jason Davilla $ 608.40

January 12, 2023 Deposition of Patrick J. Paroline $ 540.00

January 17, 2023 Deposition of Michael Glibowski $339.30

January 19, 2023 Deposition of Jason Davilla $ 308.10

It is hereby **ORDERED** that costs in the total amount of **$ 45,096.55** are **AWARDED** to Plaintiff and included in the Clerk's Judgment in this matter.

Any party may appeal the Clerk's Taxation of Costs to the Court within seven (7) days after receipt of this notice of taxation, pursuant to Local Civil Rule 54.1(e).

Signed:  July 17, 2026

Katherine Hord Simon, Clerk
United States District Court